THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
HEATHER ANN MOORE,                       *
                                         *
              Plaintiff,                 *
                                         *   CIVIL ACTION _____
                                         *
       vs.                               *
                                         *   SUPERIOR COURT NO. 06-0004968
ELI LILLY AND COMPANY,                   *
                                         *
              Defendant.                 *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 12, 2006                    Respectfully submitted,

                                        /s/ Michelle R. Mangrum
                                        _____
                                        Michelle R. Mangrum, D.C. Bar No. 473634
                                        John Chadwick Coots, D.C. Bar No. 461979
                                        Emily J. Laird, D.C. Bar No. 485890
                                        SHOOK, HARDY & BACON, L.L.P
                                        600 14TH Street, N.W., Suite 800
                                        Washington, D.C. 20005-2004
                                        Phone: (202) 783-8400
                                        Fax: (202) 783-4211

2032579v1

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2006, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorney for Plaintiff**

/s/ John Chadwick Coots
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

2

2032579v1