IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER ANN MOORE,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ELI LILLY AND COMPANY,** )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No. 1:06-cv-01252-RMU |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: July 13, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

132300v1

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 13th day of July, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

              /s/ John Chadwick Coots
              **ATTORNEY FOR DEFENDANT**
              **ELI LILLY AND COMPANY**