THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HEATHER ANN MOORE, )
)
Plaintiff, ) Civil Action No. 1:06-cv-01252-RMU
)
vs. )
)
ELI LILLY AND COMPANY, )
)
Defendant. )

## DEFENDANT ELI LILLY AND COMPANY'S
## CERTIFICATE REGARDING SERVICE OF STANDING ORDER

Pursuant to the Court's July 24, 2006 Standing Order issued in the above-captioned matter, the undersigned counsel for Defendant Eli Lilly and Company hereby certifies that a true and accurate copy of the July 24, 2006 Standing Order, attached hereto as Exhibit A, was served upon all counsel of record in this matter on this 24th day of July, 2006.

Respectfully submitted,

/s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, DC 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211
E-mail: jcoots@shb.com

and

132529v1

David W. Brooks
John F. Kuckelman
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that true and accurate copies of the foregoing, including the referenced exhibit, were electronically filed with the Clerk of the Court using the CM/ECF system, this 24th day of July, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, DC 20036

**Attorneys for Plaintiff**

    /s/ John Chadwick Coots
John Chadwick Coots

**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**