IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER ANN MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.: 1:06-CV-01252** |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION TO STRIKE UNTIMELY EXPERT DESIGNATIONS
## OR IN THE ALTERNATIVE TO EXTEND DISCOVERY

Eli Lilly and Company ("Lilly") respectfully requests that this Court enter an Order striking "Plaintiff's Supplemental 26(a)(2) Statement" and precluding plaintiff from calling John J. Hefferren, James P. DellaVolpe, Harold B. Sparr, Philip J. Cafferty, and Julius Piver as witnesses in this case. In disregard of this Court's scheduling order and the Federal Rules of Civil Procedure, plaintiff first identified these purported expert witnesses on May 17, 2007, more than four months after plaintiff's expert deadline expired.

By attempting to name five new experts (each of which plaintiff's counsel knew about before plaintiff's expert deadline expired), plaintiff has violated Rule 16(b) and this Court's October 31, 2006 minute entry scheduling order ("scheduling order"). Plaintiff offers no justification for disregarding the Court's rules and deadlines. If the Court permits such behavior, Lilly will be prejudiced. Accordingly, the Court should strike Plaintiff's Supplemental 26(a)(2) Statement and preclude any individuals identified therein from testifying in this case. In the alternative, the scheduling order deadlines should be extended to allow Lilly the opportunity to depose these new experts and to identify and disclose new experts of its own.

139997v2

WHEREFORE, for these reasons and those more fully set forth in the accompanying memorandum in support of this motion, Lilly respectfully requests that this Court issue the attached Order striking plaintiff's "Supplemental 26(a)(2) Statement" and precluding plaintiff from calling John J. Hefferren, James P. DellaVolpe, Harold B. Sparr, Philip J. Cafferty, and Julius Piver as witnesses in this case. In the alternative, Lilly respectfully requests a three month extension of the scheduling order deadlines to allow Lilly the opportunity to depose these new experts and to identify and disclose new experts of its own.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 200005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

139997v2

## LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Rule 7(m), Defendant Eli Lilly and Company certifies that, through its counsel, it conferred with plaintiff's counsel to determine whether plaintiff opposes the relief requested in this motion. Plaintiff's counsel indicated that plaintiff opposes the granting of this motion.

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 19th day of June, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

/s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

139997v2