# EXHIBIT 1

**Coots, John Chad (SHB)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, October 31, 2006 12:13 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-01252-RMU MOORE v. ELI LILLY AND COMPANY "Status Conference" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from jwd, entered on 10/31/2006 at 12:12 PM EDT and filed on 10/31/2006
**Case Name:**      MOORE v. ELI LILLY AND COMPANY
**Case Number:**    1:06-cv-1252
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Ricardo M. Urbina: Status Hearing held on 10/31/2006. Discovery due by 6/28/2007. Dispositive Motions are due by 7/30/2007. Oppositions to Dispositive Motions are due by 8/30/2007. Replies to Oppositions to Dispositive Motions are due by 9/13/2007. Motions to Amend Pleadings or Join Parties are due by 11/9/2006. Oppositions to Motions to Amend Pleadings or Join Parties are due by 11/23/2006. Replies to Oppositions to Motions to Amend Pleadings or Join Parties are due by 11/30/2006. Proponent's Rule 26(a)(2)(B)Statement is due by 1/2/2007. Opponent's Rule 26(a)(2)(B)Statement is due by 2/2/2007. An Interim Status Hearing is set for 7/5/2007 at 10:00 a.m. in Courtroom 30, Annex Building, 6th floor before Judge Ricardo M. Urbina, and at which time the Court will schedule a Final Status Hearing. Case referred to Magistrate Judge Alan Kay for settlement discussions to take place after 6/28/2006, the closing of discovery, the spec! ific date and time to be scheduled by Magistrate Judge Kay's chamnbers.(Court Reporter William D. McAllister.) (jwd, )

The following document(s) are associated with this transaction:

**1:06-cv-1252 Notice will be electronically mailed to:**

John Chadwick Coots     jcoots@shb.com,

Emily J. Laird     elaird@shb.com,

Aaron M. Levine     aaronlevinelaw@aol.com

Brandon J. Levine     levbran@aol.com,

Steven Jay Lewis     slewis@aaronlevinelaw.com

Michelle R. Mangrum     mmangrum@shb.com, jcoots@shb.com

Renee Lynne Robinson-Meyer     aaronlevinelaw@aol.com,

**EXHIBIT 1**

10/31/2006

**1:06-cv-1252 Notice will be delivered by other means to:**

10/31/2006