# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action No.: 06-1252 (RMU) |
| ELI LILLY AND COMPANY, | ] |
| Defendant. | ] |

### PLAINTIFF'S 26(a)(2) STATEMENT

COMES NOW the Plaintiff, pursuant to this Court's Scheduling Order and Fed. R. Civ. P. 26(a)(2)(B), and hereby submits her 26(a)(2) Statement of the following experts who may be called as witnesses at trial in this cause:

Harris Busch, M.D., Ph.D.
Baylor College of Medicine
1 Baylor Plaza, Room 319D
Houston, TX 77030

Dr. Busch is an expert in the field of Pharmacology and has been engaged in the investigation and research of drugs and chemical agents that may be ingested by women. His curriculum vitae and fee for expert testimony have previously been provided. Dr. Busch has reviewed the literature as to the safety and efficacy of diethylstilbestrol ("DES") and will testify, as outlined in his prior depositions, that sufficient facts existed in the medical literature to alert a pharmaceutical manufacturer as to the dangers of the teratological effects of synthetic estrogen ingested by pregnant women. The Defendant is familiar with Dr. Busch's opinions and testimony from previous experience and testimony.

EXHIBIT 2

**Richard J. Falk, M.D.**
**1588 Lancaster Green**
**Annapolis, MD   21401-6465**

Dr. Falk is a board certified Obstetrician and Gynecologist with a sub-specialty in Reproductive Endocrinology. A copy of his curriculum vitae and fee for expert testimony has previously been provided. Dr. Falk's testimony, as outlined in his previously produced report and recent deposition, will in many ways parallel Dr. Busch's testimony as to state of the art, but will focus on the perspective of the practicing and teaching Obstetrician/Gynecologist at the time. Dr. Falk will testify as to the standard of care of the pharmaceutical industry in the employment of toxicological information gleaned from animal testing and will testify that said standard of care was violated by the Defendant in its initial and then afterward promotion of DES for use in pregnancy. He is also expected to testify that it was foreseeable that DES could injure the exposed offspring's reproductive organs and result in pre-term delivery to subsequent children. In addition, Dr. Falk will testify that said promotion by the Defendant was not merely a failure to exercise ordinary care but their failure to test and warn about lack of efficacy after 1953 was intentional, willful and malicious.

In addition, Dr. Falk is expected to testify that he has reviewed the medical records, reports and hysterosalpingogram ("HSG") films of the plaintiff, and that it is his opinion, based on his education, training, experience and review of the medical literature, that the plaintiff's in utero exposure to DES is causally related to her anatomic and reproductive tract anomalies, including but not limited to, a T-shaped uterus and pinpoint cervical os. Dr. Falk is also expected to testify that plaintiff's DES causally related anatomic anomalies have significantly contributed to her primary infertility. A copy of Dr. Falk's report will be forwarded upon receipt.

**Brian Strom, M.D., M.P.H.**
**University of Pennsylvania Medical Center**
**Department of Epidemiology & Biostatistics**
**824 Blockley Hall, 423 Guardian Drive**
**Philadelphia, PA  19104**

Dr. Strom is an expert in the field of Epidemiology. His curriculum vitae and fee for expert testimony have previously been provided. He is expected to testify that he has reviewed the medical literature and evaluated those studies and their designs which were aimed at the investigation between in utero DES exposure and poor pregnancy outcomes, fetal wastage, infertility and pre-term labor. He is expected to testify that it is his opinion, based on his education, training and experience, that the reproductive tract and anatomic anomalies suffered by the Plaintiff are causally related to her in utero DES exposure and place her at high risk for poor pregnancy outcomes, infertility and pre-term delivery. Defendant is familiar with Dr. Strom's opinions and testimony based on prior experience and testimony.

**Katherine Miller Bass, M.D., M.H.S.**
**Fertility Center of Maryland**
**110 West Road, Suite 102**
**Towson, MD  21204**

Dr. Bass is a board certified Obstetrician/Gynecologist with a sub-specialty in Reproductive Endocrinology and Infertility. Dr. Bass is expected to testify, as outlined in her previously produced report, that she has examined, diagnosed and treated the Plaintiff, and that it is her opinion, based on her education, training, experience and review of the medical literature, that the Plaintiff's in utero exposure to DES is causally related to her anatomic and reproductive tract anomalies, including but not limited to, a T-shaped uterus and cervical changes. In addition, Dr. Bass is expected to testify that the Plaintiff's DES related abnormalities have significantly contributed to and are causally

related to her infertility. A copy of Dr. Bass's curriculum vitae and fee for expert testimony will be forwarded upon receipt.

The aforementioned experts' opinions are made at the time of this Statement, and may be amended and/or supplemented as discovery progresses.

The Plaintiff reserves the right to call:

1. Any witness identified by the Defendant;

2. Any witness not identified to present rebuttal testimony; and

3. Any health care provider who has examined, treated, and diagnosed the Plaintiff.

AARON M. LEVINE & ASSOCIATES

*[signature]*

Aaron M. Levine, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
202-833-8040

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of January, 2007, a true copy of the foregoing Plaintiff's 26(a)(2) Statement was mailed, first-class postage prepaid to:

John F. Kuckelman, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Emily J. Laird, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC  20005

Aaron M. Levine