# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED MAY 21 2007

HEATHER ANN MOORE, )
)
Plaintiff, ) CIVIL ACTION No. 06-1252 (RMU)
) Next Event: Discovery Closed
v. ) June 28, 2007
)
ELI LILLY AND COMPANY, et al. )
)
Defendants. )

## PLAINTIFFS' SUPPLEMENTAL 26(a)(2) STATEMENT

COMES NOW Plaintiff, by and through counsel, and hereby submits, pursuant to her duties under Fed. R. Civ. P. 26(e) and her prior Fed.R.Civ.P. 26(a)(2) Statement dated January 2, 2007, supplements her 26(a)(2) statement with the statements of the following experts who may be called as witnesses at trial in this cause:

**John J. Hefferren, Ph.D.**
**303 Campfire Drive**
**Lawrence, KS 66049**

Dr. Hefferren is an expert in the field of manufacturer/pharmaceutical identification. He is a Ph.D. in Pharmaceutical Chemistry and has been involved in research pharmaceuticals for the past fifty years. He authored a publication guide on the identification of drugs in the 1950's and 1960's and is uniquely familiar with the physical characteristics and identification of pharmaceuticals. He is expected to testify, as outlined in his previously produced report, as to the identity of Eli Lilly and Company's DES pills.

**James P. DellaVolpe**
**29 Benedict Road**
**Buzzards Bay, MA**


EXHIBIT 3

Mr. DellaVolpe is an expert in the field of wholesale pharmaceutical distribution, stocking, and brand popularity of DES in the 1960's. He is expected to testify, as outlined in his recent deposition, that McKesson and Robins, which was an Eli Lilly and Company wholesaler, would have provided to a pharmacy Lilly's brand of DES for any order for "DES," "diethylstilbestrol," or "stilbestrol." Mr. DellaVolpe's report, curriculum vitae, and fee for expert testimony have previously been provided.

**Harold B. Sparr, R.Ph., M.S.**
**216 Dimmock Road**
**Otis, MA 01253**

Mr. Sparr is an expert in pharmacy practices who conducted a survey of the market share of the various DES brands sold in Massachusetts in the 1960's. He will testify, as outlined in his prior depositions, that the brand involved in this case was the Lilly brand of DES based on his experience, his study, and his research. Mr. Sparr will also testify that, based on his experience, research, and years of interactions with pharmacists from across the United States, that Lilly had the predominant share, if not a nearly exclusive position, of the DES market. A copy of Mr. Sparr's curriculum vitae and fee for expert testimony have previously been provided.

**Philip J. Cafferty, R.Ph.**
**16 Triphammer Road**
**Hingham, MA 02043**

Mr. Cafferty is deceased. Mr. Cafferty was a pharmacist and former pharmaceutical representative of Eli Lilly and Company. Based upon Mr. Cafferty's observations of drugstores and familiarity with the pharmaceutical field, it is his opinion, as outlined in his prior deposition, that Lilly had the predominant share, if not a nearly exclusive position, of the DES market. A copy of Mr. Cafferty's curriculum vitae and fee for expert testimony have previously been provided.

**Julius Piver, M.D.**
**6602 Melody Lane**
**Bethesda, MD 20817**

Dr. Piver is a board certified obstetrician and gynecologist and has been engaged in the practice of obstetrics and gynecology since 1956. Dr. Piver's testimony, as outlined in his previously produced report and recent deposition, will focus on the standard of care and the usual and ordinary practice of obstetrics and gynecology in major population centers from the 1950's to date, in particular with regards to the use of diethylstilbestrol. A copy of Dr. Piver's curriculum vitae and fee for expert testimony have previously been provided.

The aforementioned experts' opinions are made at the time of this Supplement, and may be amended and/or supplemented as discovery progresses.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


_____
Aaron M. Levine, DC #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
(202) 833-8040

Counsel for Plaintiff

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2007, a true copy of the foregoing Plaintiff's Supplemental 26(a)(2) Statement was mailed, first class postage prepaid, to:

John F. Kuckelman, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Michelle R. Mangrum, Esq.
Shook, Hardy, & Bacon LLP
600 Fourteenth Street, NW, Suite 800
Washington, DC 20005

*Counsel for Defendant Eli Lilly and Co.*

_____
Aaron M. Levine

4