**EXHIBIT 4**

APR 3 0 2007

LAW OFFICES
## AARON M. LEVINE & ASSOCIATES
BOARD CERTIFIED TRIAL ADVOCATE
FIFTH FLOOR
1320 NINETEENTH STREET, N.W.
WASHINGTON, D.C. 20036

BRANDON J. LEVINE
JENNIFER A. LEVINE*
RENEE L. ROBINSON-MEYER
STEVEN J. LEWIS

ANDREW E. LEVINE, M.D.
MARICEL L. CRUZ, R.N. BSN
YVONNE SIPMAN, R.N.
MEDICAL SPECIALISTS

TEL (202) 833-8040
FAX (202) 833-8046
TOLL FREE (888) 868-5380
aaronlevinelaw@aol.com
www.aaronlevinelaw.com

*ADMITTED IN NEW YORK AND ILLINOIS ONLY

April 25, 2007

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Mark C. Hegarty, Esq.
Shook, Hardy, & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

James M. Wood, Esq.
Reed Smith LLP
1999 Harrison Street
Oakland, CA 94612

RE: DES Cases - Amended Expert Disclosures

Dear Counselors:

You are hereby advised that we are amending our Expert Disclosures in all DES cases filed by this office to include the following:

1. James P. DellaVolpe
   29 Benedict Road
   Buzzards Bay, MA 02532

Mr. DellaVolpe is an expert in the field of wholesale pharmaceutical distribution, stocking and brand popularity of DES in the 1960's. He is expected testify, as outlined in his recent deposition, that McKesson and Robins, which was a Eli Lilly and Company wholesaler, would have provided to a pharmacy the Lilly brand for a prescription for "DES," "diethylstilbestrol," or "stilbestrol." Mr. DellaVolpe's report, curriculum vitae and fee for expert testimony have previously been provided.

2. Harold B. Sparr, R.Ph., M.S.
   216 Dimmock Road
   Otis, MA 01253

Mr. Sparr is an expert in pharmacy who has conducted a survey of the market share of the various DES brands sold in Massachusetts in the 1960's. He will testify, as outlined in his prior depositions, that the brand involved in this case was the Lilly brand of DES based on his experience, his study and his research. Mr. Sparr will also testify that based on his experience, research and interactions with pharmacists over the years from throughout the United States, that Lilly had the

EXHIBIT
4

LAW OFFICES
AARON M. LEVINE

James J. Dillon, Esq.
Mark C. Hegarty, Esq.
James M. Wood, Esq.
April 25, 2007
Page Two

lion's share, if not all of the DES market. A copy of Mr. Sparr's curriculum vitae and fee for expert testimony have previously been provided.

    3.    Philip J. Cafferty, R.Ph.
           16 Triphammer Road
           Hingham, MA  02043

Mr. Cafferty was a pharmacist and former pharmaceutical representative of Eli Lilly and Company. Based upon Mr. Cafferty's observations of drugstores and familiarity with the pharmaceutical field, it is his opinion, as outlined in his prior deposition, that Lilly had the lion's share, if not all of the DES market. A copy of Mr. Cafferty's curriculum vitae and fee for expert testimony have previously been provided.

    4.    Julius Piver, M.D.
           6602 Melody Lane
           Bethesda, MD  20817

Dr. Piver is a board certified Obstetrician and Gynecologist and has been engaged in the practice of Obstetrics and Gynecology since 1956. A copy of his curriculum vitae and fee for expert testimony have previously been provided. Dr. Piver's testimony, as outlined in his previously produced report and recent deposition, will focus on the standard of care and the usual and ordinary practice of Obstetrics and Gynecology in major population centers from the 1950's to date, in particular with regards to the use of Diethylstilbestrol.

If you require a more formal supplementation of our expert disclosures, please let me know within ten (10) days of the date of this letter.

Thank you for your cooperation.

Very Sincerely,

*Aaron M. Levine*

Aaron M. Levine

AML/rlm