**EXHIBIT 5**



May 3, 2007

www.shb.com

Emily J. Laird

BY FACSIMILE AND FIRST CLASS MAIL

Aaron Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC 20036

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.662.4877 DD
202.783.4211 Fax
elaird@shb.com

Re: DES Cases -- Attempt to Amend Expert Disclosures

Dear Aaron:

Lilly received your April 25, 2007 letter attempting to informally amend the expert disclosures in all DES cases to include statements from James DellaVolpe, Harold Sparr, Philip Cafferty, and Julius Piver. Lilly does not agree to your proposed amendment of your expert disclosures through your April 25, 2007 letter.

In the *Awwad*, *Dean*, *Deep*, *Gilbert*, *Moore*, and *Pavlicas* cases, the deadline for expert disclosures has passed. In these cases, Lilly will not agree to your attempt to amend your expert disclosures either through your April 25, 2007 letter or through more formal supplementation.

Additionally, in all cases in which the expert disclosure deadline has not passed, Lilly will not accept your April 25, 2007 letter in lieu of formal expert disclosures required by the rules and scheduling order applicable in each case.

Yours sincerely,

Emily J. Laird
Associate

cc: James J. Dillon, Esq.
    James M. Wood, Esq.

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

EXHIBIT 5

139287v1

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                3025
        CONNECTION TEL              14651#131936#8338046#
        CONNECTION ID
        ST. TIME                05/04 13:31
        USAGE T                 00'31
        PGS. SENT               2
        RESULT                  OK
```



# Shook, Hardy & Bacon L.L.P.

www.shb.com

**TO**  
AARON M. LEVINE, AARON LEVINE & ASSOCIATES

**PHONE**  
(202) 833-8040

**FAX**  
(202) 833-8046

Emily J. Laird

Hamilton Square  
600 14th Street, N.W., Suite 800  
Washington  
D.C. 20005-2004  
202.783.8400  
202.662.4877 DD  
202.783.4211 Fax  
elaird@shb.com

**FROM**  
EMILY J. LAIRD

**IT #**  
14651

**MATTER #**  
LILY.00015  
131436

**DATE**  
MAY 4, 2007

2 Pages Transmitted  
Original Document Will Follow Via First Class Mail  
If you experience any problems, please call 202.783.8400 extension 46043.

COMMENTS: