# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY BOHLIN, | ] |
| | ] |
| Plaintiff, | ] |
| | ] Civil Action No. 1:03-CV-11577 (MEL) |
| v. | ] |
| | ] |
| ELI LILLY AND COMPANY, | ] |
| | ] |
| Defendant. | ] |

### PLAINTIFF'S SUPPLEMENTAL 26(a)(2) STATEMENT

COMES NOW the Plaintiff, by and through counsel, and hereby supplements her original 26(a)(2) Statement filed on August 12, 2004 to include the following:

**Harold B. Sparr, R.Ph., M.S.**
**216 Dimmock Road**
**Otis, MA 01253**

Mr. Sparr is an expert in pharmacy who has conducted a survey of the market share of the various brands of DES sold in Massachusetts in the 1960s. He will testify that the brand of DES involved in this case was the Lilly brand based on his experience, his study and research. A copy of Mr. Sparr's statement has previously been provided. A copy of Mr. Sparr's curriculum vitae and fee for expert testimony will be forwarded upon receipt.

**Leslie Blachman, M.D.**
**Crown Colony Pediatrics**
**500 Congress Street, Suite 1F**
**Quincy, MA 02169**

Dr. Blachman is a board certified Pediatrician whose medical records have previously been produced. Dr. Blachman is expected to testify that she has examined, diagnosed and treated minor plaintiff, Samantha Bohlin, and that it is her opinion, based on her education, training, experience and review of the medical literature, that Samantha's pre-term birth at 24 weeks gestation is causally


EXHIBIT 7

related to her prolonged Neonatal Intensive Care Unit admission and stay with concomitant medical and surgical expenses. In addition, Dr. Blachman is expected to testify that Samantha has suffered from numerous injuries and sequellae of prematurity, including but not limited to, respiratory distress syndrome, chronic lung disease, retinopathy of prematurity, bicuspid aortic valve, renal abnormalities, motor and developmental delays with concomitant medical, surgical, therapeutic monitoring, and treatment expenses for the aforementioned. Finally, Dr. Blachman is expected to testify as to Samantha's present condition, future prognosis, and the medical and/or surgical treatment required for same. A copy of Dr. Blachman's report, curriculum vitae, and fee for expert testimony will be forwarded upon receipt.

**Mervin H. Zimmerman, M.D.**
**6001 Neilwood Drive**
**Rockville, MD 20852**

Dr. Zimmerman is a Board Certified Ophthalmologist. His curriculum vitae and fee for expert testimony will be forwarded upon receipt. Dr. Zimmerman is expected to testify, as outlined in his previously produced report, that he has reviewed Plaintiff Samantha Bohlin's medical records, and that it is his opinion, based on his education, training, experience, and review of the medical literature, that Samantha Bohlin's retinal and vision problems, including but not limited to, retinopathy of prematurity and resultant permanent sequella, including complete retinal detachment in her left eye, are directly related to her pre-term delivery. In addition, Dr. Zimmerman is expected to testify regarding Samantha Bohlin's past, present, and future medical and surgical ophthalmological treatment and prognosis.

The Plaintiff reserves the right to call:

a.   Any expert identified by the defendant;

2

b.  Any expert not identified to present rebuttal testimony; and

c.  Any other physicians, nurses, and/or health care providers who have treated, examined, or evaluated Plaintiff Nancy Bohlin and/or Samantha Bohlin.

Respectfully submitted,

Kenneth M. Levine, BBO #296850
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

AND

Aaron M. Levine, #7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
(202) 833-8040

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September 2004, a true copy of the foregoing Plaintiff's Supplemental 26(a)(2) Statement was mailed, first-class postage prepaid to:

James J. Dillon, Esq.
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts 02210

*[signature]*
Kenneth M. Levine

4