# EXHIBIT 9

```
00001
  1                          Volume:  1
  2                          Pages:   1 - 110
  3                          Exhibits: 1-2
  4         IN THE UNITED STATES DISTRICT COURT
  5           FOR THE DISTRICT OF MASSACHUSETTS
  6   C.A. No. 02-CV-11078-RGS
  7   --------------------------------x
  8   ELLEN J. DEAN,
  9         Plaintiff
 10
 11   v.
 12
 13   ELI LILLY AND COMPANY,
 14         Defendant
 15   --------------------------------x
 16
 17         DEPOSITION OF PHILIP J. CAFFERTY
 18         Friday, August 22, 2003, 11:04 a.m.
 19                   Foley Hoag LLP
 20     155 Seaport Boulevard, Boston, Massachusetts
 21
 22
 23
 24       Reporter:  Caroline T. Renault, CSR/RPR
```



EXHIBIT 9

```
00002
   1   PRESENT:
   2
   3   Aaron M. Levine & Associates
   4        Aaron M. Levine, Esq. (Via telephone)
   5        1320 19th Street N.W.
   6        Washington, D.C.  20036
   7        202-833-8040
   8        for the Plaintiff.
   9
  10   Foley Hoag LLP
  11        James J. Dillon, Esq.
  12        155 Seaport Boulevard
  13        Boston, Massachusetts  02210
  14        617-832-1000
  15        for the Defendant.
  16
  17
  18
  19
  20
  21
  22
  23
  24
```