**EXHIBIT 11**

### Statement of John J. Hefferren

I am a Professor of Pharmaceutical Chemistry (Ph.D.) and for the last fifty years have been involved in research pharmaceuticals.

I was presented as an expert, in the physical characteristics and identification of pharmaceuticals by the Eli Lilly Company. I was the author of the seminal publication guide on the identification of drugs in the 1950s and 1960s. See Hefferren, Identification Guide for Solid Dosage Forms, JAMA, vol. 162, No. 12, which is attached to Defendant Eli Lilly's Motion for Summary Judgment, filed on October 27, 2006, as Exhibit 5.

My curriculum vitae is attached as Appendix A.

I. BACKROUND OF GUIDE

The JAMA Guide and the research leading up to it became a reference for poison control centers, police and fire departments, pharmacies and airlines as aide in the investigation emergency situations where people became ill or attempted suicide and the question arose: "What was the medication found near them at discovery to assist physicians in emergency treatment of those overdoses, i.e., poison control and pharmaceutical?"

The research performed in order to write the guide included the collection of thousands of tablets and capsules during my tenure at the American Medical Association in creating a comprehensive chart developing a flow system of categories which lead to the identification of the particular substance in order to take proper immediate action.

My initial research includes all of the major sources of information describing drugs, including the Physician's Desk Reference, Goodman & Gillman, United States Pharmacopeia, Red Book and Blue Book. Because of my guide, the Physician's Desk Reference and other

EXHIBIT 11

publications began to include pictures and drawings of products that were distinctive and easier for people to differentiate.

As a staff member of the American Medical Association Council on Pharmacy and Chemistry, I was familiar with the physical characteristics of the solid dosage drugs in common use in the 1950s and 1960s in the United States, as to their pharmaceutical type, i.e., tablet, soft and hard gelatin capsules, physical size, outside and inside colors, uniformity and shading of color, markings and imprintings. In my evaluation and classification of over 5,000 various drugs, diethylstilbestrol was included, although I had no particular interest at that time in that drug.

II.    CURRENT INVESTIGATION

In the winter of 2006, I conducted an investigation into the question of whether a 25mg diethylstilbestrol tablet as identified by Alberta Jean Mikel-Steffen (see Appendix B), in the attached photo, I examined actual Lilly 25 mg tablets and concluded that the subject tablet was made by Eli Lilly. Approaching this investigation from multiple directions, each direction resulted with Lilly's. My report of investigation is attached as Appendix C & D.

The quarter score with the deep bevel on the inside quarter scoring and the perimeter beveling is a very distinct tablet that would be difficult to formulate and mannufacture. My identification guide confirmed this conclusion that the tablet pictured in the photograph was manufactured by Lilly to a very high level of confidence.

I state under penalty of perjury that the above statement is true and correct and based on my own personal knowledge. Executed this 10th day of November, 2006.

John J. Hefferren

Witnessed by: _____

3030 Campfire Drive
Lawrence, KS  66049

3