IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No.: 1:06-CV-01252 |

ORDER GRANTING
DEFENDANT ELI LILLY AND COMPANY'S
MOTION TO STRIKE UNTIMELY EXPERT DESIGNATIONS

This matter came before the Court upon defendant Eli Lilly and Company's ("Lilly") Motion to Strike Untimely Expert Designations or in the Alternative to Extend Discovery. Upon consideration of the parties' briefing and being otherwise fully advised, and pursuant to FED. R. CIV. P. 16(b), 16(f), L.CV.R. 16.4, and FED. R. CIV. P. 37(c)(1),

IT IS HEREBY ORDERED THAT Lilly's motion to strike is GRANTED;

IT IS FURTHER ORDERED that plaintiff's May 17, 2007, Supplemental 26(a)(2) Statement is stricken; and

IT IS FURTHER ORDERED that plaintiff is precluded from using John J. Hefferren, James P. DellaVolpe, Harold B. Sparr, Philip J. Cafferty, and Julius Piver as witnesses in this case.

Dated _____, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge

cc:  Attached list of counsel

140174v1

**List of Counsel**
*Moore v. Eli Lilly and Company*
Civil Action No. 06-CV-01252

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
600 14th St., NW, Ste. 800
Washington, DC 20005

**Attorneys for Defendant
Eli Lilly and Company**

140174v1