IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER ANN MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.: 1:06-CV-01252** |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF
DEFENDANT ELI LILLY AND COMPANY'S
MOTION TO STRIKE UNTIMELY EXPERT DESIGNATIONS
OR IN THE ALTERNATIVE TO EXTEND DISCOVERY**

COMES NOW defendant Eli Lilly and Company ("Lilly") and respectfully withdraws Defendant Eli Lilly and Company's Motion To Strike Untimely Expert Designations Or In The Alternative To Extend Discovery, which was filed on June 19, 2007 (Docket Item Nos. 15 and 16).  In support of its notice, Lilly states as follows:

1.  Lilly moved to strike plaintiff's May 17, 2007 "Supplemental 26(a)(2) Statement," which attempted to name five new experts[1] despite the fact that plaintiff's expert designation deadline had expired on January 2, 2007.  Moreover, plaintiff did not seek leave of Court to modify the scheduling order, as required by FED. R. CIV. P. 16(b) and L.CV.R. 16.4, nor did plaintiff offer any justification for her untimely filing.

2.  Pursuant to L.CV.R. 7(m), Lilly's counsel conferred with plaintiff's counsel prior to filing the motion to strike to discuss the untimeliness and inappropriateness of plaintiff's attempted "supplemental" expert disclosure.  Plaintiff's counsel declined Lilly's

---

[1] John J. Hefferren; James P. DellaVolpe; Harold B. Sparr; Philip J. Cafferty; and Julius Piver.

request to consent to the granting of the motion to strike, or to withdraw the "Supplemental 26(a)(2) Statement."

3. On June 26, 2007, plaintiff's counsel informed Lilly's counsel that plaintiff was withdrawing her May 17, 2007 "Supplemental 26(a)(2) Statement." Plaintiff's counsel further stated, "you should withdraw your motions to strike as they are now moot." **Exhibit A** (Letter from Aaron Levine to Jonathan Gregor dated June 26, 2007).

For these reasons, defendant Eli Lilly and Company respectfully notifies the Court and plaintiff that it hereby withdraws Defendant Eli Lilly and Company's Motion To Strike Untimely Expert Designations Or In The Alternative To Extend Discovery.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 200005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 29th day of June, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

        /s/ John Chadwick Coots
       **ATTORNEY FOR DEFENDANT**
       **ELI LILLY AND COMPANY**

140518v1