BRANDON J. LEVINE
JENNIFER A. LEVINE*
RENEE L. ROBINSON-MEYER
STEVEN J. LEWIS
BENJAMIN J. COOPER
SHANNON J. SNOW**

ANDREW E. LEVINE, M.D.
MARICEL L. CRUZ, R.N. BSN
YVONNE SIPMAN, R.N.
MEDICAL SPECIALISTS

LAW OFFICES
**AARON M. LEVINE & ASSOCIATES**
BOARD CERTIFIED TRIAL ADVOCATE
FIFTH FLOOR
1320 NINETEENTH STREET, N.W.
WASHINGTON, D.C. 20036

TEL (202) 833-8040
FAX (202) 833-8046
TOLL FREE (888) 868-5380
aaronlevinelaw@aol.com
www.aaronlevinelaw.com

*ADMITTED IN NEW YORK AND ILLINOIS ONLY
**ADMITTED IN ARIZONA ONLY

June 26, 2007

**BY FACSIMILE AND FIRST CLASS MAIL**
Jonathan Gregor, Esq.
Shook, Hardy, and Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

RE:   *Awwad v. Eli Lilly and Co.*, No. H-06-03136 (S.D. Tex.)
      *Moore v. Eli Lilly and Co.*, No. 1:06-CV-01252 (D.D.C.)

Dear Mr. Gregor:

   This is to advise you that we are withdrawing our supplemental expert disclosures in the above-captioned cases. Therefore, you should withdraw your motions to strike as they are now moot.

   Please contact me should you have any questions.

                              Very Sincerely,

                              Aaron M. Levine

AML/bjc

cc:   J. Chadwick Coots, Esq.
      M. Scott Michelman, Esq.