IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:06-CV-01252 |

## DEFENDANT ELI LILLY AND
## COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to FED. R. CIV. P. 56 (c), and as set forth more fully in Defendant Eli Lilly & Company's ("Lilly") Memorandum in Support of its Motion for Summary Judgment, Lilly moves for summary judgment as to all of plaintiff's claims on the ground that there is no genuine issue as to any material fact raised by plaintiff's claims and Lilly is entitled to judgment as a matter of law. Specifically, Lilly is entitled to summary judgment because plaintiff cannot meet her burden of proving proximate causation in this case because there is no evidence that Dr. Anderson, who plaintiff alleges prescribed DES for her mother, read and relied on anything from Lilly in allegedly making his prescribing decision. Accordingly, in the absence of admissible evidence that Dr. Anderson read and relied specifically on Lilly's warnings in prescribing DES for her mother, plaintiff cannot prove a different warning by Lilly would have prevented her alleged injuries and Lilly is entitled to judgment as a matter of law.

Second, because there is no evidence that any alleged warranty made by Lilly ever became the basis of a bargain with Dr. Anderson, that Lilly breached any implied warranty, or that plaintiff ever provided Lilly notice of any alleged breach of warranty prior to filing this lawsuit, her breach of warranty claim fails as a matter of law.

2549798v1

Finally, because there is no evidence that Dr. Anderson ever relied on any representation from Lilly in allegedly prescribing DES for plaintiff's mother, Lilly is entitled to summary judgment as to plaintiff's misrepresentation claim as well.

WHEREFORE, Defendant Eli Lilly and Company respectfully requests that the Court enter an Order granting summary judgment in favor of Lilly and against plaintiff and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ John C. Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2549798v1

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of July, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

               /s/ John C. Coots
              **ATTORNEY FOR DEFENDANT**
              **ELI LILLY AND COMPANY**

2549798v1