# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1 : 06-cv-001252-RMU |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

## PLAINTIFF HEATHER ANN MOORE'S ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your present name, date and place of birth, Social Security Number and all other names you have used or been known by, including the period during which you were known by such other names.

ANSWER: Name: Heather Ann Moore; Date of Birth: 6/4/70; Place of Birth: Newton-Wellesley Hospital, Newton-Lower Falls, MA; Social Security No.: 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; Other Names: Heather Ann Glynn prior to 4/08/00.

2. Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

ANSWER:

    a. 3 Royal Crest Drive
       Nashua, NH 03060
       (6/70 - 9/70)

    b. 9 Hart Street
       Burlington, MA 01803
       (9/70 - 9/72)

    c. 3595 Post Road, Apt 103
       Cowessett Hills Apts.
       Warwick, RI 02886
       (9/72 - 12/73)

9.  If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Plaintiff started attempting pregnancy almost four years ago and has not been able to conceive. She first consulted Dr. Katherine Bass, The Fertility Center of Maryland, 110 West Road, Suite 102, Towson, MD 21204 on 6/07/04 regarding conception.

10.  If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous abortion, therapeutic abortion, etc.); the name and address of each physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health care provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:** Not applicable as Plaintiff has not been able to conceive.

11.  Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:** Inclusive Dates of Pregnancy: Approximately 9/69 - 6/4/70; Parents' Names: John Emmett Glynn and Joyce Carolyn Glynn; Mother's Address: 3 Royal Crest Drive, Apt B, Royal Crest Estates, Nashua, NH 03060; Doctor's Name: Carl Anderson, M.D. Newton-Wellesley Medical Building, Newton-Lower Falls, MA 02162; Hospital: Newton Wellesley Hospital, 2000 Washington Street, Newton-Lower Falls, MA 02162.

12. Please list the names of all drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids or hormones; the inclusive dates each such drug or medication was used; the purpose for which each such drug or medication was used; and the name of the physician or other health care provider, if any, who prescribed such drug or medication for your use.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad and burdensome, nor will it lead to the discovery of information relevant to her claim. The only relevant hormone Plaintiff has been exposed to is the DES she was exposed to in utero.

13. Please describe with specificity the injuries, disabilities and/or conditions which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, including any complaints of injury, disability, or condition which have now subsided and when you last had those complaints, and if you are claiming any aggravation of any injury, disability, or condition, describe such condition, and the manner in which you claim such condition was aggravated by your alleged exposure to the drug identified in the Complaint.

**ANSWER:**  
a. T-shaped uterus, diagnosed on 6/21/04 by Dr. Santiago Padilla, Fertility Center of Maryland, 110 West Road, Suite 102, Towson, MD 21204;

b. Pinpoint cervical os and short hooded cervix diagnosed on 6/7/04 by Dr. Katherine Bass;

c. Primary Infertility, diagnosed in June, 2004 by Dr. Katherine Bass;

d. Anxiety and terror regarding future adverse pregnancy outcomes; and

e. Depression and impaired relationship with spouse complicated by anger, resentment, and disappointment.

Plaintiff reserves the right to supplement this Answer as discovery progresses.

14. If you have been confined, examined, x-rayed or treated in any hospital or clinic or physician's office or have consulted any physician or other health care provider as a result of any injury, disability, or condition which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, please state the name and address of each such hospital or clinic or office, the name and address of each treating physician or other health care provider, and the nature of the treatment received by you, including the date of each such confinement, examination, x-ray or treatment.

**ANSWER:** Father's Name: John Emmett Glynn; Place of Birth: Carney Hospital, South Boston, MA,; Date of Birth: 9/11/39; Currently resides at 6 Contour Road, Warwick, RI 02886 with wife, Joyce C. Glynn.   Prior Addresses:

    a.    3 Royal Crest Drive
           Nashua, NH 03060
           (6/70 - 9/70)

    b.    9 Hart Street
           Burlington, MA 01808
           (9/70 - 9/72)

    c.    3595 Post Road, Apt 103
           Cowessett Hills Apts.
           Warwick, RI 02886

19.   As to your brothers and sisters, please state their names at birth; their present names if different from their names at birth and any other names used; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has or has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

**ANSWER:**   Plaintiff has one natural sister and two natural brothers as follows:

    a.    Name at Birth: John Emmett Glynn, Jr., 59 Warren Avenue, Boston, MA 02116; DOB: 2/11/74.

    b.    Name at Birth: Brendan Christopher Glynn, 110A E. Centre Street, Baltimore, MD 21202; DOB: 9/24/76.

    c.    Name at Birth: Meredith Ann Glynn, 2 Campbell Road, Arlington, MA 02474. DOB: 7/31/77.

    None of them have had any "major" illnesses, diseases and/or conditions.

20.   As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and

address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

**ANSWER:**  a. DES was prescribed from early pregnancy through week 35.

b. Carl Anderson, M.D., Newton Wellesley Medical Building, 200 Washington Street, Newton-Lower Falls, MA 02162.

c. Plaintiff's mother filled her DES prescription at Brattle Pharmacy, 1043 Massachusetts Avenue, Arlington, MA 02174.

d. See Statement of Philip Cavaretta, R. Ph, attached in Response to Defendant's Request for Production of Documents.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

**ANSWER:** Pill form. See Stilbestrol Schedule produced in response to Defendant's Request for Production. This answer may be supplemented as discovery progresses.

22. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortiously in the manufacture or distribution of DES or in the warning about the use of DES.

**ANSWER:**  a. Plaintiff first learned she was exposed to DES in 2000.

b. Plaintiff first learned of her DES-related injuries in June, 2004.

c. December, 2005 was the first date Plaintiff believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortiously in the manufacture or distribution of DES or in the warnings about the use of DES.

23. For each document, letter, written statement, memorandum or other written material from Lilly that you, your attorneys or other representatives may have, please state the exact description of each such item, the date appearing on each such item, the location where each such item was obtained, the name and address of the person to whom such written material was directed, the name and address of the person who obtained each such item, the name and address of the person who provided each such item and the name and address of the person

The information contained in these requests as well as the word usage, sentence structure and opinions, are not solely that of the declarant, rather they are the product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 9/12/06

HEATHER ANN MOORE, Declarant

AARON M. LEVINE & ASSOCIATES

Aaron M. Levine, #7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 833-8040

Counsel for Plaintiff