# Exhibit 2

Case 1:06-cv-01252-RMU    Document 19-4    Filed 07/30/2007    Page 1 of 8

1 (Pages 1 to 4)

### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - X
 4   HEATHER ANN MOORE,            :
 5         Plaintiff,    : Civil Action No.:
 6   vs.                : 1:06-CV-01252
 7   ELI LILLY AND COMPANY,        :
 8         Defendant.    :
 9   - - - - - - - - - - - - - - - X
10
11         Deposition of JOYCE GLYNN
12              Washington, D.C.
13           Monday, January 22, 2007
14                 1:06 p.m.
15
16
17
18
19   Job No.: 1-94245
20   Pages:  1 - 95
21   Reported by: Dana C. Ryan, RPR
22
```

### Page 2

```
 1         Deposition of JOYCE GLYNN, held
 2   at the law offices of:
 3         Aaron M. Levine & Associates, P.A.
 4         1320 19th Street, N.W.
 5         Suite 500
 6         Washington, D.C. 20036
 7         (202) 833-8040
 8
 9
10         Pursuant to agreement, before Dana C. Ryan,
11   Registered Professional Reporter and Notary Public
12   in and for the District of Columbia.
```

### Page 3

```
              APPEARANCES

ON BEHALF OF THE PLAINTIFF:
    BRANDON J. LEVINE, Esquire
    Aaron M. Levine & Associates, P.A.
    1320 19th Street, N.W.
    Suite 500
    Washington, D.C. 20036
    Telephone: (202) 833-8040


ON BEHALF OF THE DEFENDANT:
    JONATHAN H. GREGOR, Esquire
    Shook, Hardy & Bacon, L.L.P.
    2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
    Telephone: (816) 474-6550

         - and -
```

### Page 4

```
    JUDITH L. O'GRADY, Esquire
    Shook, Hardy & Bacon, L.L.P
    Hamilton Square
    600 14th Street, N.W.
    Suite 800
    Washington, D.C. 20005-2004
    Telephone: (202) 783-8400


ALSO PRESENT:
    Heather Ann Moore
```

**Page 17**

1  A  (Indicating).
2  Q  Okay. And you also circled a pill on the
3  last page of Deposition Exhibit Number 1, is that
4  correct?
5  A  That's correct.
6  Q  And you placed your initials next to that --
7  A  Yes.
8  Q  -- indication?
9  A  Yes.
10  Q  Did you choose any other pictures or pills
11  from Deposition Exhibit Number 1?
12  A  No.
13  Q  And can you tell me how sure you are of the
14  two pills that you chose that those are representative
15  of the pills that you took while pregnant with your
16  daughter Heather?
17  A  I'm pretty positive.
18  Q  Okay. And do you know the dosage size of
19  those two particular pills?
20  A  From a list that I have, I know that the
21  smaller pill was 5-milligram or something and that the
22  larger one was the 25 when I stepped up from taking

**Page 18**

1  all the little ones.
2  Q  Okay. And we may -- we'll get back to these
3  a little --
4  A  That's fine.
5  Q  -- bit more later.
6     With respect to your conversations with the
7  attorneys last night, did you take any notes --
8  A  No.
9  Q  -- of your conversations?
10  A  No.
11  Q  Who was with you during your conversation
12  with your daughter's attorneys?
13  A  My husband and my son-in-law and my
14  daughter.
15  Q  How many times have you spoken with your
16  daughter's attorneys?
17  A  Last night and now.
18  Q  Okay. And those are the first times that
19  you ever had any face-to-face --
20  A  Yes.
21  Q  -- or telephone discussions?
22  A  Yes.

**Page 19**

1  Q  And, also -- and I may have forgotten to
2  mention this -- as we are going through this, if you
3  want to take a break at any time, just say so. I
4  don't think your deposition is going to be
5  particularly long, but if at any time you need to take
6  a break, feel free to say so and we'll take a break.
7  A  Okay. Thank you.
8  Q  Other than the letter that you recall
9  receiving about -- I think you said a month ago, do
10  you recall receiving any other correspondence from
11  your daughter's attorneys?
12  A  No.
13  Q  Okay. Did you review any documents other
14  than the pill photographs in preparation for your
15  deposition?
16  A  No.
17  Q  Did you review any deposition transcripts?
18  A  No.
19  Q  To your knowledge do you have any
20  prescription records or other documents, including
21  medical records, that relate to any prescriptions
22  taken by you in the 1960s or '70s?

**Page 20**

1  A  No.
2  Q  Do you have any records or documents
3  relating to your pregnancy with Heather?
4  A  No.
5  Q  Okay. Did you -- and I want to make sure I
6  clarify this for the Record. Did you produce
7  something -- anything to your daughter's attorneys
8  regarding your pregnancy with Heather in the way of a
9  document?
10  A  A stilbestrol list that my doctor had given
11  me to follow.
12  Q  Other than that, do you have any records or
13  anything else from your pregnancy with Heather?
14  A  No.
15  Q  Okay. And you turned that over to your
16  daughter's attorneys or a copy of that; is that --
17  A  A copy of that, yes.
18  Q  Did you keep the original?
19  A  Yes.
20  Q  Okay. Do you have any old prescription
21  bottles for any prescription medicine taken by you in
22  the 1960s or '70s?

## Page 37

1 someone --
2   A   Yes.
3   Q   Okay. And you indicated after Dr. Duncan,
4 you -- he referred you to Dr. Anderson; is that
5 correct?
6   A   Dr. Carl Anderson, yes.
7   Q   Where was his office located?
8   A   At the Newton-Wellesley in Newton, Mass.
9   Q   Other than Dr. Duncan and Dr. Anderson, have
10 you had any other gynecologists?
11   A   No.
12   Q   When was the last time you saw Dr. Anderson?
13   A   I'm guessing -- I would guess, with Meredith
14 born in 1977, '78 -- probably 1980.
15   Q   Have you attempted to contact him or his
16 office regarding your medical records for any of your
17 pregnancies?
18   A   No.
19   Q   Do you know -- is he still alive?
20   A   I don't know.
21   Q   How many pregnancies have you had total?
22   A   Five.

## Page 38

1   Q   Okay. We've already gone through the first
2 one.
3   A   Uh-huh.
4   Q   Was your second pregnancy with your daughter
5 Heather?
6   A   Yes.
7   Q   And when was she born?
8   A   1970, June 4th.
9   Q   How far into that pregnancy were you when
10 you first suspected that you were pregnant?
11   A   After my second month I would go.
12   Q   Were there any problems during that
13 pregnancy with Heather?
14   A   I took stilbestrol, which was given to me by
15 Dr. Anderson, and in my fifth or sixth month he did
16 what you call an internal because I had had the
17 problem prior and my cervix was opening.
18   Q   Okay. When you say, "internal," are you
19 referring to a cervical band procedure?
20   A   No, he first did an internal exam.
21   Q   Okay.
22   A   And when he -- which is not normal when

## Page 39

1 you're pregnant, but because of my high risk, he
2 just -- in fact, he said to me -- I remember the day
3 because it frightened me to death -- he said, I'm
4 going to do this. He said, I just have a feeling I
5 should check you --
6   Q   Okay.
7   A   -- and he did, and my cervix was starting to
8 open.
9   Q   Okay.
10   A   And then he immediately transferred me that
11 day to the hospital.
12   Q   And was that for the cervical band
13 procedure?
14   A   For the cervical band.
15   Q   Okay. And how far into the pregnancy were
16 you when that occurred?
17   A   I believe it was the fifth month.
18   Q   Okay. Other than that, were there any
19 complications during the pregnancy?
20   A   No.
21   Q   Okay.
22   A   No.

## Page 40

1   Q   And when Dr. Anderson prescribed -- he
2 indicated stilbestrol for you, what did he call it?
3   A   He just told me he was going to give me some
4 pills that would help me keep my pregnancy going.
5   Q   Did he tell you the name of the pills at
6 all?
7   A   Not that I remember.
8   Q   Did he tell you what he referenced or what
9 he was looking at with respect to why he was
10 prescribing those pills for you?
11   A   I -- I -- he didn't, but I assumed that it
12 was because of the high risk that he wanted me to keep
13 this baby and not lose it.
14   Q   Okay. What pharmacy did you fill your
15 prescription at during this pregnancy with Heather?
16   A   At the Brattle Pharmacy on Mass Avenue in
17 Arlington.
18   Q   Did -- strike that.
19       Where were you living at that time?
20   A   In Nashua, New Hampshire.
21   Q   During that pregnancy did you see anyone
22 else?

**Page 41**

1  A  No.
2  Q  Do you know how old Dr. Anderson was
3  approximately during that time?
4  A  I thought he was around my age, but
5  obviously -- I would guess now looking back that he
6  might have been 36, 37.
7  Q  Do you know --
8     MR. LEVINE: Can we take like a
9  two-minute break?
10    MR. GREGOR: Sure. Sure. Let's go off
11 the Record.
12    (Discussion off the Record.)
13    (Recess -- 1:46 p.m.)
14    (After recess -- 1:54 p.m.)
15 BY MR. GREGOR:
16 Q  With respect -- I believe before we took a
17 break we were discussing your pregnancy with Heather
18 I may have asked you this, but did you ever attempt to
19 obtain records from Dr. Anderson for that pregnancy?
20 A  No.
21 Q  Do you have any records to your knowledge
22 from that pregnancy?

**Page 42**

1  A  No.
2  Q  Okay. The first visit or the visit that we
3  discussed where Dr. Anderson did an internal, was that
4  your first visit?
5  A  No.
6  Q  Okay. What did he do at the first visit, if
7  you recall?
8  A  He did the regular test to find out if I was
9  pregnant and gave me the pills to take and a schedule
10 to follow.
11 Q  All right. And the schedule --
12    MR. GREGOR: Number four.
13    (Joyce Glynn Deposition Exhibit Number 4 was
14 marked for identification and attached to the
15 transcript.)
16 BY MR. GREGOR:
17 Q  Let me show you what has been marked as
18 Deposition Exhibit Number 4 --
19 A  Uh-huh. Okay.
20 Q  -- and ask you if you recognize that
21 document?
22 A  Yes.

**Page 43**

1  Q  And what is that document?
2  A  That is the schedule I was given with my
3  notations of the weeks and the crosses, which I
4  fulfilled what I was supposed to do.
5  Q  Okay. So all the handwriting on Deposition
6  Exhibit Number 4 is yours?
7  A  Yes.
8  Q  Okay. And is this the schedule that
9  Dr. Anderson gave you?
10 A  Yes.
11 Q  Is this how you know what medication you
12 took since Dr. Anderson didn't name it for you?
13 A  Yes.
14 Q  Okay. And this indicates -- there's a line
15 through week six. Does that mean you did not take
16 anything during that week?
17 A  Oh, the first week? Yes.
18 Q  Okay.
19 A  That's probably -- I saw him after that.
20 Q  Okay. Did Dr. Anderson prescribe anything
21 else for you during this pregnancy?
22 A  No.

**Page 44**

1  Q  Okay. Did you ever receive any shots or any
2  samples in the office of any medications?
3  A  No.
4  Q  You indicated earlier in your testimony that
5  Dr. Anderson had prescribed this because of your prior
6  miscarriage; is that correct?
7  A  Yes.
8  Q  Do you recall specifically what he told you
9  other than what you've testified to?
10 A  No.
11 Q  Okay. Did Dr. Anderson give you any
12 warnings or discuss any risks or side effects with
13 respect to the medication he prescribed?
14 A  No.
15 Q  This stilbestrol schedule indicates that --
16 at least the first X is next to weeks seven and eight.
17 Did you begin taking the drug in week seven or eight?
18 A  I began in week seven on November 4th, which
19 I guess -- looks like I wrote it was a Wednesday.
20 Q  At the point that Dr. Anderson prescribed
21 this for you, had you experienced any problems with
22 the pregnancy at that point?

Page 49

1  A  Round.
2  Q  Did it have any markings on it at all?
3  A  No.
4  Q  Okay. When you say, "no," are you saying it
5  did not or you don't recall?
6  A  It did not have any markings.
7  Q  Do you recall if it was coated or uncoated?
8  A  Just plain, no coating.
9  Q  Okay. And did it have any inscriptions on
10 it or anything of that nature?
11 A  No.
12 Q  Do you recall -- other than that it was a
13 small, white pill, do you recall any details about the
14 pill?
15        MR. LEVINE: Objection. She just
16 testified to a lot of detail about the pill, the
17 shape, the size, the markings.
18 BY MR. GREGOR:
19 Q  Excuse me. Other than what you've already
20 testified to, do you recall any other details about
21 the pill?
22 A  No.

Page 50

1  Q  Do you recall any details about the bottle
2  that the 5-milligram pill came in?
3  A  I got them in the -- what do you call it? --
4  the drugstore bottles.
5  Q  Okay. So do you recall any particulars
6  about the bottle or the label?
7  A  No.
8  Q  The schedule indicates that you took the
9  5-milligram pill off and on through week 35; is that
10 correct?
11 A  Continually, yes.
12 Q  Okay.
13 A  Not off and on, just continually plus other.
14 Q  Okay. Well, in week 25, for example, and
15 week 20, were there times when you did not take the
16 5-milligram pill?
17 A  No.
18        MR. LEVINE: Well --
19        THE WITNESS: I took three -- oh, I did
20 not take the 5. Yes, I'm sorry. Yes.
21 BY MR. GREGOR:
22 Q  Where it indicates the zero on the schedule,

Page 51

1  you did not take a 5-milligram pill; is that correct?
2  A  Correct. I took the 25.
3  Q  Okay. Did the 5-milligram pill that you
4  took during your pregnancy ever change, or was it
5  always the same?
6  A  Always the same.
7  Q  Do you recall if the bottle or the label
8  ever changed on the 5-milligram pill?
9  A  No.
10 Q  And for purposes of the Record, when you
11 say, "no," are you saying it did not change?
12 A  It did not change.
13 Q  All right. Do you know who manufactured the
14 5-milligram pill that you took during this pregnancy?
15 A  No.
16 Q  There's also a reference to a 25-milligram
17 pill on the schedule. Do you have an independent
18 recollection of taking a 25-milligram pill?
19 A  Yes.
20 Q  And what do you recall specifically? I know
21 that you picked out a pill in the photographs. What
22 do you recall specifically about the 25-milligram pill

Page 52

1  you took?
2  A  Basically that it was larger and that it had
3  a cross, which I thought was good because it --
4  Q  Uh -- go ahead. I'm sorry.
5  A  No, just it was a larger pill and it had a
6  cross and sort of -- I felt that was comforting.
7  Q  And what color was that pill?
8  A  White.
9  Q  Do you know if it was coated or uncoated?
10 A  Uncoated.
11 Q  Was the cross on both sides or on one side?
12 A  Just one.
13 Q  Other than the cross on one side, were there
14 any other markings or inscriptions on the pill?
15 A  No.
16 Q  Do you recall any of the details regarding
17 the bottle or the label of that pill?
18 A  No.
19 Q  Now, with respect to the 25-milligram pill,
20 this schedule indicates that you first took that in
21 week 15; is that correct?
22 A  Yes.

Page 53

1    Q   And did you take that through week 35?
2    A   Yes.
3    Q   And you indicated earlier in your testimony
4 that you strictly followed this schedule; is that
5 correct?
6    A   That's correct.
7    Q   And did Dr. Anderson tell you to strictly
8 follow this schedule?
9    A   Yes.
10    Q   Okay. Did the 25-milligram pill that you
11 were taking ever change?
12    A   No.
13    Q   Do you know who manufactured the
14 25-milligram pills you took during your pregnancy with
15 Heather?
16    A   No.
17    Q   Do you recall how often you refilled the
18 prescriptions for the 5-milligram and 25-milligram
19 pills?
20    A   No.
21    Q   Do you know -- did anyone else refill the
22 prescriptions for you?

Page 54

1    A   No.
2    Q   When you say, "no," are you saying no one
3 did or that you don't recall?
4    A   No one did.
5    Q   Just you?
6    A   I did it, yes.
7    Q   Was it always at Brattle?
8    A   Yes.
9    Q   And when you reviewed the photographs of
10 pills that your daughter's attorneys provided for you,
11 mailed to you, did anyone help you in choosing the
12 pills that were shown in those photographs?
13    A   No.
14    Q   With respect to the bottles, you'd indicated
15 that for the 5-milligram and 25-milligram pills that
16 you didn't recall any details. Do you recall if they
17 were plastic or glass?
18    A   I believe they were plastic with the caps.
19    Q   What kind of caps?
20    A   With the cap -- you know, snap-on cap.
21    Q   Was the cap -- it was a snap-on, not a
22 screw-on?

Page 55

1    A   Right.
2    Q   Was it a child-proof cap?
3    A   No.
4    Q   Do you know -- if you recall, was there
5 cotton in the jar or in the --
6    A   I don't recall.
7    Q   And you don't recall any particulars about
8 the labels at all?
9    A   No.
10    Q   Now, this schedule that's represented in
11 Deposition Exhibit Number 4, there are X's through
12 May 19th. Was that the last week or the last time you
13 took --
14    A   Yes.
15    Q   Okay. Do you recall anything about the cost
16 of the medication that you were taking?
17    A   No.
18    Q   Do you know -- was it covered by insurance
19 or did you pay cash out-of-pocket?
20    A   I paid cash.
21    Q   You had indicated earlier in your testimony
22 that you don't recall the names of the pharmacists who

Page 56

1 worked at Brattle during that time; is that correct?
2    A   That's correct.
3    Q   Do you recall if it was a man or a woman who
4 filled the prescription typically?
5    A   A man.
6    Q   But that's all you recall?
7    A   Yes. I mean, I knew the man, but I didn't
8 know his name.
9    Q   Okay. And you still don't today?
10    A   No.
11    Q   I know that -- strike that.
12        Did the pharmacist tell you anything at the
13 time you filled the prescription about the drug?
14    A   No.
15    Q   How far away from the doctor's office was
16 Brattle Pharmacy, if you know, about how far?
17    A   Probably about a 15-minute ride in the car.
18    Q   Was there any particular reason that Brattle
19 was where you decided -- where you filled your
20 prescription at that time?
21    A   Yes. I went to my mom's on the way back
22 from the doctors, and she lives literally two minutes

### Page 89

1  books all along the right wall and all along the front
2  wall, many books piled on his desk. That's
3  basically --
4      Q   Did he look like a doctor who was well read?
5      A   Oh, yeah. Oh, he was -- that was his
6  profession, his thing. He was very good that way.
7  And as I said, he was very cautious on drugs. He
8  wouldn't let me take any drugs at anytime during the
9  pregnancy, not even an aspirin, because I went up, as
10 I said, to his office with strep throat, or what I
11 thought was strep throat, and he said, I can't give
12 you anything. It will go -- just drink a lot of tea
13 and fluids, so he was strict.
14          MR. LEVINE: I don't have anything
15 further.
16          MR. GREGOR: Nothing further. Thank
17 you.
18          MR. LEVINE: You have some rights to
19 terminate the deposition now that it's over.
20          THE WITNESS: Okay.
21          MR. LEVINE: I have to advise you of
22 your rights, and you have to choose one. Since I'm

### Page 90

1  not your official lawyer, I can't assert on the Record
2  what you choose. The first choice is she'll type it
3  up. She'll send it to me, and I'll send it to you.
4  You read it over. She also provides a separate sheet
5  of paper with a signature line. You can totally
6  change your answers. You can change yes to no or no
7  to yes or explain your answers. However, if you do do
8  that, they may have a right to redepose you on your
9  changes or comment at trial or hearing as we go
10 further in this case what those changes may mean.
11 That's choice one.
12          Choice two is if you think she took
13 down what you said and you don't want to deal with it
14 anymore, you can say, I waive my signature, which
15 means if it goes further, you can't come into court or
16 hearing, in front of the judge or in front of the jury
17 and say, I didn't have a chance to read it and sign
18 it, if you waive that right.
19          Choice three is what your husband did
20 and what your son-in-law did, so I assume you are
21 going to do the same thing. She will process it with
22 all the things I just said, send it to me and I'll

### Page 91

1  send it to you, and if you don't do anything within 30
2  days, it automatically converts into a waiver of a
3  signature. What you're basically choosing to do is
4  just kind of reserve until -- you can either not deal
5  with it or deal with it or read it or not read it, but
6  you have to chose one.
7          THE WITNESS: I'll choose option three.
8          MR. LEVINE: She will read and sign.
9
10
11
12         (Signature having not been waived, the
13 deposition of JOYCE GLYNN was concluded at 2:51 p.m.)

### Page 92

          ACKNOWLEDGMENT OF DEPONENT

    I, Joyce Glynn, do hereby
acknowledge that I have read and examined the
foregoing testimony, and the same is a true,
correct and complete transcription of the
testimony given by me and any corrections
appear on the attached Errata sheet signed by me.


_____        _____
   (DATE)                (SIGNATURE)