# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:06-CV-01252 |

**AFFIDAVIT OF JOHN CHADWICK COOTS IN SUPPORT
OF ELI LILLY AND COMPANY'S MEMORANDUM IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, John Chadwick Coots, being first sworn on oath, say that the following is true and correct:

I am an attorney in the firm of Shook, Hardy & Bacon, LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned action.

1. **Attachment 1** is a true copy of excerpts of the 1969 and 1970 Drug Topics Red Book.

2. **Attachment 2** is a true copy of excerpts of the 1969-70 American Druggist Blue Book.

Executed on July 30, 2007.

*/s/ John Chadwick Coots*
John Chadwick Coots

2563887v1

DISTRICT OF )
 )ss.
COLUMBIA )

On this 30th day of July, 2007, before me, a notary public in and for said state, personally appeared John Chadwick Coots, to me personally known, who being duly sworn, acknowledged that he had executed the foregoing instrument for purposes therein mentioned and set forth.

 _____
 NOTARY PUBLIC

 Michel Y. Thompson
 Notary Public, District of Columbia
My Commission Expires: My Commission Expires 10-14-2009

10/14/09

2563887v1