# Attachment 1

DRUG TOPICS
Red Book
ESTABLISHED 1897
PUBLISHED ANNUALLY BY THE TOPICS PUBLISHING CO., INC. • 330 WEST 34th STREET, NEW YORK, N.Y. 10001
PRODUCT INFORMATION
Alphabetical Listings of all Drug Store Products, their Prices, and Sizes
PRODUCT DESCRIPTIONS
Give detailed information on products: What they are, their uses, how administered Dosage, precautions, how supplied
MANUFACTURERS' CATALOGS
Complete Manufacturer's Catalogs are included in this one convenient reference
1969
PHARMACISTS REFERENCE
Timely and practical pharmacy facts including reference tables, Recommended Minimum Standards of Rx Department Equipment and Books for Pharmacists
Comprehensive List DACA Drugs
LIST OF MANUFACTURERS
With Names, Addresses and Zip Codes
The only price directory in the drug field that keeps up-to-date with supplements.

PRODUCT INFORMATION 145 Derma-Fresh—Desferal

DICK TEST
See Scarlet Fever Streptococcus Toxin

DICKEY EYE WATER (VA 14)
Drops, ½ oz. vial ...... .59 3.24

John R. Dickey's
Old Reliable
EYE WASH
For the relief of minor irritations caused by strain, exposure to wind, dust and glare. Brings comfort to irritated eyes.
See prices below.
DICKEY DRUG CO.
Bristol, Va.

DICKEY'S, JOHN R. (DI 16)
Old Reliable Eye Wash

| | | |
|---|---|---|
| Regular, 3 dr. | .85 | 6.80 |
| Large, 1 oz. | 1.25 | 10.00 |
| Plastic, ½ oz. | .85 | 6.80 |
| Old Reliable Salve, ¼ oz. | .50 | 4.00 |

* * *

As a facial astringent and as a compress for tired eyes.
Tops for sunburn, bites, stings, poison ivy and after shaving.
Relieves muscular stiffness, soreness after physical exertion.
4 oz.
8 oz.
16 oz.
32 oz.
Gallons
THE E. E. DICKINSON CO.
Essex, Conn.

DICKINSON'S, E.E. (DI 18)

| | | |
|---|---|---|
| Hazel Cones, 12s | 1.29 | 7.80 |
| Witch Hazel | | |
| East of Mississippi | | |
| 4 oz. | .30 | 2.15 |
| 8 oz. | .51 | 3.54 |
| 16 oz. | .79 | 5.60 |
| 32 oz. | 1.39 | 9.30 |
| Gal., ea. | ... | 2.60 |
| West of Mississippi | | |
| 4 oz. | .34 | 2.40 |
| 8 oz. | .55 | 3.90 |
| 16 oz. | .89 | 6.20 |
| 32 oz. | 1.55 | 10.95 |
| Gal., ea. | ... | 3.60 |

* * *

T. N. DICKINSON'S
WITCH HAZEL
"The Original"
Household Extract
Since 1866
Processed For Purity
By Ultra Violet Rays
East Hampton, Conn. 06424

DICKINSON'S, T.N. (DI 38E)
Witch Hazel Extract

| | | |
|---|---|---|
| 8 oz. | .53 | 3.54 |
| 16 oz. | .79 | 5.60 |
| 32 oz. | 1.39 | 9.80 |
| Gal., ea. | ... | 2.50 |
| Witch Hazel Saturated Pads | | |
| Rimless, 2", 50s, ea. | 1.75 | 1.05 |
| 3", 100s, ea. | 3.00 | 1.80 |
| Witch Hazel Soap | ... | ... |

* * *

DICODAMOR
[illegible]

DI-CODE [B] (SC 37)
Liquid, pt., ea. (726) ... ... 3.00

DICODETHAL. Lemmon (LA 56N)
Elixir (733)

| | | |
|---|---|---|
| Pt., ea. | ... | 2.40 |
| Gal., ea. | ... | 12.80 |

DICODID BITARTRATE (N)
Knoll Pharm. (KN 19L)

| | | |
|---|---|---|
| Powder, 15 gr. vial, ea. | ... | 3.80 |
| Tablets, 5 mg., 100s, ea. | ... | 4.00 |

See Knoll Pharm. Catalog page 361

DICODRINE (N)
Tilden-Yates (TI 22)
Cough Syrup, pt., ea. ... ... 3.50

DICONIST (WC 47)
Liquid, gal., ea. ... ... 13.50

DICAL [B] (JA 26K)
Liquid, pt., ea. ... ... 4.00

DI-COLD (MA 24P)

| | | |
|---|---|---|
| Tablets, 100s, ea. | ... | 2.40 |
| 1000s, ea. | ... | 21.00 |

DICOLE (HA 33)
Capsules, 100 mg. (C-1075)

| | | |
|---|---|---|
| 100s, ea. | ... | 2.50 |
| 1000s, ea. | ... | 13.00 |

DICOMAL (HA 20)

| | | |
|---|---|---|
| Liquid, 4 oz., ea. | ... | .75 |
| 16 oz., ea. | ... | 2.80 |

DICOPHEN
Tilden-Yates (TI 22)
Liquid, 16 oz., ea. ... ... 3.80

DICORT [B] (HI 12)

| | | |
|---|---|---|
| Cream, 1 oz., ea. (175) | ... | 2.40 |
| Suppositories | | |
| 12s, ea. (176) | ... | 2.60 |

DICARVIN [B] (AM 60)

| | | |
|---|---|---|
| Tablets, 50s, ea. | ... | 10.00 |
| 100s, ea. | ... | 18.80 |
| 500s, ea. | ... | 78.07 |

DICOSED [B] (DA 57)

| | | |
|---|---|---|
| Liquid, 16 oz., ea. | ... | 2.25 |
| Gal., ea. | ... | 15.65 |

DICOTRATE
Tilden-Yates (TI 22)
Syrup, 16 oz., ea. ... ... 3.10

DICO-TUSS (PM 39S)

| | | |
|---|---|---|
| Syrup, 4 oz. | 1.50 | 8.00 |
| 8 oz. | 2.69 | 14.40 |

DICOUMARIN. See Dicumarol

DICUMAROL
[illegible]

DICURIN PROCAINE (B)
[illegible]

DIDELAMINE
[illegible]

DIDREX (B)
[illegible]

DI-GEL (CH 51)
[illegible]

DIGESTROL (B) (CA 28)
[illegible]

DIELOXIN
[illegible]

DIENESTROL
[illegible]

DIENESTROL ℞
Cream

• Composition: Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

• Indications: Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

• Contraindications: Malignancies or precarcinomatous lesions of the vagina or vulva.

• Precautions: In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

• Dosage: One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

• Packaging: 78 Gm tubes with or without the ORTHO Measured-Dose Applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey 08869

Ortho [B] (OR 24)

| | | |
|---|---|---|
| Cream, 78 Gm. tube | ... | 27.20 |
| w/applicator | ... | 32.40 |

* * *

Richlyn [B] (RI 23P)
Tablets, 0.5 mg.
1000s, ea. (3220) ... ... 3.90

Robinson [B] (RO 27)
[illegible]

DIETAMINE [B] (KE 63L)
Injectable, Vial
20 mg./cc., 30 cc., ea. ... 1.50

DIET-A-WAY (PH 28L)
[illegible]

DIETCAP [B] (BL 21)
Capsules, T.D.

| | | |
|---|---|---|
| 100s, ea. | ... | 4.50 |
| 1000s, ea. | ... | 30.00 |

DIETEMIC ELIXIR [B] (LA 93)
[illegible]

DIETENE. Doyle Pharm. (DO 54)
Instant, Plain or Chocolate
[illegible]

DI-ETH-STROL [B]
Christian (CH 60)
Aqueous Suspension, Vial
25 mg./cc.
10 cc., ea. (1007) ... ... 2.65
In Oil, Vial
25 mg./cc.
30 cc., ea. (1008) ... ... 2.65

DIETHYLENE GLYCOL
International Chem. (IN 47)
16 oz., ea. ... ... 2.00
Pfaltz & Bauer (PF 9)
8 oz., ea. ... ... 3.50

DIETHYLENE GLYCOL MONOSTEARATE
International Chem. (IN 47)
1 oz., ea. ... ... 1.09
Pfaltz & Bauer (PF 9)
500 Gm., ea. ... ... 11.00

DIETHYLSTILBESTROL
A B A Pharm. [B] (A 30)
Tablets, 0.25 mg.
[illegible]

ARMOUR THYROID high sales...high profits...high physician preference

E.C., 100s, ea. ... .41
1000s, ea. ... 3.18
1 mg., 100s, ea. ... .39
1000s, ea. ... 2.95
E.C., 100s, ea. ... .48
1000s, ea. ... 3.35
5 mg., 100s, ea. ... .73
1000s, ea. ... 4.90
E.C., 100s, ea. ... .73
1000s, ea. ... 5.90
25 mg., 100s, ea. ... 1.43
1000s, ea. ... 11.40
E.C., 100s, ea. ... 1.62
1000s, ea. ... 13.30
100 mg., 100s, ea. ... 6.50
1000s, ea. ... 50.20

Archer-Taylor (B) (AR 20)
Tablets, E.C.
0.5 mg., 100s, ea. ... .50
1000s, ea. ... 3.75
1 mg., 100s, ea. ... .60
1000s, ea. ... 4.50
5 mg., 100s, ea. ... .80
1000s, ea. ... 6.00

Arcum (B) (AR 21L)
Tablets, 0.5 mg.
100s, ea. ... .70
1000s, ea. ... 4.00
E.C., 100s, ea. ... .80
1000s, ea. ... 5.00
1 mg., 100s, ea. ... .80
1000s, ea. ... 5.00
E.C., 100s, ea. ... 1.00
1000s, ea. ... 7.00
5 mg., 100s, ea. ... 1.00
1000s, ea. ... 6.00
E.C., 100s, ea. ... 1.25
1000s, ea. ... 8.00
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 9.00
E.C., 100s, ea. ... 2.00
1000s, ea. ... 12.00

Arlen (B) (AR 30)
Tablets, 1 mg., 100s ... 10.00
5 mg., 100s ... 12.00
25 mg., 100s ... 26.00

Atlas Pharm. (B) (AT 25P)
In Sesame Oil, Vials
5 mg./cc.
30 cc., ea. (118) ... 3.25
25 mg./cc.
10 cc., ea. (134) ... 2.00
30 cc., ea. (135) ... 3.80

Barry-Martin (B) (BA 62)
Tablets, 1 mg.
1000s, ea. ... 2.50
5 mg., 1000s, ea. ... 3.00
E.C., 1000s, ea. ... 3.25
25 mg., 100s, ea. ... .95
500s, ea. ... 4.50
1000s, ea. ... 7.70
E.C., 100s, ea. ... 1.10
500s, ea. ... 4.95
1000s, ea. ... 8.95

Bell Pharm. (B) (BE 35P)
Parenteral, Vials
5 mg./cc.
30 cc., ea. ... 1.50
25 mg./cc.
30 cc., ea. ... 3.00
Tablets, 0.5 mg.
1000s, ea. ... 2.00
1 mg., E.C.
1000s, ea. ... 3.00
5 mg., E.C.
1000s, ea. ... 4.50
25 mg., E.C.
1000s, ea. ... 9.50

Blue Cross (B) (BA 33)
Tablets, 5 mg. (T-545)
100s, ea. ... .60
1000s, ea. ... 3.50
E.C. (T-543)
100s, ea. ... .80
1000s, per 100 ... .50
25 mg. (T-547)
100s, ea. ... 1.00
1000s, ea. ... 7.25
E.C. (T-546)
100s, ea. ... 1.25
1000s, ea. ... 8.25

Bowman (B) (BO 85L)
Tablets, E.C., 0.5 mg. (2031)
100s, ea. ... .95
1000s, ea. ... 3.95
1 mg. (997)
100s, ea. ... 1.10
1000s, ea. ... 5.40
5 mg. (998)
100s, ea. ... 1.50
1000s, ea. ... 6.95

Bundy (B) (BU 29)
Tablets, 5 mg.
100s, ea. ... .93 .56
1000s, ea. ... 6.00 3.60

Burrough Bros. (B) (BU 61)
Suppositories (S-805)
0.1 mg., 12s, ea. ... 1.00
Tablets, 0.5 mg. (T-151)
1000s, ea. ... 2.50
E.C. (T-154)
100s, ea. ... .60
1000s, ea. ... 4.00
1 mg. (T-152)
100s, ea. ... .55
1000s, ea. ... 2.75
E.C. (T-155)
100s, ea. ... .75
1000s, ea. ... 4.25
5 mg. (T-153)
100s, ea. ... .70
1000s, ea. ... 3.75
E.C. (T-156)
100s, ea. ... 1.00
1000s, ea. ... 6.00

CMC (B) (CO 58)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (P-440)
30 cc., ea. ... .56

30 cc., ea. ... 3.44
Tablets, 0.5 mg. (0802)
100s, ea. ... .50
1000s, ea. ... 1.40
E.C. (0803)
100s, ea. ... .50
1000s, ea. ... 1.75
1 mg. (0804)
100s, ea. ... .50
1000s, ea. ... 1.80
E.C. (0805)
100s, ea. ... .60
1000s, ea. ... 1.90
5 mg. (0806)
100s, ea. ... .70
1000s, ea. ... 2.10
E.C. (0807)
100s, ea. ... .70
1000s, ea. ... 2.40
25 mg. (0808)
100s, ea. ... .95
1000s, ea. ... 6.25
E.C. (0809)
100s, ea. ... 1.00
1000s, ea. ... 6.95

Carroll (B) (CA 64N)
Tablets, 1 mg.
100s
ea. (1065) ... .25
1000s
ea. (1067) ... 1.35
E.C., 100s
ea. (1074) ... .30
1000s
ea. (1076) ... 1.60
5 mg., 100s
ea. (1068) ... .40
1000s
ea. (1070) ... 2.85
E.C., 100s
ea. (1077) ... .50
1000s
ea. (1079) ... 3.65

Columbia Med. (B) (CO 42)
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 1.65
1 mg., 1000s, ea. ... 1.50
E.C., 1000s, ea. ... 1.75
5 mg., 1000s, ea. ... 2.05
E.C., 1000s, ea. ... 2.40
25 mg.
E.C., 1000s, ea. ... 5.95

Carvil Pharm. (B) (CO 81)
Tablets, 1 mg., E.C. (61)
100s, ea. ... .35
1000s, ea. ... 1.80
5 mg. (54)
100s, ea. ... .50
1000s, ea. ... 3.60
E.C. (62)
100s, ea. ... .65
1000s, ea. ... 4.50
25 mg. (55)
100s, ea. ... 1.25
1000s, ea. ... 8.00
E.C. (63)
100s, ea. ... 1.35
1000s, ea. ... 9.00
100 mg. (56)
100s, ea. ... 3.50
1000s, ea. ... 25.00

Cowley (B) (CO 91D)
Tablets
5 mg., 1000s, ea. ... 2.20
E.C., 1000s, ea. ... 2.80
25 mg., 1000s, ea. ... 6.70

Daniels (B) (DA 31G)
Tablets, 5 mg.
100s, ea. ... .60
1000s, ea. ... 4.20
E.C., 100s, ea. ... .70
1000s, ea. ... 4.95
25 mg., 100s, ea. ... 1.20
1000s, ea. ... 9.25
E.C., 100s, ea. ... 1.25
1000s, ea. ... 10.25

Evron (B) (EV 26)
Tablets, 0.5 mg.
100s, ea. (T308) ... .32
1000s
ea. (T309) ... 1.76
E.C.
100s, ea. (T316) ... .36
1000s
ea. (T317) ... 2.56
1 mg.
100s, ea. (T310) ... .36
1000s
ea. (T311) ... 2.16
E.C.
100s, ea. (T318) ... .40
1000s
ea. (T319) ... 2.64
5 mg.
100s, ea. (T312) ... .60
1000s
ea. (T313) ... 4.56
E.C.
100s, ea. (T320) ... .68
1000s
ea. (T321) ... 5.56
25 mg.
100s, ea. (T314) ... 1.67
1000s
ea. (T315) ... 13.33
E.C.
100s, ea. (T322) ... 1.87
1000s
ea. (T323) ... 16.00

Faraday (B) (FA 39)
Tablets, 5 mg. (531)
100s, ea. ... .45
1000s, ea. ... 2.75
E.C. (534)
100s, ea. ... .50
1000s, ea. ... 4.00

25 mg. (533)
100s, ea. ... .80
1000s, ea. ... 6.75
E.C. (536)
100s, ea. ... 1.00
1000s, ea. ... 7.50

Fremont (B) (FR 38L)
Tablets, 5 mg.
100s, ea. (30780) ... .60
1000s
ea. (30781) ... 3.60
E.C.
100s, ea. (30771) ... .70
1000s
ea. (30772) ... 4.00

G & W Labs. (B) (G 29)
Suppositories
0.1 mg., 12s, ea. ... .95
0.5 mg., 12s, ea. ... .95
1 mg., 12s, ea. ... .95

Gotham (B) (GO 62)
Parenteral, In Oil, Vials
5 mg./ml. (249)
10 ml., ea. ... .70 .47
25 mg./ml. (325)
10 ml., ea. ... 1.20 .80
Tablets, 1 mg. (423)
1000s, ea. ... 1.90 1.27
E.C., 1000s, ea. ... 2.50 1.67
5 mg. (426)
1000s, ea. ... 3.60 2.40
E.C., 1000s, ea. ... 4.30 2.87
25 mg. (427)
1000s, ea. ... 10.40 6.94
E.C., 1000s, ea. ... 11.20 7.47

Hance Bros. & White (B) (HA 41)
Tablets, 0.5 mg., E.C.
100s, 1000s ... ...
1 mg., E.C.
100s, 1000s ... ...
5 mg., 100s, 1000s ... ...
25 mg., 100s, 1000s ... ...
E.C., 100s, 1000s ... ...

Harvey Labs. (B) (HA 72H)
Parenteral, Vials
10 mg./ml. (V375)
30 ml., ea. ... 1.25
25 mg./ml. (V376)
30 ml., ea. ... 2.50
50 mg./ml. (V377)
30 ml., ea. ... 3.50
Tablets, 0.5 mg. (T2375)
1000s, ea. ... 1.10
E.C. (T2380)
1000s, ea. ... 2.20
1 mg. (T2385)
1000s, ea. ... 1.25
E.C. (T2390)
1000s, ea. ... 2.10
5 mg. (T2395)
1000s, ea. ... 3.00
E.C. (T2400)
1000s, ea. ... 3.50
25 mg. (T2405)
1000s, ea. ... 7.70
E.C. (T2410)
1000s, ea. ... 8.50
100 mg. (T2415)
1000s, ea. ... 27.00

Horton & Converse (B) (HO 55)
Tablets, 1 mg.
100s, ea. ... .35
1000s, ea. ... 2.40
E.C., 100s, ea. ... .45
1000s, ea. ... 2.80
5 mg., 100s, ea. ... .60
1000s, ea. ... 3.60
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.25

Ion Labs. (B) (IA 28L)
In Sesame Oil
Vials, 5 mg./cc. (122)
30 cc., ea. ... 1.20
25 mg./cc. (123)
10 cc., ea. ... .95
30 cc., ea. ... 1.45
Tablets
0.5 mg., Unscored (3050)
100s, ea. ... .35
500s, ea. ... 1.00
1000s, ea. ... 1.35
E.C. (3060)
100s, ea. ... .50
500s, ea. ... 1.45
1000s, ea. ... 1.95
1 mg. (3051)
Scored or Unscored
100s, ea. ... .45
500s, ea. ... 1.10
1000s, ea. ... 1.60
E.C. (3061)
100s, ea. ... .60
500s, ea. ... 1.45
1000s, ea. ... 2.25
5 mg. (3053)
Scored or Unscored
100s, ea. ... .75
500s, ea. ... 1.55
1000s, ea. ... 2.10
E.C. (3062)
100s, ea. ... .75
500s, ea. ... 1.95
1000s, ea. ... 2.95
25 mg. (3055)
Scored or Unscored
100s, ea. ... 1.25
500s, ea. ... 3.25
1000s, ea. ... 4.95
E.C. (3063)
100s, ea. ... 1.50
500s, ea. ... 3.95
1000s, ea. ... 5.95

Kasar (B) (KA 46)
Tablets, 1 mg.
1000s, ea. ... 1.50

Kenyon Drug (B) (KE 55G)
Parenteral, In Sesame Oil, Vial
25 mg./cc. (31V)
30 cc., ea. ... 1.30
Tablets, E.C.
0.5 mg. (17280)
100s, ea. ... 1.00
1000s, ea. ... 3.00
1 mg. (17288)
100s, ea. ... 1.00
1000s, ea. ... 3.50
5 mg. (17284)
100s, ea. ... 1.00
1000s, ea. ... 5.20
25 mg. (1728)
100s, ea. ... 2.00
1000s, ea. ... 22.73

Kirkman (B) (KI 41N)
Tablets
0.1 mg., E.C. (1526)
1000s, ea. ... 3.50
0.25 mg. (1639)
1000s, ea. ... 3.00
E.C. (1527)
1000s, ea. ... 4.00
0.5 mg. (1640)
1000s, ea. ... 3.50
E.C. (1528)
1000s, ea. ... 4.50
1 mg. (1530)
1000s, ea. ... 4.00
E.C. (1529)
1000s, ea. ... 3.00
5 mg. (1602)
1000s, ea. ... 5.00
E.C. (1531)
1000s, ea. ... 6.00
25 mg. (1532)
100s, ea. ... 2.00
E.C. (1696)
100s, ea. ... 2.50
100 mg. (1683)
100s, ea. ... 5.00

Kline Labs. (B) (KL 24E)
Tablets, 0.25 mg.
100s, ea. ... 1.59
0.5 mg., 100s, ea. ... 1.80
1.0 mg., 100s, ea. ... 2.25
5.0 mg., 100s, ea. ... 2.79

Lannett (LA 56N)
Tablets, 0.5 mg. (1072)
E.C., 1000s, ea. ... 1.60
1 mg. (1210)
1000s, ea. ... 1.40
E.C. (1073)
1000s, ea. ... 2.20
5 mg. (1113)
500s, ea. ... 1.40
1000s, ea. ... 2.40
E.C. (1142)
100s, ea. ... .50
500s, ea. ... 1.90
1000s, ea. ... 3.00
25 mg. (1157)
100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 5.60
E.C. (1313)
100s, ea. ... 1.20
500s, ea. ... 4.00
1000s, ea. ... 6.40

Lilly (B) (LI 27)
Enseals, 0.1 mg.
100s, ea. ... .57
1000s, ea. ... 4.29
0.25 mg., 100s, ea. ... .66
1000s, ea. ... 4.95
0.5 mg., 100s, ea. ... .72
1000s, ea. ... 5.64
1 mg., 100s, ea. ... .84
1000s, ea. ... 6.30
5 mg., 100s, ea. ... 1.95
500s, ea. ... 8.28
1000s, ea. ... 14.64
5000s, ea. ... 66.30
25 mg., 100s, ea. ... 4.20
500s, ea. ... 17.85
Parenteral, Ampuls
In Oil, 5 mg., 1 cc.
6s, ea. ... 1.65
25s, ea. ... 5.37
Suppositories, Vaginal
0.1 mg., 6s, ea. ... 1.26
50s, ea. ... 7.27
0.5 mg., 6s, ea. ... 1.38
50s, ea. ... 7.82
Tablets, 0.1 mg.
100s, ea. ... .48
1000s, ea. ... 3.60
0.25 mg., 100s, ea. ... .57
0.5 mg., 100s, ea. ... .66
1000s, ea. ... 4.95
1 mg., 100s, ea. ... .75
1000s, ea. ... 5.64
5 mg., 100s, ea. ... 1.80
180s, 10, ea. ... 2.50
1000s, ea. ... 13.50
25 mg., 100s, ea. ... 4.02

LH (B) (LI 57N)
Tablets, 0.5 mg., 100s ... 3.04
1000s, ea. ... 1.52
E.C., 100s ... 4.08
1000s, ea. ... 2.40
1 mg., 100s ... 3.14
1000s, ea. ... 1.60
E.C., 100s ... 4.16
1000s, ea. ... 2.48
5 mg., 100s ... 4.04
1000s, ea. ... 2.36
E.C., 100s ... 5.08
1000s, ea. ... 3.24
25 mg., 100s ... 8.27
1000s, ea. ... 5.72
E.C., 100s ... 9.27
1000s, ea. ... 6.72

Massengill (B) (MA 85E)
Parenteral, In Oil, Vial
25 mg./cc. (2573)
10 cc., ea. ... 1.65 1.10

Merck (ME 52)
5 Gm. bot., ea. ... 2.30
25 Gm. bot., ea. ... 9.75

Pameco (B) (PE 38E)
Tablets, 1 mg.
100s, ea. ... .40
1000s, ea. ... 2.25
E.C., 100s, ea. ... .55
1000s, ea. ... 3.05
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.75
E.C., 100s, ea. ... .65
1000s, ea. ... 3.50
25 mg., 100s, ea. ... .90
1000s, ea. ... 7.25
E.C., 100s, ea. ... 1.00
1000s, ea. ... 8.25

Penhurst (B) (PE 35M)
Parenteral, In Oil, Vial
25 mg./cc. (286)
30 cc., ea. ... 1.95
Tablets, 1 mg. (157)
100s, ea. ... .30
1000s, ea. ... 1.60
E.C. (161)
100s, ea. ... .40
1000s, ea. ... 2.25
5 mg. (158)
100s, ea. ... .45
1000s, ea. ... 2.25
E.C. (162)
100s, ea. ... .60
1000s, ea. ... 2.95
25 mg. (159)
100s, ea. ... 1.10
1000s, ea. ... 5.90
E.C. (190)
100s, ea. ... 1.25
1000s, ea. ... 6.75

Pharmex (B) (PH 22E)
Tablets, 1 mg.
500s, ea. ... 1.25
1000s, ea. ... 1.45
E.C., 500s, ea. ... 1.60
1000s, ea. ... 2.60
5 mg., 100s, ea. ... .60
1000s, ea. ... 3.45
E.C., 100s, ea. ... .90
1000s, ea. ... 4.45
25 mg., 100s, ea. ... 1.35
1000s, ea. ... 9.95
E.C., 100s, ea. ... 1.50
1000s, ea. ... 10.95
100 mg., 100s, ea. ... 4.45
500s, ea. ... 19.95

Premo (B) (PR 22)
Enerals, 5 mg.
100s
ea. (1952) ... .71
1000s
ea. (1954) ... 5.10
Tablets, 5 mg.
100s
ea. (1936) ... .68
1000s
ea. (1938) ... 4.88

Preston Franklin (B) (PR 32)
Tablets, 0.5 mg. (6180)
1000s, ea. ... 1.13
E.C. (6180)
1000s, ea. ... 1.80
1 mg. (6190)
100s, ea. ... .35
1000s, ea. ... 1.43
E.C. (6195)
100s, ea. ... .40
1000s, ea. ... 1.68
5 mg. (6200)
100s, ea. ... .45
1000s, ea. ... 2.35
E.C. (6205)
100s, ea. ... .50
1000s, ea. ... 2.85
25 mg. (6210)
100s, ea. ... .75
1000s, ea. ... 6.08
E.C. (6215)
100s, ea. ... .85
1000s, ea. ... 6.68
100 mg. (6220)
100s, ea. ... 2.50
1000s, ea. ... 20.48

Purepac Pharm. (B) (PU 19E)
Tablets 1 mg.
1000s
ea. (5934) ... 1.40
E.C., 1000s
ea. (5936) ... 2.40
5 mg., 1000s
ea. (5935) ... 3.50
E.C., 100s
ea. (5937) ... .78
1000s
ea. (5938) ... 3.75

Rawly (B) (RA 49)
Tablets, 0.5 mg.
1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.20
1 mg., 1000s, ea. ... 2.30
E.C., 1000s, ea. ... 2.55
5 mg., 1000s, ea. ... 3.25
E.C., 1000s, ea. ... 4.00
25 mg., 1000s, ea. ... 7.50
E.C., 1000s, ea. ... 9.50

Reiss Williams (B) (RE 49E)
Vaginal Suppositories
0.1 mg.
100s, ea. (D-101) ... 4.00
0.5 mg.
100s, ea. (D-102) ... 4.00
1 mg.
100s, ea. (D-103) ... 4.00

(continued on next page)

1st Col.—Selling price to consumer. *Denotes fair trade minimum.
2nd Col.—(a) wholesale cost price to retailer per doz. or (b) if unit price, that is shown or (c) price to retailer on direct order from mfr. shown by ▼ above cost price of product.
Number in ( ) is mfrs. catalog code.

DIETHYLSTILBESTROL (Continued)
Richlyn (R) (RI 23P)
Tablets, 0.5 mg., 1000s ea. (4662) ... 1.40
E.C., 1000s ea. (4676) ... 2.10
1 mg., 1000s ea. (4663) ... 1.60
E.C., 1000s ea. (4677) ... 2.50
5 mg., 1000s ea. (4664) ... 2.50
E.C., 1000s ea. (4680) ... 3.30
25 mg., 1000s ea. (4669) ... 7.00
E.C., 1000s ea. (4682) ... 7.90
Robinson (R) (RO 27)
Tablets, 0.5 mg. (603)
100s, ea. ... .50
1000s, ea. ... 2.60
E.C. (604)
100s, ea. ... .70
1000s, ea. ... 3.90
1 mg. (605)

25 mg. (887)
100s, ea. ... 1.25
1000s, ea. ... 8.95
E.C. (892)
100s, ea. ... 1.65
100 mg. (888)
100s, ea. ... 3.00
Stayner (R) (ST 49)
Tablets, 1 mg. (40)
100s, ea. ... .45
1000s, ea. ... 1.90
E.C. (125)
100s, ea. ... .55
1000s, ea. ... 3.60
5 mg. (49)
100s, ea. ... .70
1000s, ea. ... 3.70
E.C. (326)
100s, ea. ... .88
1000s, ea. ... 4.25
25 mg. (50)
100s, ea. ... 1.25
500s, ea. ... 4.35
1000s, ea. ... 8.50
Strong Cobb Arner (R) (ST 89)
Tablets, 1 mg.
100s, ea. ... .50
1000s, ea. ... 2.40
E.C., 100s, ea. ... .65
1000s, ea. ... 3.40
5 mg., 100s, ea. ... .65
1000s, ea. ... 2.95
E.C., 100s, ea. ... .70
1000s, ea. ... 3.60
Superior Pharm. (R) (SU 43E)
Tablets, E.C.
0.5 mg., 1000s, ea. ... 1.35
1 mg., 1000s, ea. ... 1.95
5 mg., 1000s, ea. ... 4.25

Fox Labs. (R) (FO 70)
Tablets, 0.5 mg.
100s, ea. ... 7.45
1.0 mg., 100s, ea. ... 2.75
5.0 mg., 100s, ea. ... 3.50
DIETROL (AM 36)
Tablets, 30s, ea. ... 2.00 1.25
60s, ea. ... 3.50 2.00
90s, ea. ... 5.50 3.00
DI-ETTES (NA 60E)
Cyrstals, ½ oz., ea. ... .90 .75
2 oz., ea. ... 2.50 1.67
DIET-TRIM
Pharmex (PH 22E)
Tablets, 21s ... .90 6.00
90s ... 2.90 18.00
DIET-TUSS (AP 35)
Cough Syrup, 4 oz. ... 3.50 8.80
DI-FACTOR (SU 55)
Prenatal Tablets (CT 2376)
100s, ea. ... 1.35
1000s, ea. ... 6.70
DI-FEN (R)
Kay Pharm. (KA 62E)
Capsules, 1½ gr. (C-7)
100s, ea. ... 1.35
1000s, ea. ... 9.72
DIFEREX (R) (DI 30)
Tablets (232)
100s, ea. ... 2.70
500s, ea. ... 8.80
1000s, ea. ... 16.00
DI-FERRIN (R)
Ulmer (UL 12)
Vial, 10 cc., ea. (2040) ... 3.50
DIFLOR (R) (DI 30)
Tablets (233-A)
100s, ea. ... 2.20
500s, ea. ... 7.15
1000s, ea. ... 13.00
DIFOLACEN (R) (AT 25P)
Vial, 10 cc., ea. (115) ... 1.70
DIFUROM (R) (DI 30)
Tablets (242)

Spencer-Mead (SP 37T)
Tablets, 1000s, ea. ... 9.95
Westey (R) (WE 47)
Tablets, 50s, ea. ... 3.50
DIGESTULES (R) (CA 23L)
Timetaps (2385)
100s, ea. ... 2.00
1000s, ea. ... 15.00
DIGICARDALIS (R) (WC 58)
Tablets, 100s, ea. ...
DIGIFORTIS (R)
Parke, Davis (PA 47K)
Ampuls, 1 Unit/cc., 1 cc. 10s, ea. (3-173-10) ... 3.06
Kapseals, 1 Unit
100s, ea. (15-351-4) ... 1.29
500s, ea. (15-351-8) ... 5.10
5000s, ea. (15-351-13) ...
Tablets, 1 Unit
50s, ea. (25-687-50) ... .43
1000s, ea. (25-687-11) ... 7.90
DIGIGLUSIN (R)
Lilly (LI 27)
Ampuls, 1 cc., 6s, ea. ... 2.14
100s, ea. ... 27.30
Tablets, 1 U.S.P. Unit
S.C., Green
100s, ea. ... 1.36
500s, ea. ... 4.89
5000s, ea. ... 41.35
DIGINOTE (R) (CA 40)
Capsules, T.D.
0.15 mg. (610)
100s, ea. ... 6.25 3.75
500s, ea. ... 28.12 16.87
1000s, ea. ... 53.12 31.87
0.3 mg. (801)
100s, ea. ... 6.59 3.95
500s, ea. ... 29.62 17.77
1000s, ea. ... 55.95 33.57
DIGITALINE NATIVELLE (R)
Fougera (FO 57)
Ampuls, 0.2 mg./ml.
Intramuscular or Intravenous

ARMOUR THYROID high sales...high physician preference

69 RED BOOK

Drugs or products which bear this statement: "Caution: Federal law prohibits dispensing without a prescription" are identified by the symbol [B]

STEADIFEED

The Nipple that "B-R-E-A-T-H-E-S"

SEARER RUBBER COMPANY

Akron, Ohio 44304 U. S. A.

HANKSCRAFT Bottle Sterilizers and Formula Sets

• Automatic electric and non-electric sterilizer and formula sets. Six popular models. See full-page display ad, page 227.

HANKSCRAFT COMPANY

Reedsburg, Wisconsin

STILLMAN'S

Freckle Cream

Not only a freckle cream but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY

Aurora, Illinois

STIEFEL PRODUCTS (ST 73)

Acne-Aid Cream

Detergent Soap

Brasivol Paste

Fine

Medium

Rough

Comfo-sorb Baby Powder

DRUG TOPICS

# Red Book

ESTABLISHED 1897

PUBLISHED ANNUALLY BY THE TOPICS PUBLISHING CO., INC. • 330 WEST 34th STREET, NEW YORK, N.Y. 10001

**AVERAGE WHOLESALE PRICES**
RED BOOK reports these Average Wholesale Prices (AWP) for those drug products where the manufacturer has not suggested a price to be charged by Wholesalers to indirect purchasing retailers.

**MANUFACTURERS' CATALOGS**
Complete Manufacturers' Catalogs are included in this one convenient reference.

**LIST OF MANUFACTURERS**
With their Names, Addresses and Zip Codes

**PRODUCT INFORMATION**
Alphabetical Listings of all Drug Store Products, their Prices, and Sizes.

**PRODUCT DESCRIPTIONS**
Give detailed information on products: What they are, their uses, how administered, dosage, precautions, how supplied.

**PHARMACISTS REFERENCE**
Timely and practical pharmacy facts and reference tables

Ⓒ A Comprehensive List of DACA Drugs

# 1970

The only price directory in the drug field that shows Average Wholesale Prices and keeps up-to-date with supplements.

DERMASEPTIC (HA 20) [illegible] .98 .67 [illegible] 1.98 1.34
DERMA SILICONE CREAM [illegible]
[illegible] (2008) [illegible] .90 .60 [illegible] 1.70 1.00 [illegible] 2.50 5.00
DERMASOFT (WO 10G) [illegible] 1.19 10.00
DERMASOL (PH 33) [illegible] .90
DERMASOPTIC [illegible] (CA 39P) [illegible] 1.25 10.00
DERMASSAGE (LA 40) [illegible] 1.50 10.80 [illegible] 3.00 36.00 [illegible] 12.00
DERMASSAGE (CO 35) [illegible] 1.00 8.47 [illegible] 1.00 8.47 [illegible] 1.79 13.16 [illegible] 1.98 16.70 [illegible] 12.00 8.46
DERMASTRINGE (LA 60) [illegible] 1.50 10.80 [illegible] 3.00 21.60 [illegible] 12.00
DERMASUDS (LA 40) [illegible] 1.50 10.80 [illegible] 3.00 36.00 [illegible] 18.00
DERMASOLF [illegible] (SM 32D) [illegible] 1.65 [illegible] 1.43 [illegible] 1.60
DERMATINE (AL 74) Tablets, 25,000 Units [illegible] 4.50 3.00 [illegible] 50,000 Units 1000s, ea. (110) .... 6.00 4.00
DERMA-TABS (AS 27) Tablets, 50s .... 3.00 24.00
DERMA TEX (JA 50) Face Cloth (DT1) 12"x12", ea. .... 1.98 1.20
DERMATHYN [R] (DA 57) Creme, 2 oz. tube .... ... 10.00
DERMATIN (VA 22) Ointment No. 1, 1 oz., ea. .... 2.50 1.47 No. 2, 2 oz., ea. .... 2.50 1.47 No. 3, 2 oz., ea. .... 1.00 .67 Skin Soap, ea. .... .25 .33
DERMATIN DETERGENT (VA 22) For Hands, 1 oz., ea. .... 1.00 .67
DERMATOPHYTIN Hollister-Stier (HO 34) Trichophyton Extract Vial, undiluted 5 cc., ea. .... 8.50 5.10 Vial, 1:30 5 cc., ea. .... 5.50 3.30
DERMATOPHYTIN O Hollister-Stier (HO 34) Candida Monilia Vial, undiluted 5 cc., ea. .... 8.50 5.10 Vial, 1:30 5 cc., ea. .... 5.50 3.30
DERMATRIX LOTION (HA 41) 3 oz. & 6 oz. .... ... ...
DERMATROL (GD 55) Ointment, 1 oz. .... ... 7.20 1 lb., ea. .... ... 4.00
DERMAX [R] (DE 53C) Tablets, 100s, ea. .... ... 3.00 1000s, ea. .... ... 25.00
DERMA ZEMA (ST 28) Ointment 2¼ oz. (42027) .... .98 7.09
DERMA-ZIN (EX 14) Compound, 2 oz. .... 1.95 16.00
DERM CLEANSE (DE 50L) Liquid 4 oz., ea. (6903) .... 2.10 1.40
DERM CORT [R] (DE 50L) Cream, 1 oz., ea. (6901) .... 4.25 2.70
DERM-EMUL (JO 32) Lotion, 16 oz., ea. .... ... 3.50 Gal., ea. .... ... 25.20
DERMETICS (TU 36P) Ageless, 2 oz. .... 4.50 ...
Be Your Own Make-up Artist, Kit .... 25.00 ...
Beautiful Eye Shadow .... 2.00 ... Brush-On, Brow .... 2.50 ... Complexion Tone .... 3.75 ... Shadow .... 2.50 ...
Complexion Cleanser 8 oz. .... 3.00 ... 16 oz. .... 4.50 ... Dress, 2 oz. .... 1.75 ... 4 oz. .... 3.25 ... Lotion, 4 oz. .... 1.75 ... 8 oz. .... 3.00 ... 16 oz. .... 4.75 ... Make-Up, 1½ oz. .... 2.00 ...
Eye & Throat Oil Super Rich, ½ oz. .... 2.50 ... 1 oz. .... 4.50 ...

Eye Highlight .... 2.00 ... Eye Liner, Liquid ¼ oz. .... 1.50 ... Brush .... 1.00 ... Eyebrow Pencil w/Sharpener .... 2.00 ... Refill .... .60 ... Eyelashes, Real Hair .... 3.95 ... Face Lift .... 5.00 ... Fluid Color, 1 oz. .... 5.00 ... Heal & Conceal, ¼ oz. .... 1.50 ... Lip Gloss, Frosted .... 1.50 ... Lip Gloss, Transparent .... 1.50 ... Lipstick .... 2.00 ... Refill .... 1.25 ... Frosted .... 2.00 ... Refill .... 1.25 ... Lipstick Brush .... 2.00 ... Mascara, Brush-on ¼ oz. .... 2.00 ... Creme, ¼ oz. .... 1.50 ...
Medicated Clearing Lotion 2 oz. .... 1.50 ... Mist, ¼ oz. .... .60 ... 2 oz. dropper .... 1.95 ...
Nite Emollient 2 oz. .... 2.00 ... 4 oz. .... 3.50 ... Nite Super Rich, 2 oz. .... 3.00 ... 4 oz. .... 5.00 ... Radiance, 2 oz. .... 2.25 ... Reincarnation, Nos. 2 or 3 2 oz. .... 3.50 ...
Soft Face, Powder 1½ oz. [illegible] .... 1.50 ... Soft Pat, Pressed Powder Compact .... 2.25 ... Powder Puffs, 3s .... .35 ... Soft Soap, 4 oz. .... 1.00 ... Super Rich, Cleanser 8 oz. .... 4.50 ... Dress, 2 oz. .... 3.00 ... 4 oz. .... 5.00 ...
DERMEZE (PR 22) Aerosol, 2 oz. (8500) .... ... 8.00
Massage & Lotion 6 oz. (9358) .... ... 4.90 Gal., ea. (9278) .... ... 7.50 Ointment, 1 oz. (469A) .... ... 6.80
DERMICEL See listing under Johnson & Johnson
DERMIDOL (C 10) Lotion, pt., ea. .... ... 1.89
DERMINE (DE 53C) Tablets, 200s, ea. .... ... 2.50
DERMISTINA (PI 57) Ointment, 25 Gm., ea. .... 3.00 1.80
DERMLET [R] (HI 33L) Capsules, 100s .... ... 58.65 1000s, ea. .... ... 43.65
DERMOAT [R] (HI 33L) Powder, 10 oz. .... ... 15.00
DERMOCAINE (WA 29) Ointment, 2 oz. .... ... 7.50
DERMOCARE (DE 54) Formula Soap 3 oz., 3s, ea. .... 1.50 1.00
DERM-O-CREME (V 30) 2 oz. .... 1.00 7.92 2 oz. .... 2.00 14.64
DERMODOR (HO 12C) Liquid, Apple Blossom 1 lb., ea. .... ... 10.00 Lavender, 1 lb., ea. .... ... 10.00 Lemon, 1 lb., ea. .... ... 12.00
DERMO-GEN. Mallard (MA 37L) Ointment (0-61) 1 oz. tube .... ... 7.95 1 lb., ea. .... ... 5.60
DERMOIL/RIASOL Shield Labs. (SH 52) Lotion, 2 oz., ea. .... ... 1.30 4 oz., ea. .... ... 2.30 8 oz., ea. .... ... 3.15 See Purdue-Frederick Catalog page 385
DERMOLATE White Labs. (WH 27) Soap, 4 oz. cake, ea. .... .59 .40 See Catalog, pages 507-509
DERMOLIN Mallard (MA 37L) Liniment (L-50) 3 oz. .... ... 8.50 Pt., ea. .... ... 2.90 Gal., ea. .... ... 20.50
DERMOLLIENT (AP 11) Liquid, 8 oz. .... .75 5.40
DERMOPLAST, Ayerst Labs. (AY 11) Aerosol Spray 3 fl. oz., ea. (NDC 46-1001-03) .... 2.10 1.44 5.5 fl. oz., ea. (NDC 46-1001-05) .... 3.52 2.40 21 fl. oz., ea. (NDC 46-1001-11) .... 5.62 3.84 See Ayerst Laboratories Catalog pages 57-79
DERMOSIN (HO 28) Cream, 1 oz. .... 3.00 8.00
DERMOTAN (HO 55) Burn Dressing, 1 oz., ea. .... ... .58 1 lb., ea. .... ... 1.38 5 lb., ea. .... ... 5.67 25 lb., ea. .... ... 27.75
DERMOTT OF LONDON (DE 54E) Curl Control Gel, 16 oz. .... 3.50 ... Curl Lotion, Blue Or Pink 4 oz. plastic .... 1.25 ... 8 oz. glass .... 2.00 ... 16 oz. plastic .... 3.50 ...

Hair Sheen, 3¼ oz. .... 1.50 ... Hair Spray Mist, Regular or Super Control, 7 oz. .... 1.50 ... 16 oz. .... 2.25 ... Purse size, 3 oz. .... 1.25 ...
Instant Protein Hair Conditioner, 4 oz. .... 1.50 ... 8 oz. .... 3.00 ...
Men's Hair Styling Lotion 4 oz. .... 1.50 ... 8 oz. .... 2.50 ...
Protein Conditioner Shampoo 4 oz. .... 1.00 ... 8 oz. .... 1.50 ...
Sunshine Rinse, 8 oz. .... 1.50 ...
DERMOVAN Texas Pharm. (TE 37E) Ointment, 1 lb. jar .... 4.50 36.00 5 lb., ea. .... ... 8.80
DERMPAR (DE 54P) Therapeutic Gloves S-M-L, pr. .... 2.75 21.60
DERMSERESTON [R] (ST 70E) Liquid, 6 oz. .... 2.00 14.40
DERM TAR (DE 50L) Shampoo, Liquid 4 oz., ea. (6904) .... 2.68 1.79
DERM-X VET. (CO 74) Liquid Qt. w/sprayer, ea. .... 6.50 4.25 Gal., ea. .... 19.50 13.00
DERM-X-OL (LE 47) Ointment, 1 oz. jar .... 1.50 12.80 4 oz. jar .... 4.50 36.00
DERMGOOD (SH 35) Wooden Shower Sandals No. 251 Sm., med., lge. .... ... 11.00
DERONIL [R] Schering (SC 27) Tablets, 0.75 mg. 50s, ea. .... ... 8.10 500s, ea. .... ... 76.95
DE-RUST-IT (PA 74) Liquid, 2 oz. .... .75 6.00
des TABLETS [R] (AM 60) 0.05 mg., 100s, ea. .... ... 1.00 0.1 mg., 100s, ea. .... ... 1.00 0.5 mg., 100s, ea. .... ... 1.00 1 mg., 100s, ea. .... ... 1.00 2 mg., 100s, ea. .... ... 2.00 5 mg., 100s, ea. .... ... 2.50 10 mg., 100s, ea. .... ... 4.40 25 mg., 30s, ea. .... ... 2.50 100s, ea. .... ... 7.50 250s, ea. .... ... 18.00 500s, ea. .... ... 34.00 1000s, ea. .... ... 62.00 50 mg., 30s, ea. .... ... 3.50 100s, ea. .... ... 10.00 200 mg., 30s, ea. .... ... 5.50 100s, ea. .... ... 16.00
DESABAM [R] (DE 54P) Tablets, 100s, ea. .... ... 4.80 1000s, ea. .... ... 35.00
DESACHOLINE [R] Mallard (MA 37L) Tablets (T-542) 100s, ea. .... ... 5.50 1000s, ea. .... ... 28.60
DESA-HIST (DE 54P) Syrup, 4 oz. .... ... 10.80 16 oz., ea. .... ... 3.50 Gal., ea. .... ... 25.00
DESA-HIST 8 [R] (DE 54P) Tablets, 100s, ea. .... ... 3.50
DESA-HIST 12 [R] (DE 54P) Tablets, 100s, ea. .... ... 4.50
DESA-HIST AT [R] (DE 54P) Tablets, T.D., 100s, ea. .... ... 9.00
DESA-HIST PF [R] (DE 54P) Capsules, T.D. "Pgr" 100s, ea. .... ... 8.00 500s, ea. .... ... 36.00 Elixir, 16 oz., ea. .... ... 2.50 Gal., ea. .... ... 16.00
DESAMINE [R], Starr (ST 47G) Capsules, T.D. 10 mg., 100s, ea. .... ... 3.38 250s, ea. .... ... 7.20 500s, ea. .... ... 12.60 1000s, ea. .... ... 21.60 15 mg., 100s, ea. .... ... 3.83 250s, ea. .... ... 8.10 500s, ea. .... ... 14.40 1000s, ea. .... ... 25.28 Tablets, 5 mg., White or Yellow 1000s, ea. .... ... 3.00 10 mg., White 1000s, ea. .... ... 5.00
DESAMYCIN [R] (DE 54P) Capsules, 100s, ea. .... ... 4.00
de SAN [R] (DE 27) Liquid, pt., ea. .... 4.87 3.25 Gal., ea. .... ... 23.00
DESAPHEN [R] (VE 16) Elixir, 16 oz., ea. .... ... 2.20 Gal., ea. .... ... 12.50 Tablets, 100s, ea. .... ... 1.20 1000s, ea. .... ... 7.00
DESAREX [R] (DE 54P) Capsules, T.R. No. 1, 100s, ea. .... ... 6.50 500s, ea. .... ... 30.00 No. 2, 100s, ea. .... ... 8.50 500s, ea. .... ... 37.00
DESAREX-A [R] (DE 54P) Capsules, T.R. No. 1, 100s, ea. .... ... 7.50 500s, ea. .... ... 34.00 No. 2, 100s, ea. .... ... 9.00 500s, ea. .... ... 44.00

DESATRATE [R] (DE 54P) Capsules, T.R. 30 mg., 100s, ea. .... ... 6.80 1000s, ea. .... ... 40.50 50 mg., 200s, ea. .... ... 7.50 1000s, ea. .... ... 60.00
DESATRICH [R] (DE 54P) Capsules, 200s, ea. .... ... 6.00 1000s, ea. .... ... 34.00
DESBUTAL [R] Abbott (AB 11) Capsules (3991) 100s, ea. .... ... 2.50 AWP 2.97 1000s, ea. .... ... 22.50 AWP 26.73
DESBUTAL 10 [R] Abbott (AB 11) Gradumets (6806) 100s, ea. .... ... 6.45 AWP 7.66 500s, ea. .... ... 29.83 AWP 35.43
DESBUTAL 15 [R] Abbott (AB 11) Gradumets (6814) 100s, ea. .... ... 8.14 AWP 9.67 500s, ea. .... ... 37.65 AWP 44.72
DESCHIENS' (CR 38) Hemoglobine 9.2 oz., ea. .... 3.95 2.37 18.3 oz., ea. .... 6.95 4.17 Hypotheem, 8.3 oz., ea. .... 3.95 2.37 Hepato Ihe, 4 oz., ea. .... 3.95 2.37
DESCILLIN [R] (DE 54P) Tablets, 250,000 Units 100s, ea. .... ... 3.50 500,000 Units 100s, ea. .... ... 5.50
DESCOLATE Vita-Fore (VI 49) Syrup, 4 oz. .... ... 4.50 Qt., ea. .... ... 2.50 Gal., ea. .... ... 8.95 w/Codeine 4 oz. .... ... 5.40 Pt., ea. .... ... 3.50 Gal., ea. .... ... 20.95
DESENEX WTS-Pharmacraft (W 18) Aerosol, 6 oz. (954) .... 1.98 15.96 Ointment (955) 0.9 oz. .... 1.19 9.60 1.8 oz. .... 1.89 15.12 1 lb., ea. .... 12.00 8.00 Powder (956) 1.5 oz. .... 1.19 9.60 3 oz. .... 1.89 15.12 1 lb., ea. .... 9.00 6.00 Soap, 3.25 oz. (987) .... .49 3.96 Solution, 2.7 oz. (957) .... 1.50 12.00
de SERPA [R] (DE 27) Tablets, 0.25 mg. 100s, ea. .... 4.50 2.70 500s, ea. .... ... 11.70 1000s, ea. .... ... 20.00 0.5 mg., 100s, ea. .... 6.50 4.30 500s, ea. .... ... 18.50 1000s, ea. .... ... 32.00
DESERPINE [R] (DE 54P) Tablets, 0.25 mg. 1000s, ea. .... ... 10.00
DESERT DEW (HA 87) Hand Lotion, 8 oz. .... 1.00 8.00
DESERT DRI (SH 69) Deodorant, Aerosol 4⅛ oz. (1900) .... 1.00 ... Cream (1880) .... 1.25 ...
DESERT FLOWER (SH 69) Bath Oil Spray Perfumed (1979) .... 2.50 ... Bath Powder Deluxe (1985) .... 5.00 ... Savy (1903) .... 2.00 ... Beauty Bath 4 oz. (1708) .... 2.50 ... Bubble Bath Crystals (1740) .... 1.50 ... Liquid (1722) .... 1.50 ... Cologne, Spray 2 oz. (2768) .... 2.50 ... 2½ oz. (2862) .... 3.00 ... Stick (2737) .... 1.00 ... Deodorant, So Dry Cream 2 oz. jar (1760) .... 1.00 ... Roll On (1790) .... 1.00 ... Dusting Powder, 7 oz. Plastic (1885) .... 2.50 ... Essence Spray (1928) .... 3.00 ... Friction Lotion 8 oz. (2790) .... 2.50 ... Hand & Body Lotion 5½ oz. (1709) .... 1.00 ... 4 oz. plastic (1729) .... 1.00 ... 8 oz. (1704) .... 2.00 ... 16 oz. plastic (1816) .... 4.00 ... Milk Bath 8 oz. (2727) .... 4.00 ... Sachet, Body 1 oz. (1752) .... 1.50 ... Skin Moisturizing (1944) .... 2.00 ... Scented Candle (1964) .... 4.00 ... Sets, No. 1723 .... 3.00 ... No. 1724 .... 4.50 ...

No. 1750 .... 2.50 No. 1799 .... 3.50 No. 1837 .... 2.00 No. 1865 .... 3.50 No. 1867 .... 2.50 No. 1919 .... 2.25 No. 1921 .... 2.25 No. 1951 .... 2.00 No. 1952 .... 2.00 No. 2729 .... 3.00 No. 2732 .... 6.00 No. 2737 .... 10.00
Soap, 3s (1844) .... 2.50 Talcum 6 oz. (2728) .... 1.50 Toilet Water 3½ oz. (1735) .... 2.00
DESERT MAGIC (HA 87) Hand Creme 4 oz. .... 1.25 10.00
DESERT TAN (DE 54T) Aerosol 6 oz. (70) .... 1.50 9.90 Anti-Burn Cream 3 oz. (50) .... 1.10 7.26 Liquid, 4 oz. (30) .... 1.10 7.26 Super Tan Cream 3 oz. (60) .... 1.10 7.26 Liquid, 4 oz. (40) .... 1.10 7.26 Twin Pack (80) .... 1.59 10.49
DESFERAL [R] Ciba (CI 10) Ampuls, 500 mg. 5 ml., 4s, ea. (3001) .... ... 14.00
DESHLER'S SALVE Kavanagh Bros. (KU 61) 1 lb., ea. (0-623) .... ... 2.50 Jan Labs. (JA 38L) ½ oz. tin .... ... 2.95 1 lb. jar, ea. .... ... 2.75 Petroline (PE 87) 1 lb., ea. .... ... 1.75
DESICOL KAPSEALS [R] Parke, Davis (PA 47K) 100s (15-309-0) ea. .... ... 1.89 AWP 2.28 1000s (15-309-11) ea. .... ... 14.94 AWP 17.64
DESIST, Blue Cross (HA 33) Liquid, oz. ea. (HL-86) .... .69 4.50
DESITAL [R] (CA 23L) Tablets (2087) 100s, ea. .... ... .53 1000s, ea. .... ... 3.00 No. 2 (2264) 100s, ea. .... ... .58 1000s, ea. .... ... 3.43
DESITIN Leeming/Pacquin (LE 39) Baby Lotion 2.5 oz. .... .60 4.80 6 oz. .... 1.00 8.10 Baby Oil, 2 oz. .... .60 4.80 5.25 oz. .... 1.00 8.10 Ointment 1¼ oz. .... .75 6.00 2¼ oz. .... 1.09 8.72 4½ oz. .... 1.59 12.72 1 lb. jar .... 4.49 35.92 Powder 2.75 oz. can .... .59 4.73 6.5 oz. can .... .98 7.84 10 oz. can .... 1.29 10.33 See Insert opposite page 352
DESKETTE (SH 29) Ball Point Pen Set Brush Gold (D06) ea. .... 6.00 3.60 Chrome, ea. (D05) .... 5.00 3.00
DESOBEX [R] (NE 20) Capsules, 100s, ea. .... ... 3.00
DESO-CREME Columbia Med. (CO 42) For Athlete's Foot 1 oz. .... ... 4.95 See Catalog on page 137
DESOORIN [R] (KA 62E) Tablets, 10 mg. (T-30) 100s, ea. .... ... .81 1000s, ea. .... ... 4.50
DESOORINE [R] (BL 21) Tablets, 1000s, ea. .... ... 7.00
DES-O-E [R] (WE 41L) Tablets, 10 mg. 100s, ea. .... 1.70 1.00 1000s, ea. .... 6.75 4.10
DESOPHEN [R] Starr (ST 47G) Capsules, T.D. No. 1, 100s, ea. .... ... 4.05 250s, ea. .... ... 8.20 500s, ea. .... ... 14.40 1000s, ea. .... ... 25.20 No. 3, 100s, ea. .... ... 4.28 250s, ea. .... ... 9.00 500s, ea. .... ... 16.20 1000s, ea. .... ... 28.80
DESO-TALC (CO 42) Foot Powder 2½ oz. shaker-top can .... ... 4.95
DES-OXA-D [R] (WA 28) Tablets, 100s, ea. .... ... 1.85 500s, ea. .... ... 3.85
DESOX-AMINE [R] (HA 41) Tablets, 5 mg., 250s .... ... ... 1000s .... ... ... 10 mg., 250s .... ... ... 1000s .... ... ...

ACE elastic bandage . . . the bandage they ask for by name B-D
ACE and B-D are trademarks

## DIENESTROL

**Cream**

• **Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

• **Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulvar epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

• **Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

• **Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

• **Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

• **Packaging:** 78 g. tubes with or without the ORTHO® Measured-Dose Applicator.

ORTHO PHARMACEUTICAL CORPORATION

Raritan, New Jersey 08869

*For prices and sizes see next column*

ARMOUR THYROID high sales...high profits...high physician preference

Upjohn (B) (UP 20)
Perles, 1 mg., Blue
500s, ea. (190) .. ... 4.41
AWP 5.52
1000s, ea. ....... ... 6.28
AWP NR
5000s, per 1000 . ... 6.87
5.0 mg., Purple
500s, ea. (194) .. ... 9.30
AWP 11.63
1000s, ea. ....... ... 16.95
AWP NR
5000s, per 1000 . ... 14.10

Vita-Fore (B) (VI 49)
Tablets
0.5 mg., 100s, ea. . ... .35
1000s, ea. .... ... 1.25
E.C., 100s, ea. .. ... .45
500s, ea. ..... ... .75
1000s, ea. .... ... 1.50
1 mg., 100s, ea. .... ... .40
500s, ea. ..... ... .85
1000s, ea. .... ... 2.75
E.C., 100s, ea. .. ... .50
500s, ea. ..... ... 2.50
1000s, ea. .... ... 2.45
5 mg., 100s, ea. ... ... .75
500s, ea. ..... ... 1.25
1000s, ea. .... ... 2.45
E.C., 100s, ea. .. ... .70
500s, ea. ..... ... 2.15
1000s, ea. .... ... 3.75
25 mg., 100s, ea. .. ... 1.00
500s, ea. ..... ... 4.25
1000s, ea. .... ... 5.95
E.C., 100s, ea. .. ... 1.00
500s, ea. ..... ... 4.25
1000s, ea. .... ... 6.34

Vitarine (B) (VI 60)
Tablets, 5 mg. (4213)
1000s, ea. .... ... 5.00

West-ward (B) (WE 51)
Tablets, 1 mg. (1660)
1000s, ea. .... ... 1.80
5000s
per 1000 ... ... 1.75
E.C. (2210)
1000s, ea. .... ... 2.50
5000s
per 1000 ... ... 2.30
5 mg. (1665)
100s, ea. ..... ... .65
1000s, ea. .... ... 2.45
5000s
per 1000 ... ... 2.35
E.C. (2215)

DIETHYLSTILBESTROL-TESTOSTERONE (R)

DIETHYLSTILBESTROL VETERINARY

(continued on next page)

PLASTIPAK insulin syringe • sterile • disposable • ready to use—at home or away B-D

for Digitalis U.S.P. see PIL-DIGIS® DAVIES ROSE HOYT

ARMOUR THYROID high sales...high profits...high physician preference





Steadifeed—Stimplex 436 Narcotics are identified by the symbol (N) Prescription only drugs have the symbol (R) 1970 DRUG TOPICS RED BOOK

**STEADIFEED**

The Nipple that "B-R-E-A-T-H-E-S"

SEARER RUBBER COMPANY

Akron, Ohio 44304 U. S. A.

**HANKSCRAFT**

**Bottle Sterilizers and Formula Sets**

• Automatic electric and non-electric sterilizer and formula sets. Six popular models. See full-page display ad, page 233.

HANKSCRAFT COMPANY

Reedsburg, Wisconsin

**STILLMAN'S**

Freckle Cream

Not only a freckle cream but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY

Aurora, Illinois

**ARMOUR THYROID** high sales...high profits...high physician preference