# Attachment 2



AMERICAN DRUGGIST
1969
BLUE BOOK
MARCH 1969 TO MARCH 1970

**EXCLUSIVE: KEY FACTS ABOUT STATE WELFARE DRUG PROGRAMS**

For the first time anywhere, this issue of the Blue Book presents a state-by-state report on welfare drug programs — with the details every pharmacist needs to know: Who is covered . . . what drugs are covered . . . basis for figuring costs and fees . . . policies regarding generics, quantities, and refills.

INCLUDING

- Drugs subject to Drug Abuse Control Act
- List of sugar-free liquids
- The catalogs of 101 manufacturers
- Poison control centers — with phone numbers
- Requirements for examination & registration
- Data on accredited colleges of pharmacy
- Requirements for reciprocal licensure
- A directory of equipment manufacturers

$9 PER COPY

RECEIVED BY
ELI LILLY & CO
DEPT. NO. M789

DESOXYCORTICOSTERONE ACETATE CIBA

PERCORTEN® ACETATE

(See Under Trade Name)

KEY FACTS ABOUT STATE WELFARE PROGRAMS

See Pages 12 to 15

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER

B-D

Dic-Die Pg. 192

Prices are listed in this order: ● Retail FTM; Retail Price; Whsle. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified.

1969

AMERICAN DRUGGIST BLUE BOOK

DICO-TUSS (Pharmacy Associates)
Liquid, 4 oz. .......... 1.50 8.80
8 oz. .......... 2.50 14.40

DICUMAROL ℞
(See Under Bishydroxycoumarin)
Abbott Labs.
Tablets,
25 mg. (#3794)
100s ea. .......... .... ●2.32
1000s ea. .......... .... ●10.20
50 mg. (#3773)
100s ea. .......... .... ●2.96
1000s ea. .......... .... ●16.68
100 mg. (#3775)
100s ea. .......... .... ●3.12
In Abbo-Pac
25 mg. (#3794-S)
100s ea. .......... .... ●2.32
1000s ea. .......... .... ●16.78
50 mg. (#3773-S)
100s ea. .......... .... ●2.76
1000s ea. .......... .... ●23.18
100 mg. (#3775-S)
100s ea. .......... .... ●3.92
Lilly, Eli Co.
Pulvule
25 mg. (#314)
100s ea. .......... .... 1.47
1000s ea. .......... .... 11.73
50 mg. (#315)
100s ea. .......... .... 2.07
1000s ea. .......... .... 17.79

DICURIN PROCAINE ℞ (Lilly, Eli Co.)
Ampoules, 2 c.c.
(#564) 25s ea. .......... .... 5.73
100s ea. .......... .... 22.20
10 cc. (#583)
Ea. .......... .... 1.20

DICYCLOMINE HYDROCHLORIDE
Merrell, Wm. S.
Bentyl (See Under Trade Name)

DIOREX ℞ (Upjohn)
Tablet, 25 mg. (#5020)
100s ea. .......... .... ●2.37
500s ea. .......... .... ●11.25
1000s ea. .......... .... ●21.96
50 mg.
100s (#5022) ea. .......... .... ●4.50
500s (#5033) ea. .......... .... ●22.36
1000s ea. .......... .... ●41.70

DI-DRI (Carter Chemical)
Granules, 3½ oz. .......... .69 4.97

DIENESTEROL ℞ (Consol. Co.)
Tablet, (#4666) 100s ea. .......... .... 2.95

DIELDRIN
Bott
Liquid, 8 oz. ea. .......... 1.30 .78
Science Products
E.C.-15,
Liq., 4 oz. .......... .85 4.12
8 oz. .......... 1.25 9.00
Pt. .......... 2.25 16.20
Qt. (per 6) .......... 3.75 13.56
Gal (per 4) .......... .... 30.40
5 gal. drum ea. .......... .... 36.75

DIENESTROL ℞
Central Pharmacal
Restrol (See under Trade Name)
City Chemical
(#8841) 5 Gm. ea. .......... .... 4.80
25 Gm. ea. .......... .... 17.00
Ortho Pharmaceutical
Cream, 78 Gm. w/applicator .......... .... 32.40
W/o applicator .......... .... 27.20
Robinson Labs.
(See Catalog Under Robinson Lab.)
S.C., 0.5 mg., 100s ea. .......... .... .95
1000s ea. .......... .... 7.50
Westerfield Labs.
Tablet, 0.1 mg., 100s ea. .......... .... .85
0.25 mg., 100s ea. .......... .... 1.10
0.5 mg., 100s ea. .......... .... 1.25
5.0 mg., 100s ea. .......... .... 1.90
White Labs.
Synestrol (See Under Trade Name)

DI-EST ℞ (Central Pharmacal Co.)
30 ml. vial (#1026) ea. .......... .... 3.60
Double Strength,
30 ml. vial (#1019) ea. .......... .... 5.25

DIESTROL ℞ (Caldwell & Bloor Co.)
Tablet, E.C.
1 mg. (#2093) 100s ea. .......... .... .50
1000s ea. .......... .... 3.03
5 mg. (#2094) 100s ea. .......... .... 1.00
1000s ea. .......... .... 6.86

DIET (Drery Products Co.)
Liquid, 8 oz. ea. .......... .75 .50
Sodium,
8 oz. ea. .......... .75 .50
16 oz. ea. .......... 1.50 1.00
Tablet, 1000s ea. .......... 2.50 1.67

DIETABS ℞ (Key Pharmaceuticals)
(See Catalog Under Key Pharmaceuticals)
Series A, No. 1, No. 2, & No. 3,
100s ea. .......... .... 2.00
1000s ea. .......... .... 30.00

DIET AID (Nutrex Pharmaceuticals, Inc.)
Tablet, 20s .......... ●2.00 16.00

DIETAMINE ℞ (Key Pharmaceutical Inc.)
Inj., 30 cc. 20 mg. ea. .......... .... 1.50

## Dienestrol ℞ Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

Ortho

ORTHO PHARMACEUTICAL CORPORATION
RARITAN, NEW JERSEY 08869

*For prices and sizes see previous column*

DIET-A-WAY (Pharm-A-Lab)
Capsule, 7s .......... 1.00 4.80
14s .......... 1.69 8.00
28s .......... 2.98 14.40

DIETCAPS ℞ (Blaine Co.)
Timed Cap. 100s ea. .......... .... 4.50
1000s ea. .......... .... 30.00

DIETENIC (Lannett Labs., Inc.)
Elixir, 4 oz. ea. .......... .... 1.20
8 oz. ea. .......... .... 2.00

DIETENE (Doyle Pharmaceutical)
Reducing Formula Powder,
Plain or Chocolate, 1 lb. ea. .......... ●2.19 1.47
5 lb. ea. .......... ●9.98 6.65

DIETEZE (Pharmacy Associates)
Capsule, 30 Day .......... 2.49 24.72
Tablet, 30 Day .......... 4.95 36.00

DI-ETH-STROL ℞ (Vincent Christian & Co.)
Aqueous Suspension,
30 cc. (#1007) ea. .......... .... 1.65
In Oil, 30 cc. (#1008) ea. .......... .... 1.65

DIETHYLBARBITURIC ACID ℞
(See Barbital)

DIETHYLCARBAMAZINE
Lederle
Hetrazan (See Under Trade Name)

DIETHYLENE DISTEARATE
Pfaltz & Bauer, Inc.
500 Gm. ea. .......... .... 9.00

DIETHYLENE GLYCOL
International Chemical Labs. ℞
26 oz. .......... .... 24.00
1 gal. .......... .... 120.00
Pfaltz & Bauer, Inc.
8 oz. ea. .......... .... 3.50

DIETHYLENE MONOSTEARATE
International Chemical Labs. ℞
1 oz. .......... .... 12.00
4 oz. .......... .... 24.00
Pfaltz & Bauer, Inc.
500 Gm. ea. .......... .... 33.00

DIETHYLPROPION HYDROCHLORIDE
Merrell, Wm. S.
Tenuate & Tepanil
(See Under Trade Names)
National Drug Co.
Tepanil (See Under Trade Name)

DIETHYLSTILBESTROL ℞
Academy
1 mg., 100s ea. .......... .... .20
1000s ea. .......... .... 1.15
1 mg., E.C., 100s ea. .......... .... .23
1000s ea. .......... .... 1.50
5 mg., 100s ea. .......... .... .40
1000s ea. .......... .... 3.25
E.C., 100s ea. .......... .... .45
1000s ea. .......... .... 4.00
25 mg., 100s ea. .......... .... 1.25
1000s ea. .......... .... 11.00
E.C., 100s ea. .......... .... 1.35
1000s ea. .......... .... 12.00
American Pharmaceutical Co.
Tablet, U.S.P.,
1 mg.
1000s (#74W) ea. .......... .... 1.40
E.C.
1000s (#75W) ea. .......... .... 1.85
5 mg.
100s (#76R) ea. .......... .... .72
1000s (#76W) ea. .......... .... 5.10
E.C.
100s (#77R) ea. .......... .... .79
1000s (#77W) ea. .......... .... 5.94
25 mg.
1000s (#78W) ea. .......... .... 16.20
E.C.
1000s (#79W) ea. .......... .... 17.20
Ayerst-Grand
Dst (See Under Trade Name)
Columbia Medical Co.
(See Catalog Under Columbia Medical)
Tablets, 1 mg., 1000s ea. .......... .... 1.40
5 mg., 1000s ea. .......... .... 2.05
25 mg., 1000s ea. .......... .... 5.60
E.C., 0.5 mg., 1000s ea. .......... .... 1.50
1 mg., 1000s ea. .......... .... 1.75
5 mg., 1000s ea. .......... .... 2.40
25 mg., 1000s ea. .......... .... 5.95
Cowley Pharm.
Tablet,
5 mg., 1000s (#412)
Ea. .......... .... 2.20
25 mg., 1000s (#424)
Ea. .......... .... 6.70
E.C., 5 mg.,
1000s (#433) ea. .......... .... 2.80
Cotton Pharmaceutical
Inj., Vial
10 ml., 5 mg. (#249) ea. .......... .... .47
25 mg. (#352) ea. .......... .... .80
Tablet
1 mg. (#425) 1000s ea. .......... .... 1.27
5000s ea. .......... .... 6.00
5 mg. (#426) 1000s ea. .......... .... 2.40
5000s ea. .......... .... 10.00
25 mg. (#427) 1000s ea. .......... .... [illegible]
5000s ea. .......... .... 31.00
[illegible]

Lilly, Eli Co.
Ampoules in Oil
5 mg., 1 c.c. (#385)
6s ea. .......... .... 1.45
25s ea. .......... .... 5.37
In Ethyl Oleate
25 mg., 1 cc.
6s (#509) ea. .......... .... 1.50
Enseals
0.1 mg., (#46)
100s ea. .......... .... .57
1000s ea. .......... .... 4.29
0.25 mg., (#47)
100s ea. .......... .... .66
1000s ea. .......... .... 4.95
0.5 mg., (#48)
100s ea. .......... .... .72
1000s ea. .......... .... 5.64
1 mg., (#49)
100s ea. .......... .... .84
1000s ea. .......... .... 6.30
5 mg., (#85)
100s ea. .......... .... 1.95
500s ea. .......... .... 8.28
1000s ea. .......... .... 14.64
25 mg., (#90)
100s ea. .......... .... 4.20
500s ea. .......... .... 17.85
Suppositories
0.1 mg., (#14)
6s ea. .......... .... 1.26
50s ea. .......... .... 7.17
0.5 mg., (#15)
6s ea. .......... .... 1.38
50s ea. .......... .... 7.60
Tablets
0.1 mg., (#1646)
100s ea. .......... .... .48
1000s ea. .......... .... 3.60
0.25 mg., (#1647)
100s ea. .......... .... .57
0.5 mg., (#1648)
100s ea. .......... .... .66
1000s ea. .......... .... 4.95
1 mg., (#1649)
100s ea. .......... .... .75
1000s ea. .......... .... 5.64
5 mg., (#1683)
100s ea. .......... .... 1.80
Blister Pack 10 x 10s ea. .......... .... 2.50
1000s ea. .......... .... 13.50
25 mg., (#1724)
100s ea. .......... .... 4.02
Massengill, S. E.
(See Catalog Under Massengill Products)
In Oil, U.S.P., 25 mg.,
Vial, 10 cc. (#2573) ea. .......... .... 1.10
Merck & Co.
U.S.P. (#63271)
5 Gm. ea. .......... .... 2.15
25 Gm. ea. .......... .... 8.00
Robinson Lab.
(See Catalog Under Robinson Lab.)
Tablets,
C.T.,
0.5 mg., 100s ea. .......... .... .50
[illegible]

(Continued on Next Page)

ARMOUR THYROID high sales...high profits...high physician preference

[1234] cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ o.k.); ●, exempt narcotic; ⊘, dated products; lvl, Subject to DACA.

for Digitalis U.S.P. see PIL-DIGIS® DAVIES ROSE HOYT

for Digitoxin U.S.P. see MYODIGIN® DAVIES ROSE HOYT

(Continued on Next Page)

PLASTIPAK insulin syringe • sterile • disposable • ready to use—at home or away 40 or 80 scale B-D

69 Blue Book

"THE EASY-TO-READ PRICE BOOK"

Pg. 531

Bottle Sterilizers and Formula Sets from HANKSCRAFT

• Automatic electric and non-electric sterilizer and formula sets. Six popular models. See full-page display ad, Page 277.

HANKSCRAFT COMPANY
Reedsburg, Wisconsin

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER

B-D

AMERICAN DRUGGIST

# BLUE BOOK

# 1970

MARCH 1970 TO MARCH 1971

Nine Dollars Per Copy

INCLUDING

- National Drug Code data
- Average wholesale prices
- Key facts about state welfare programs
- Drugs subject to Drug Abuse Control Act
- American Druggist Counterdose Chart
- Poison control centers—with phone numbers
- List of sugar-free liquids
- List of manufacturers' catalogs
- Requirements for examination & registration
- Data on accredited colleges of pharmacy
- Requirements for reciprocal licensure
- A directory of equipment manufacturers

PROPERTY OF
ELI LILLY & CO
DEPT. NO M789

AMERICAN DRUGGIST BLUE BOOK

(Continued on Next Page)

ARMOUR THYROID

QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

1970 BLUE BOOK

DICO-TYSS (Pharmacy Associates)
Liquid, 4 oz. .... 1.50 8.80
8 oz. .... 2.49 14.40

DICUMAROL ℞
(See Under Bishydroxycoumarin)
Abbott Labs.
Tablets,
25 mg., [=NDC-074-3794-03]
100s ea. .... *1.32 AWP 1.58
1000s ea. .... *10.28 AWP 12.34
50 mg., [=NDC-074-3773-03]
100s ea. .... *1.96 AWP 2.35
1000s ea. .... *16.68 AWP 20.02
100 mg., [=NDC-074-3775-03]
100s ea. .... *3.12 AWP 3.74
In Abbo-Pac
25 mg. [=NDC-074-3794-05-03]
100s ea. .... *2.12 AWP 2.54
50 mg. [=NDC-074-3773-08-03]
100s ea. .... *2.76 AWP 3.31
100 mg. [=NDC-074-3775-05-03]
100s ea. .... *3.92 AWP 4.70
Lilly, Eli Co.
Pulvule
25 mg. (=314)
100s [=NDC-2-F71-2]
1000s [=NDC-2-F71-4] .... 2.76
Ea. .... 13.96
50 mg. (=371)
100s [=NDC-2-F54-2]
1000s [=NDC-2-F54-4] .... 2.38
Ea. .... 20.46

DICURIN PROCAINE ℞ (Lilly, Eli Co.)
Ampules, 2 cc.
20 cc. [=581] 1s
[=NDC-2-818-1] ea. .... 2.50

DICYCLOMINE HYDROCHLORIDE
Merrell, Wm. S.
Bentyl (See Under Trade Name)

DIDREX ℞ (Upjohn)
Tablets, 25 mg. [=5020]
100s [=NDC-9-24-1]
Ea. .... *2.37 AWP 2.84
500s [=NDC-9-24-1]
Ea. .... *11.25 AWP 13.50
1000s [=NDC-9-24-2]
Ea. .... *21.96 AWP 26.35
50 mg.,
100s [=5012] [=NDC-9-24-1]
Ea. .... *4.50 AWP 5.40
500s [=5013] [=NDC-9-24-2]
Ea. .... *21.36 AWP 25.63
1000s [=NDC-9-24-3]
Ea. .... *41.70 AWP 50.04

DI-DRI (Chester Chemical)
Granules, 3½ oz. .... .69 4.97

DIEBESTEROL ℞ (Carroll Co.)
Tablets, [=4666] 100s ea. .... 1.95

DIELDRIN
Nott
Liquid, 8 oz. ea. .... 1.30 .78
Science Products
E.C.-15
Liq., 4 oz. .... .85 6.12
8 oz. .... 1.25 9.03
Pt. .... 2.25 16.20
Qt. (per 6) .... 3.75 13.50
Gal (per 4) .... 30.40
5 gal. drum ea. .... 36.75

DIENESTROL ℞
General Pharmacal
Restrol (See under Trade Name)
City Chemical
[=D841] 5 Gm. ea. .... 4.00
25 Gm. ea. .... 17.00
Ortho Pharmaceutical
Cream, 78 Gm., w/applicator .... 32.64
W/o applicator .... 21.24
Westerfield Labs.
Tablet, 0.1 mg., 100s ea. .... .85
0.25 mg., 100s ea. .... 1.10
0.5 mg., 100s ea. .... 1.25
5.0 mg., 100s ea. .... 1.90
White Labs.
Synestrol (See Under Trade Name)

DIENESTROL SOLUTION (Key Pharmacal Co.)
Vial, 5 mg./cc., 30 cc. ea. .... 2.10

DI-EST ℞ (Central Pharmacal Co.)
10 ml. Vial
[=NDC-131-1024-05]
1s per vial ea. .... 3.60
12s per vial ea. .... 3.06
24s per vial ea. .... 2.88
48s per vial ea. .... 2.70
96s per vial ea. .... 2.52

## DIENESTROL ℞
### Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey 08869

*For prices and sizes see previous column*

Double Strength, 30 ml. Vial
[=NDC-131-1019-05]
1s per vial ea. .... 5.25
12s per vial ea. .... 4.46
24s per vial ea. .... 4.20
48s per vial ea. .... 3.94
96s per vial ea. .... 3.67

DIESTROL ℞ (Caldwell & Bloor Co.)
Tabs., E.C.
1 mg. [=2093] 100s ea. .... .58
1000s ea. .... 3.43
5 mg. [=2094] 100s ea. .... 1.00
1000s ea. .... 6.86

DIET (Dewey Products Co.)
Liquid, 8 oz. ea. .... .75 .50
Sodium,
8 oz. ea. .... .75 .50
16 oz. ea. .... 1.50 1.00
Tablets, 1000s ea. .... 2.50 1.67

DIETABS ℞ (Key Pharmaceuticals)
(See Catalog Under Key Pharmaceuticals)
Series A, No. 1, No. 2, & No. 3,
100s ea. .... 2.00
1000s ea. .... 10.00

DIET AID (Hands Pharmaceuticals, Inc.)
Tablet, 20s .... 2.00 16.00

DIETAMINE ℞ (Key Pharmaceutical Inc.)
Vial, 30 cc., 20 mg. ea.
[=NDC-369-020-7] .... 1.50

DIET-A-WAY (Pharm-A-Lab.)
Capsule, 7s .... 1.00 4.80
14s .... 1.69 8.00
28s .... 2.98 14.40

DIETCAPS ℞ (Blaine Co.)
Timed Cap, 100s ea. .... 4.50
1000s ea. .... 30.00

DIETEMIC (Lawton Labs., Inc.)
Elixir, 4 oz. ea. .... 1.20
8 oz. ea. .... 2.00

DIETENE (Doyle Pharmaceutical)
Reducing Formula Powder,
Plain or Chocolate, 1 lb. ea. .... 2.69 21.60
4½ lb. ea. .... 9.59 6.39

DIETEX ℞ (Barton Laboratories)
Capsule, [=300]
100s ea. .... 8.00
500s ea. .... 37.20

DIETRIC (Pharmacy Associates)
Capsule, 30 Day .... 2.49 14.72
Tablet, 30 Day .... 4.95 36.00

DI-ETH-STROL ℞ (Vincent Christian & Co.)
Aqueous Suspension,
30 cc. [=1007] ea.
In Oil, 30 cc. [=1008] ea. .... 1.45 1.45

DIETHYLBARBITURIC ACID ℞
(See Barbital)

DIETHYLCARBAMAZINE
Lederle
Hetrazan (See Under Trade Name)

DIETHYLENE DISTEARATE
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 9.00

DIETHYLENE GLYCOL
International Chemical Labs. ℞
16 oz. .... 24.00
1 gal. .... 128.00
Pfaltz & Bauer, Inc.
8 oz. ea. .... 3.50

DIETHYLENE MONOSTEARATE
International Chemical Labs. ℞
1 oz. .... 12.00
4 oz. .... 24.00
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 11.00

DIETHYLPROPION HYDROCHLORIDE
Merrell, Wm. S.
Tenuate & Dospan
(See Under Trade Names)
National Drug Co.
Tepanil (See Under Trade Name)

DIETHYLSTILBESTROL ℞
Academy
1 mg., 100s ea. .... .20
1000s ea. .... 1.15
1 mg., E.C., 100s ea. .... .25
1000s ea. .... 1.50
5 mg., 100s ea. .... .40
1000s ea. .... 3.25
E.C., 100s ea. .... .45
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
1000s ea. .... 11.00
E.C., 100s ea. .... 1.35
1000s ea. .... 12.00
American Pharmaceutical Co.
Tablets, U.S.P.,
1 mg.,
1000s [=74W] ea. .... 1.48
E.C.,
1000s [=75W] ea. .... 1.85
5 mg.,
100s [=76R] ea. .... .72
1000s [=76W] ea. .... 5.18
E.C.,
100s [=77R] ea. .... .79
1000s [=77W] ea. .... 5.94
25 mg.,
1000s [=78W] ea. .... 16.20
E.C.,
1000s [=79W] ea. .... 17.20
Amfre-Grant
Des (See Under Trade Name)
Bowman Pharmaceuticals
1 mg., [=997] 100s ea. .... 1.20
1000s ea. .... 3.90
5000s ea. .... 29.50
5 mg., [=998] 100s ea. .... 1.60
1000s ea. .... 7.25
5000s ea. .... 36.25
5 mg., [=2031] 100s ea. .... 1.00
1000s ea. .... 4.20
5000s ea. .... 21.00
Columbia Medical Co.
Tablets, 1 mg., 1000s ea. .... 1.40
5 mg., 1000s ea. .... 2.05
25 mg., 1000s ea. .... 5.60
E.C., 0.5 mg., 1000s ea. .... 1.50
1 mg., 1000s ea. .... 1.75
5 mg., 1000s ea. .... 2.40
25 mg., 1000s ea. .... 5.95
County Pharm.
Tablet,
5 mg., 1000s [=412]
Ea. .... 2.20
25 mg., 1000s [=414]
Ea. .... 6.70
E.C., 5 mg.,
1000s [=413] ea. .... 2.80
Gotham Pharmaceutical
Inj., Vial
30 ml., 5 mg. [=249] ea. .... .47
25 mg. [=352] ea. .... .80
Table.
1 mg. [=425] 1000s ea. .... 1.27
5000s ea. .... 6.00
5 mg. [=426] 1000s ea. .... 2.40
5000s ea. .... 10.00
25 mg. [=427] 1000s ea. .... 6.93
5000s ea. .... 31.00
Horton & Converse
Tablets, 1 mg., 100s ea. .... .35
1000s ea. .... 1.40
5 mg., 100s ea. .... .60
1000s ea. .... 3.60
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25

E.C., 1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5 mg., 100s ea. .... .65
1000s ea. .... 4.06
Kirkman Labs.
Tablet,
0.25 mg., 1000s [=1639] ea.
[=NDC-098-1639-80] .... 3.60
0.50 mg., 1000s [=1640] ea.
[=NDC-098-1640-80] .... 3.50
1.0 mg., 1000s [=1530] ea.
[=NDC-098-1530-80] .... 4.00
5.0 mg., 1000s [=1602] ea.
[=NDC-098-1602-80] .... 5.00
25.0 mg., 100s [=1532] ea.
[=NDC-098-1532-8] .... 2.00
E.C.,
0.10 mg., 1000s [=1526] ea.
[=NDC-098-1526-80] .... 3.50
0.25 mg., 1000s [=1527] ea.
[=NDC-098-1527-80] .... 4.00
0.50 mg., 1000s [=1528] ea.
[=NDC-098-1528-80] .... 4.30
1.0 mg., 1000s [=1529] ea.
[=NDC-098-1529-80] .... 5.00
5.0 mg., 1000s [=1531] ea.
[=NDC-098-1531-80] .... 6.90
25.0 mg., 100s [=1696] ea.
[=NDC-098-1696-8] .... 2.30
Lilly, Eli
Ampoules in Oil
5 mg., 1 cc. [=363]
6s [=NDC-2-P53-16]
Ea.
25s [=NDC-2-P53-25] .... 1.70
Ea. .... 5.00
Enseals
0.1 mg., [=46]
100s [=NDC-2-A19-2]
Ea.
1000s [=NDC-2-A19-4] .... .47
Ea. .... 5.15
0.25 mg., [=47]
100s [=NDC-2-A20-2]
Ea.
1000s [=NDC-2-A20-4] .... .77
Ea. .... 5.94
0.5 mg., [=48]
100s [=NDC-2-A21-2]
Ea.
1000s [=NDC-2-A21-4] .... .66
Ea. .... 6.77
1 mg., [=49]
100s [=NDC-2-A22-2]
Ea.
1000s [=NDC-2-A22-4] .... 1.00
Ea. .... 7.56
5 mg., [=85]
100s [=NDC-2-A33-2]
Ea.
1000s [=NDC-2-A33-4] .... 2.30
Ea. .... 17.22
25 mg., [=95]
100s [=NDC-2-A34-2]
Ea.
500s [=NDC-A34-3] .... 5.05
Ea. .... 21.42
Suppositories
0.1 mg. [=14]
6s [=NDC-2-507-16]
Ea.
50s [=NDC-2-507-50] .... 1.51
Ea. .... 8.60
0.5 mg., [=15]
6s [=NDC-2-509-16]
Ea.
50s [=NDC-2-509-50] .... 1.79
Ea. .... 9.90
Tablet
0.1 mg., [=1646]
100s [=NDC-2-J49-2]
Ea.
1000s [=NDC-2-J49-4] .... .43
Ea. .... 3.60
0.25 mg., [=1647]
100s [=NDC-2-J50-2]
Ea. .... .57
0.5 mg., [=1648]
100s [=NDC-2-J51-2]
Ea.
1000s [=NDC-2-J51-4] .... .66
Ea. .... 4.95
1 mg., [=1649]
100s [=NDC-2-J52-2]
Ea.
1000s [=NDC-2-J52-4] .... .75
Ea. .... 5.64
5 mg., [=1655]
Blister Pack, 10s10s
[=NDC-2-J54-33] .... 2.70
100s [=NDC-2-J54-2]
Ea. .... 2.00
1000s [=NDC-2-J54-4]
Ea. .... 14.99
25 mg., [=1725]
100s [=NDC-2-T70-2]
Ea. .... 4.65
Massengill, S. E.
(See Catalog Under Massengill Products)
In Oil, U.S.P., 25 mg.,
Vial, 30 cc. [=2573] ea. .... 1.10

(Continued on Next Page)

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER
ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks
B-D

Die-Dig Pg. 208

Prices are listed in this order: * Retail FTM: Retail Price; Whole. Price To Retailer; • Price On Direct Basis—Per dz., ea., or as specified.

AMERICAN DRUGGIST BLUE BOOK

for Digitalis U.S.P. see PIL-DIGIS® DAVIES ROSE HOYT

DIETHYLSTILBESTROL (Continued)

DIETHYLSTILBESTROL DIPROPIONATE

DIETMASTER

DIETROL

DIET-SNACKS

DI-ETTES

DIET-TRIM

DIET-TUSS

DIFACTOR

DIGESTANS

DIGESTANT

DIGESTALIN

DIGESTIVE

DIGIGLUSIN

DIGIMOTE

DIGISUNE

DIGITALINE NATIVELLE

DIGITALIS

DIGITALIS LEAVES

DIGITEX

DIGI-THYROID

DIGITONE

ARMOUR THYROID

QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

Prices are listed in this order: ● Retail FTM; Retail Price; Whole. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified.

1970

ST-1 (Supreme Pharmaceuticals)
Sty Relief,
¼ oz., 3s [#ST773] ea. .... .... 4.05

STICKADOOS (Avery Label Co.)
Air Mail Labels [#ST-8] .... .29 2.09
Fabric Identity Badges [#ST-5] .... .49 3.53
Lotion [#ST-4] .... .49 3.53
Photomounts [#ST-1] .... .29 2.09
Reinforcements [#ST-2] .... .29 2.09

STICKTITE (Kasar Co.)
Denture Adhesive Powder, 3 oz. .. .75 6.00

STICKY (San-Oiz Labs.)
Denture Adhesive Cream, ¼ oz. ea. .... 1.00 .60

See STIEFEL LABS. CATALOG Page 551

STIEFEL MEDICATED SOAPS (Stiefel Labs., Inc.)
Salicylic Acid Soap, 3½%, 3.2 oz. cake [#NDC-145-1021-5] ... 2.05 8.20
Salicylic Acid, 3% & Sulfur, 10%, 3.4 oz. cake [#NDC-145-1087-5] ... 2.05 8.20

STILBESTROL ℞ (Zemmer Co., The)
Tablet, 0.5 mg. [#CT-804]
100s ea. .... .75
1000s ea. .... 4.50
5000s per 1000s ea. .... 4.00
1 mg. [#CT-815]
100s ea. .... .80
1000s ea. .... 5.20
5 mg. [#CT-992]
100s ea. .... 1.00
1000s ea. .... 6.90

STILBETIN ℞ (Squibb Pharmaceutical)
Tablets,
5.0 mg.,
100s [#3585] ea. .... ★2.00 AWP 2.40
E.C., 100s [#3595] ea. .... ★2.15 AWP 2.58
25.0 mg.,
100s [#3605] ea. .... ★4.65 AWP 5.58
100.0 mg.,
50s [#3623] ea. .... ★7.45 AWP 8.94

STILBEX ℞ (Bellevue)
(Prices on Request.)

STIL FORTE ℞ (Sarno Pharmacal)
Tablet, 100s ea. .... 3.00

STILL (Spanner, C.O.)
Tablets, 50s ea. .... 5.00 3.25

STILLINGIA ROOT
Sherwood Laboratories
Fluid Extract, N.F. VII

STILLMAN'S
Freckle Cream
Not only lightens freckles but also can be used to make skin lighter, softer and smoother. National magazine advertising
STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (Stillman Co.)
Complexion Soap, 4 oz. .... .25 2.00
Freckle Cream, ½ oz. jar .... .80 6.40
1½ oz. jar .... 2.25 18.00

STOCKINGS, ELASTIC
See Listing Under
FUTURO
Modern Health Supports

STRASENBURGH LABS.
See STRASENBURGH LABS. Product and Price Information Opp. Page 578

ARMOUR THYROID
QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S