# Exhibit 4

**Page 1**

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF COLUMBIA
 3    ---------------X
 4    HEATHER ANN MOORE,        :
 5         Plaintiff,   : Civil Action No.:
 6    vs.              : 1:06-CV-01252
 7    ELI LILLY AND COMPANY,     :
 8         Defendant.   :
 9    ---------------X
10
11         Deposition of HEATHER A. MOORE
12              Washington, D.C.
13              Monday, January 22, 2007
14                 3:04 p.m.
15
16
17
18
19    Job No.: 1-94245
20    Pages:  1 - 132
21    Reported by: Dana C. Ryan, RPR
22
```

**Page 2**

```
 1         Deposition of HEATHER A. MOORE, held
 2    at the law offices of:
 3         Aaron M. Levine & Associates, P.A.
 4         1320 19th Street, N.W.
 5         Suite 500
 6         Washington, D.C. 20036
 7         (202) 833-8040
 8
 9
10         Pursuant to agreement, before Dana C. Ryan,
11    Registered Professional Reporter and Notary Public
12    in and for the District of Columbia.
```

**Page 3**

```
            APPEARANCES

ON BEHALF OF THE PLAINTIFF:
   BRANDON J. LEVINE, Esquire
   Aaron M. Levine & Associates, P.A.
   1320 19th Street, N.W.
   Suite 500
   Washington, D.C. 20036
   Telephone: (202) 833-8040


ON BEHALF OF THE DEFENDANT:
   JONATHAN H. GREGOR, Esquire
   Shook, Hardy & Bacon, L.L.P.
   2555 Grand Boulevard
   Kansas City, Missouri 64108-2613
   Telephone: (816) 474-6550

            - and -
```

**Page 4**

```
   JUDITH L. O'GRADY, Esquire
   Shook, Hardy & Bacon, L.L.P
   Hamilton Square
   600 14th Street, N.W.
   Suite 800
   Washington, D.C. 20005-2004
   Telephone: (202) 783-8400
```

```
                                                  9
 1   or to any other DES-related organization?
 2   A   No.
 3   Q   Have you ever reviewed any materials
 4   regarding DES from DES Action or other DES-related
 5   organization?
 6   A   No.
 7   Q   Have you read any books or medical articles
 8   on DES?
 9   A   No.
10   Q   What magazines and newspapers do you
11   subscribe to?
12   A   Our house gets the Baltimore Sun, the
13   Baltimore Magazine and the Atlantic Monthly.
14   Q   Okay. And are you aware of any other
15   persons who you know who have been exposed to DES?
16   A   No.
17   Q   Okay. Do you understand DES,
18   diethylstilbestrol, stilbestrol to all be one and the
19   same?
20   A   Yes.
21   Q   Did you or anyone in your family ever
22   conduct an investigation to determine who manufactured
```

```
                                                  10
 1   the DES your mother says she took during her pregnancy
 2   with you?
 3   A   No.
 4   Q   Other than your attorneys, do you know of
 5   anyone else who has conducted an investigation on this
 6   issue?
 7   A   No.
 8   Q   Okay. Have you ever spoken to anyone at Eli
 9   Lilly and Company regarding DES or your claims in this
10   case?
11   A   No.
12   Q   Have you ever received anything from Eli
13   Lilly and Company?
14   A   No.
15   Q   Have you ever sent any correspondence to Eli
16   Lilly and Company?
17   A   No.
18   Q   Do you know who manufactured the DES your
19   mother says she took during her pregnancy with you?
20   A   No.
21   Q   Have you ever seen any documents indicating
22   Eli Lilly and Company manufactured the DES your mother
```

```
                                                  11
 1   says she took while she was pregnant with you?
 2   A   No.
 3   Q   Have you personally tried to determine who
 4   manufactured the DES your mother says she took during
 5   her pregnancy with you?
 6   A   No.
 7   Q   Okay. How did you first determine that your
 8   mother took DES during her pregnancy with you?
 9   A   I asked her.
10   Q   Okay. Do you recall when that was?
11   A   I think I asked her after having a doctor's
12   appointment where the doctor asked me to ask her, and
13   I believe that was in the summer of 2002.
14   Q   Okay. Prior to that, asking her after that
15   doctor's appointment in 2002, do you recall ever
16   asking her before?
17   A   No.
18   Q   In 2002 when you first discussed that with
19   your mother, was that over the phone or in person?
20   A   Over the phone.
21   Q   And what did she tell you on that date?
22   A   She told me she didn't know what DES was,
```

```
                                                  12
 1   but there was another drug, stilbestrol, that she had
 2   taken during pregnancy.
 3   Q   Okay. Who was the doctor who you saw who
 4   told you to check with your mother?
 5   A   Dr. Rossiter.
 6   Q   And what were you seeing Dr. Rossiter for?
 7   A   It was in preparation to get pregnant. I
 8   was referred to her as -- kind of like a
 9   pre-appointment, I guess.
10   Q   What kind of doctor is Dr. Rossiter?
11   A   She's a high-risk obstetrician.
12   Q   And after that discussion in 2002, is that
13   the first time you ever believe that you had been
14   exposed to DES?
15   A   It was the first time I had ever heard of
16   it, yeah.
17   Q   Okay. You had never heard that term before?
18   A   No.
19   Q   Okay. When Dr. Rossiter asked you to check
20   on that issue, did Dr. Rossiter tell you why?
21   A   No.
22   Q   Okay. Do you know what prompted
```

```
                                                  129
 1         ACKNOWLEDGMENT OF DEPONENT
 2      I, Heather A. Moore, do hereby
 3   acknowledge that I have read and examined the
 4   foregoing testimony, and the same is a true,
 5   correct and complete transcription of the
 6   testimony given by me and any corrections
 7   appear on the attached Errata sheet signed by me.
 8
 9
10
11      (DATE)              (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22
```

```
                                                  130
 1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2      I, Dana C. Ryan, Registered Professional
 3   Reporter, the officer before whom the foregoing
 4   proceedings were taken, do hereby certify that the
 5   foregoing transcript is a true and correct record of
 6   the proceedings; that said proceedings were taken
 7   by me stenographically and thereafter reduced to
 8   typewriting under my supervision; and that I
 9   am neither counsel for, related to, nor employed by
10   any of the parties to this case and have no interest,
11   financial or otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 1st day of
14   February 2007.
15   My Commission expires:
16   July 14, 2010
17
18
19
20   NOTARY PUBLIC IN AND FOR THE
21   DISTRICT OF COLUMBIA
22
```

```
                                                  131
 1         ERRATA SHEET
 2   IN RE: HEATHER ANN MOORE v. ELI LILLY AND COMPANY
 3   RETURN BY: _____
 4   PAGE   LINE      CORRECTION AND REASON
 5   ....   ....   ..............................
 6   ....   ....   ..............................
 7   ....   ....   ..............................
 8   ....   ....   ..............................
 9   ....   ....   ..............................
10   ....   ....   ..............................
11   ....   ....   ..............................
12   ....   ....   ..............................
13   ....   ....   ..............................
14   ....   ....   ..............................
15   ....   ....   ..............................
16   ....   ....   ..............................
17   ....   ....   ..............................
18   ....   ....   ..............................
19   ....   ....   ..............................
20   ....   ....   ..............................
21   ....   ....   ..............................
22   (DATE)              (SIGNATURE)
```

```
                                                  132
 1       ERRATA SHEET CONTINUED
 2   IN RE: HEATHER ANN MOORE v. ELI LILLY AND COMPANY
 3   RETURN BY: _____
 4   PAGE   LINE      CORRECTION AND REASON
 5   ....   ....   ..............................
 6   ....   ....   ..............................
 7   ....   ....   ..............................
 8   ....   ....   ..............................
 9   ....   ....   ..............................
10   ....   ....   ..............................
11   ....   ....   ..............................
12   ....   ....   ..............................
13   ....   ....   ..............................
14   ....   ....   ..............................
15   ....   ....   ..............................
16   ....   ....   ..............................
17   ....   ....   ..............................
18   ....   ....   ..............................
19   ....   ....   ..............................
20   ....   ....   ..............................
21   ....   ....   ..............................
22   (DATE)              (SIGNATURE)
```