IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER ANN MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:06-CV-01252 |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER GRANTING ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on Defendant Eli Lilly and Company's Motion for Summary Judgment. Upon consideration of the parties' briefing and being otherwise fully advised,

**IT IS HEREBY ORDERED THAT** Plaintiff's Complaint is dismissed with prejudice.

Dated _____, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge

cc: Attached list of counsel

141294v1

**List of Counsel**
*Moore v. Eli Lilly and Company*
Civil Action No. 06-CV-01252

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
600 14th St., NW, Ste. 800
Washington, DC 20005

**Attorneys for Defendant Eli Lilly and Company**

141294v1