UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
HEATHER ANN MOORE,                        )
                                          )
       Plaintiff,                         ) CIVIL ACTION No. 06-1252 (RMU)
                                          ) Next Event: Defendant's Reply Due
v.                                        )     September 13, 2007
                                          )
ELI LILLY AND COMPANY, et al.             )
                                          )
       Defendants.                        )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

## AFFIDAVIT OF AARON M. LEVINE, ESQ.
## AUTHENTICATING DOCUMENTS

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of selected pages from Defendant Eli Lilly and Company's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents and/or Tangible Things in the present case.

2. Attached as Appendix 2 is a true copy of selected pages from W.J. Dieckmann, M.D., et al., Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?, 66 Am. J. of Ob. & Gyn. 1062 (1953).

3. Attached as Appendix 3 is a true copy of Robert K. Enders, Mink Production in Relation to Stilbestrol, 16:7 The Fur Journal 4 (1950).

4. Attached as Appendix 4 is a true copy of the "Stilbestrol Schedule" testified to by Joyce Glynn as having been given to her by Dr. Carl Anderson.

5. Attached as Appendix 5 is a true copy of the Statement of Richard J. Falk, M.D., dated August 27, 2004.

6. Attached as Appendix 6 is a true copy of is a true copy of selected pages from R.R. Greene, M.D., et al., Experimental Intersexuality: The Paradoxical Effects of Estrogens on the

Sexual Development of the Female Rat, 74 The Anat. Rec. 429 (1939)

    7.   Attached as Appendix 7 is a true copy of selected pages from The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 23rd ed. 1969).

    8.   Attached as Appendix 8 is a true copy of selections from the Deposition of Joyce Glynn in the present case, dated January 22, 2007.

    9.   Attached as Appendix 9 is a true copy of selections from the Deposition of Phillip Cavaretta in the present case, dated September 14, 2006.

    10.  Attached as Appendix 10 is a true copy of the Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941.

    11.  Attached as Appendix 11 is a true copy of Eli Lilly and Company's "A Form" labeling for diethylstilbestrol, dated April 5, 1961.

    12.  Attached as Appendix 12 is a true copy of selections from Defendant's Motion for Summary Judgment and the Electronic Order in Casale v. Eli Lilly and Co., C.A. 1:03-cv-11833-DPW (D. Mass. Mar. 23, 2004).

    13.   Attached as Appendix 13 is a true copy of the Order Denying Defendant's Motion for Summary Judgment Miskulin v. Eli Lilly and Co., No. 418517 (Cal. Sup. Ct. Oct. 25, 2005).

    14.   Attached as Appendix 14 is a true copy of the Order Denying Defendant's Motion for Summary Judgment Hansch v. Eli Lilly and Co., No. 04-00122 (N.D. Cal. 2005).

    15.   Attached as Appendix 15 is a true copy of the Order and Memorandum Opinion in Kelley v. Eli Lilly and Co., 05-1882 (D.D.C. Apr. 27, 2007).

    16.   Attached as Appendix 16 is a true copy of a true copy of selected pages from The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull ed.,

Medical Economics, Inc. 8th ed. 1954).

    17.   Attached as Appendix 17 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u>, (Henrietta Bull ed., Medical Economics, Inc. 13th ed. 1959).

    18.   Attached as Appendix 18 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u>, (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 18th ed. 1964).

    19. Attached as Appendix 19 is a true copy of selected pages from Eli Lilly and Company, De Re Medica (3d ed. 1951).

    I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Aaron M. Levine
                                    Aaron M. Levine

Dated: August 30, 2007