# Appendix 2

# AMERICAN JOURNAL
## OF
## OBSTETRICS AND GYNECOLOGY

ADVISORY COMMITTEE ON POLICY 1953

| | |
|---|---|
| Willard M. Allen | Nicholson J. Eastman |
| John I. Brewer | Frederick H. Falls |
| Francis Bayard Carter | Newell W. Philpott |
| Conrad G. Collins | John Rock |
| Samuel A. Cosgrove | Donald G. Tollefson |
| Walter T. Dannreuther | Philip F. Williams |

ADVISORY EDITORIAL COMMITTEE 1953

| | | |
|---|---|---|
| Albert H. Aldridge | Andrew A. Marchetti | Franklin L. Payne |
| Edward Allen | Harvey B. Matthews | Lawrence M. Randall |
| Allan C. Barnes | John L. McKelvey | Duncan E. Reid |
| Leroy A. Calkins | Charles E. McLennan | Ralph A. Reis |
| Russell R. de Alvarez | Joe Vincent Meigs | Herbert E. Schmitz |
| R. Gordon Douglas | William F. Mengert | George V. Smith |
| George H. Gardner | Norman F. Miller | Wm. E. Studdiford |
| Carl P. Huber | Thaddeus L. Montgomery | E. Stewart Taylor |
| Frank R. Lock | Daniel G. Morton | Richard W. Te Linde |
| Curtis J. Lund | Emil Novak | Herbert F. Traut |
| | Ernest W. Page | |

OFFICIAL ORGAN

THE AMERICAN GYNECOLOGICAL SOCIETY; THE AMERICAN ASSOCIATION OF OBSTETRICIANS, GYNECOLOGISTS AND ABDOMINAL SURGEONS; NEW YORK OBSTETRICAL SOCIETY; OBSTETRICAL SOCIETY OF PHILADELPHIA; BROOKLYN GYNECOLOGICAL SOCIETY; ST. LOUIS GYNECOLOGICAL SOCIETY; NEW ORLEANS GYNECOLOGICAL AND OBSTETRICAL SOCIETY; THE OBSTETRICAL AND GYNECOLOGICAL SOCIETY OF MARYLAND; CHICAGO GYNECOLOGICAL SOCIETY; CINCINNATI OBSTETRIC SOCIETY; CENTRAL ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN BOARD OF OBSTETRICS AND GYNECOLOGY; WASHINGTON GYNECOLOGICAL SOCIETY; PITTSBURGH OBSTETRICAL AND GYNECOLOGICAL SOCIETY; OBSTETRICAL SOCIETY OF BOSTON; LOUISVILLE OBSTETRICAL AND GYNECOLOGICAL SOCIETY; SOUTH ATLANTIC ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; SEATTLE GYNECOLOGICAL SOCIETY; SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS OF CANADA; ALABAMA ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; AKRON OBSTETRICAL AND GYNECOLOGICAL SOCIETY; KANSAS CITY GYNECOLOGICAL SOCIETY; CENTRAL NEW YORK ASSOCIATION OF GYNECOLOGISTS AND OBSTETRICIANS; NEW JERSEY OBSTETRICAL AND GYNECOLOGICAL SOCIETY; IOWA OBSTETRIC AND GYNECOLOGIC SOCIETY; THE TEXAS ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; OKLAHOMA CITY OBSTETRICAL AND GYNECOLOGICAL SOCIETY; MEMPHIS OBSTETRICAL AND GYNECOLOGICAL SOCIETY; UTAH OBSTETRICAL AND GYNECOLOGICAL SOCIETY; ROCHESTER OBSTETRICAL AND GYNECOLOGICAL SOCIETY

EDITORS
HOWARD C. TAYLOR, JR., and WILLIAM J. DIECKMANN

ADVISORY EDITOR
GEORGE W. KOSMAK

VOLUME 66
JULY—DECEMBER, 1953

THE C. V. MOSBY COMPANY
ST. LOUIS
1953

Volume 66
Number 5

DIET

# DOES THE ADMINISTRATION OF DIETHYLSTILBESTROL DURING PREGNANCY HAVE THERAPEUTIC VALUE?*†

W. J. Dieckmann, M.D., M. E. Davis, M.D., L. M. Rynkiewicz, S.M., and
R. E. Pottinger, S.M., Chicago, Ill.

*(From the Department of Obstetrics and Gynecology of the University of Chicago and the Chicago Lying-in Hospital)*

IN 1946 Smith and Smith[1] suggested that increasing amounts of diethylstilbestrol should be administered to all women during pregnancy to prevent or decrease the hazards of the late complications of pregnancy for mothers and babies. The basis for such prophylactic therapy as well as the active therapy of these pregnancy complications stems from a series of experiments by the Smiths on the steroid hormones in normal and abnormal pregnancy.[2] These laboratory observations and their theoretical implications were supported by clinical observations, part of which were made under the supervision of the Smiths and part were the collected reports of other clinical observers.

The use of diethylstilbestrol to prevent and to treat pregnancy complications is based on the supposition that there develops a deficiency in the production of progesterone and other steroids by the placenta which predisposes to or causes these pregnancy complications. The secretion of these steroids can be stimulated by diethylstilbestrol. The increased amounts of steroids made available by the placenta postpone, reduce the severity of, or prevent some of the late complications of pregnancy.

The laboratory experiments which provided the background for this interesting concept of the Smiths have lacked confirmation by other investigators. Davis and Fugo[3,4] in two reports noted that the administration of diethylstilbestrol to patients during pregnancy did not result in an increased output of urinary pregnanediol, a measure of progesterone metabolism. Sommerville, Marrian and Clayton[5] confirmed these observations and noted a drop in urinary pregnanediol and no gross change in endogenous estrogen. Although many additional experimental data will be necessary to determine the role of diethylstilbestrol in placental steroid metabolism, this paper will confine itself to the clinical implications of the Smith concept.

Smith and Smith in 1949[6] reported on the influence of diethylstilbestrol on the progress and outcome of pregnancy in a series of primigravidas. As

*This investigation was supported in part by a research grant, PHS RG2570, from the National Institutes of Health, Public Health Service.
†Presented at the Seventy-sixth Annual Meeting of the American Gynecological Society, Lake Placid, N. Y., June 15 to 17, 1953.

controls they used a seri
They recorded the follc
the late toxemias of pr
usually large for their
was decreased. (4) Th
decreased. (5) The neor

The most serious cr
Patients to whom trial
meticulous study and n
ously. In two nutrition
tients who were cooper:
instructions, keep good
dence of abortion, prem
a lower perinatal death
women delivered concu:
were compared with th
received identical treat
significant differences.

The prophylactic a
use in pregnancy compl
to postpone, or to ame.
mothers and babies is ·
plished by the daily con
a careful perusal of th
not supported by adequ:

The properly condi
should have no knowlec
of patients should rece
the medication on tria
treated simultaneously
cently reported by Fe:
that diethylstilbestrol
maturity, perinatal mo:

We felt that it w:
clinical experiment to c
practice. The first pat
study terminated Nov. :

The following crit
large so that the resul
of patients who were m
was decided that 2,000
prior to the twentieth
Every other patient w
sonal element, each p:
individual who was nc

controls they used a series of primigravidas who received no special treatment. They recorded the following conclusions: (1) It decreased the incidence of the late toxemias of pregnancy. (2) The premature infants born were unusually large for their gestational age. (3) The incidence of postmaturity was decreased. (4) The incidence of unexplained stillbirths was apparently decreased. (5) The neonatal death rate was decreased.

The most serious criticism of this study is the lack of adequate controls. Patients to whom trial medication is administered inevitably receive more meticulous study and medical care than other patients cared for simultaneously. In two nutrition studies conducted by Dieckmann and associates[7] patients who were cooperative and sufficiently intelligent to follow the dietary instructions, keep good records, and attend clinic regularly had a lower incidence of abortion, premature delivery, pre-eclampsia and eclampsia, as well as a lower perinatal death rate, when compared with those of similar groups of women delivered concurrently at this hospital. However, when these figures were compared with those obtained in a control group in which the women received identical treatment with those on the nutrition study there were no significant differences.

The prophylactic administration of diethylstilbestrol and its therapeutic use in pregnancy complications have created widespread interest. To prevent, to postpone, or to ameliorate some of the common hazards of childbirth for mothers and babies is certainly a worthy goal. That all this can be accomplished by the daily consumption of a few tablets is indeed enticing. However, a careful perusal of the literature reveals that most of the clinical data are not supported by adequate controls.[1,8]

The properly conducted clinical trial demands (1) that patients and staff should have no knowledge of the medication on trial; (2) that a similar group of patients should receive placebo medication which is not discernible from the medication on trial; and (3) that the two groups of patients must be treated simultaneously and as nearly alike as possible. In only one study recently reported by Ferguson[10] have these criteria been met. He concluded that diethylstilbestrol had no effect on the incidence of pre-eclampsia, prematurity, perinatal mortality, fetal weight, and size of the placenta.

We felt that it was timely to conduct a strictly scientifically controlled clinical experiment to determine the value of diethylstilbestrol in our obstetric practice. The first patient was admitted to this study on Sept. 29, 1950. The study terminated Nov. 20, 1952.

The following criteria were used: The sampling was to be sufficiently large so that the results would be statistically significant. A control group of patients who were managed similarly and simultaneously was necessary. It was decided that 2,000 patients registered consecutively in our prenatal clinics prior to the twentieth week of gestation would provide an adequate number. Every other patient would serve as a control. In order to eliminate the personal element, each patient was assigned a code number known only to one individual who was not a clinician. The identity of the two groups was not

1064　　　　　　　DIECEMANN ET AL.　　　　Am. J. Obst. & Gynec.
November, 1953

Volume 66　　　　DIET:
Number 5

available until after the data were tabulated by the statistician. A study sheet in duplicate containing pertinent information and the dosage schedule was kept for each patient. One copy was retained in the prenatal record and the other was in the patient's possession so that she could record the daily dosage of tablets.

Four different tablets were designed for this experiment, tablets containing 5 and 25 mg. of diethylstilbestrol and similar tablets containing a placebo. Incorporated in all the tablets was 3 mg. of phenol red, an easy tracer substance. This dye is eliminated in the urine and each urine sample was checked for its presence in order to ascertain if the patient was taking her tablets. She was not aware of this check and some women were eliminated from the study because their urine samples consistently contained no dye.

The following schedule for the administration of tablets was followed: The initial dose varied from 5 to 37.5 mg., depending on the period in the gestation when the patient registered in our clinic. The maximum daily dose of 150 mg. was administered during the thirty-fourth and thirty-fifth weeks of the pregnancy. The duration of the pregnancy was calculated from the menstrual data. The 25 mg. tablets containing stilbestrol or the placebo were scored so that they could easily be broken in half and only one-half consumed.

Each patient was instructed as to the beginning dose and the continuing amounts to be taken. She was asked to note each daily dose on the printed schedule, thereby providing her with a constant reminder to take her medication. At each prenatal visit this schedule was reviewed with her and a notation made as to the degree of patient cooperation. When she completed her medication at the end of the thirty-fifth week, she returned the remaining tablets and her medication chart.

Every patient on registering in our prenatal clinics who was thought to be pregnant between 6 to 20 weeks, inclusive, was offered a box of tablets without charge. Included were women who were known to have complications such as chronic hypertensive vascular disease, diabetes mellitus, or repeated abortions. Each patient was told that previous reports indicated that the tablets were of value in preventing some of the complications of pregnancy and that they would cause no harm to her or the fetus. No coercion was used but she was asked to return the tablets if she did not wish to cooperate. No special clinics or procedures were instituted.

She was instructed to save the urine from bedtime to the next morning on the day of her routine clinic visit and bring in a small specimen. It was tested for phenol red by alkalinizing with 10 per cent sodium hydroxide. A red color merely indicated that the patient had taken one or more of the stilbestrol or placebo tablets. We could not determine how many tablets she took per day or week because of the individual differences in absorption and excretion of phenol red. The amount of this dye was such that a few patients tested negative in periods when they were taking only one pill; all tested positive with two or more tablets. In the patient who was taking the pills regularly whose urine was tested at fairly frequent clinic visits starting at 7

weeks, the sequence of  
negative-positive when  
until administration was  
ing for phenol red correl  
to the clinic staff.

Each set of boxes o  
be assigned to the patier  
ran consecutively. App  
pills were given out du  
given out to the patient  
recorded in the record a  
unit number, and study

R. E. P. packaged  
sent out, and was the on  
in a sealed envelope. A  
taining the code was o  
checked with R. E. P., a  
in our results from tho:  
there had been a mix-up  
tical. A representative  
of the containers and s  
states that the tablets  
proper amounts. A cc  
positive for the same b:

The statistician, wl  
our specialty, coded all  
cards. W. J. D. served  
the interpretation of i  
tablets had been taken t

A large number of  
the reproductive histor  
teaching institution anc  
report will concern itse  
by the ever-increasing v

A total of 2,162 p  
tween those who recei  
the final data were tat  
per cent of women to

In brief, women w  
(a) 125 women cancel  
elsewhere; (b) 198 w  
schedule; (c) 52 wom  
(d) the remainder we  
husband objected to m

The data present  
patients who took gr:

weeks, the sequence of expected test reports was negative-positive, positive, negative-positive when the switch to 25 mg. pills was made, and then positive until administration was discontinued. In general, the reports based on testing for phenol red correlated well with those based on the patient's statements to the clinic staff.

Each set of boxes of pills carried a label with the number which was to be assigned to the patient taking that particular batch of pills. The numbers ran consecutively. Approximately equal numbers of stilbestrol and placebo pills were given out during the period of the study. When the pills were given out to the patient, the number on the boxes was assigned to her and recorded in the record and on the two medication sheets. The patient's name, unit number, and study number were listed in a book kept by the clinic staff.

R. E. P. packaged all the tablets, kept records of the number of boxes sent out, and was the only person who knew the code numbers which he placed in a sealed envelope. At the completion of the study, the sealed envelope containing the code was opened in the presence of three people, the numbers checked with R. E. P., and found to be correct. Because there was a difference in our results from those reported by the Smiths, we wished to determine if there had been a mix-up in the stilbestrol and placebo tablets, which were identical. A representative from Eli Lilly and Company selected tablets from each of the containers and sent them to his company for analysis. Their report states that the tablets marked "stilbestrol" contained the substance in the proper amounts. A colorimetric test for stilbestrol in our laboratory was positive for the same batch of tablets designated "stilbestrol."

The statistician, who had considerable experience with medical charts in our specialty, coded all the pertinent data from the patient's record on IBM cards. W. J. D. served as her consultant when any question arose concerning the interpretation of factual data in the record. He did not know which tablets had been taken by the patient.

A large number of data were accumulated in this study. They concern the reproductive histories of 1,646 mothers and their babies cared for in a teaching institution and the beneficiaries of present-day obstetrical care. This report will concern itself only with some of the questions that have been raised by the ever-increasing use of diethylstilbestrol in obstetrics.

A total of 2,162 patients were entered in this study, evenly divided between those who received stilbestrol and those who received placebos. When the final data were tabulated there remained 1,646 suitable records. Thus 22 per cent of women to whom tablets were given were dropped from the study.

In brief, women were dropped from our study for the following reasons: (a) 125 women cancelled their reservations because they moved or delivered elsewhere; (b) 198 women did not take the tablets regularly according to schedule; (c) 52 women aborted prior to the end of 21 days of medication; (d) the remainder were dropped because of such reasons as not pregnant, husband objected to medication, nausea, etc.

The data presented in the following discussion and tables concern 840 patients who took graduated amounts of diethylstilbestrol according to the

schedule in Table I suggested by the Smiths, beginning prior to the twentieth week and continuing uninterruptedly for at least 5 weeks. Serving as controls were 806 women who took similar tablets according to the same schedule containing only a placebo and the dye and cared for simultaneously by the same medical staff under similar conditions. The statistician and the clinicians are in agreement that these two groups of patients are comparable and can be treated as such.

TABLE I. DAILY DOSAGE OF DIETHYLSTILBESTROL

| WEEKS PREGNANT | DIETHYLSTILBESTROL |
|---|---|
| 7-8 | 5 mg. |
| 9-10 | 10 mg. |
| 11-12 | 15 mg. |
| 13-14 | 20 mg. |
| 15-16 | 25 mg. |
| 17, 18 and 19 | 37.5 mg. |
| 20-21 | 50 mg. |
| 22-23 | 67.5 mg. |
| 24-25 | 75 mg. |
| 26-27 | 87.5 mg. |
| 28-29 | 100 mg. |
| 30-31 | 112.5 mg. |
| 32-33 | 125 mg. |
| 34-35 | 150 mg. |

The distribution of patients in the two groups can be noted in Table II. It is entirely accidental that the several categories of patients are so evenly divided between those who received diethylstilbestrol and those in the control group to whom a placebo was administered. The term primigravida is used in our data to indicate the first pregnancy. If the patient has had one or more additional pregnancies which terminated prior to viability she is considered a primipara in the current pregnancy studied. If she has had one or more viable babies prior to the current pregnancy she is classified as a multipara.

TABLE II. DISTRIBUTION OF CASES BY HISTORY

|  | STILBESTROL | | CONTROL | |
|---|---|---|---|---|
|  | NO. | % | NO. | % |
| Primigravidas | 314 | 37.4 | 316 | 39.2 |
| Gravida ii (1 abortion) | 103 | 12.3 | 91 | 12.8 |
| Gravida iii (2 abortions) | 19 | 2.3 | 18 | 2.2 |
| Gravida iv (3 abortions) | 9 | 1.1 | 8 | 1.0 |
| Gravida v (4 abortions) | 1 | .1 | 0 | — |
| Multiparas, normal | 287 | 34.1 | 284 | 35.2 |
| Multiparas with abortion and other abnormalities | 36 | 4.3 | 25 | 4.5 |
| Multiparas, abnormal, no abortion | 71 | 8.5 | 64 | 7.9 |
| Total | 840 | | 806 | |
| All primiparas | 446 | | 433 | |
| All multiparas | 394 | | 373 | |

Fig. 1 is a graphic distribution of the period in gestation when the patients in this study began to take tablets. Forty-one per cent of the women began to take stilbestrol prior to the eleventh week compared to 43 per cent

---

of the controls; 43 per ce fifteenth week of the gesta per cent of the controls beg of the patient's entry into 12.5 weeks for the multipar.

In the experimental s portant to compare similar allow. Table III records t ment during pregnancy of It is surprising how clos multiparas averaged about mean weights of the two during pregnancy in the kilograms in the controls; kilograms for the control: loss by the tenth postpartu



Fig. 1.—Show...

The duration of pre: The several criteria for of error. It is usually af and probably the most the first day of the last delivery date. the mean on stilbestrol medicatio: multiparas on stilbestro length of pregnancy for tion of pregnancy for bc level. Statistical analy: shorten the duration o shown in Table IV. It ber of primiparas and control group up to 37 favors premature labor. the patient reaches 37 o

of the controls; 43 per cent of each group started medication prior to the fifteenth week of the gestation; 14.4 per cent of the stilbestrol group and 11.8 per cent of the controls began prior to the nineteenth week. The average time of the patient's entry into the study was 11.5 weeks for the primiparas and 12.5 weeks for the multiparas.

In the experimental statistical approach to a clinical problem it is important to compare similar groups of patients in so far as human material will allow. Table III records the mean figures for age, height, and weight increment during pregnancy of the stilbestrol-treated group and the control group. It is surprising how closely these groups compare with each other. The multiparas averaged about three years older than the primiparas. The initial mean weights of the two groups were almost similar. The total weight gain during pregnancy in the primiparas was 9.8 kilograms, compared with 9.5 kilograms in the controls: 9.3 kilograms in the multiparas, compared with 8.7 kilograms for the controls. There was very little difference in their weight loss by the tenth postpartum day.



Fig. 1.—Shows the distribution of times of entry to study.

The duration of pregnancy is the most important factor in prematurity. The several criteria for calculating the length of gestation have wide limits of error. It is usually agreed that the menstrual data provide the most simple and probably the most accurate means of calculating the due date. Using the first day of the last normal menstrual period to determine the expected delivery date, the mean length of pregnancy was 38.7 weeks in the primiparas on stilbestrol medication and 39.3 weeks in the controls; 38.6 weeks in the multiparas on stilbestrol and 39.4 weeks in their controls. Analysis of the length of pregnancy for all cases shows a statistically significant longer duration of pregnancy for both control primiparas and multiparas, at the $P = 0.01$ level. Statistical analysis of the uncorrected data shows that stilbestrol did shorten the duration of the pregnancy before the thirty-seventh week, as shown in Table IV. It is obvious that there is a marked increase in the number of primiparas and multiparas in the stilbestrol group over that of the control group up to 37 weeks. These data seem to indicate that stilbestrol favors premature labor. It may be due to an excess amount of hormone. If the patient reaches 37 or more weeks of gestation, the previous administration

1068  DIECKMANN ET AL.  Am. J. Obst. & Gynec.
November, 1953

of stilbestrol has no further effect, but before that time it appears to change the balance in that more patients deliver prematurely. Data corrected to compare with the Smiths' are shown in Fig. 4.

TABLE III. AGE, HEIGHT, WEIGHT, AND DURATION OF PREGNANCY
(MEAN FIGURES)

|  | STILBESTROL GROUP | | CONTROL GROUP | |
|---|---|---|---|---|
|  | PRIMIPARAS | MULTIPARAS | PRIMIPARAS | MULTIPARAS |
| Age (years) | 26.7 | 29.5 | 26.4 | 29.0 |
| Height (cm.) | 162.2 | 162.0 | 162.2 | 161.5 |
| Weight (kilograms, minimum) | 57.9 | 59.8 | 58.5 | 59.5 |
| Weight gain | 9.8 | 9.3 | 9.5 | 8.7 |
| Weight loss in puerperium | 7.4 | 7.2 | 7.7 | 7.5 |
| Length of gestation (weeks) (Term 40 weeks) | 38.7 | 38.6 | 39.3 | 39.4 |

TABLE IV. TIME OF DELIVERY BASED ON DATE OF LAST MENSTRUATION

| WEEKS' GESTATION | PRIMIPARAS | | MULTIPARAS | |
|---|---|---|---|---|
|  | STILBESTROL | CONTROL | STILBESTROL | CONTROL |
| 29-36 | 5.1% | 3.6% | 8.4% | 4.9% |
| 37-42 | 89.8% | 92.2% | 88.3% | 88.5% |
| 43 and over | 5.1% | 4.2% | 3.3% | 6.6% |

TABLE V. TOXEMIAS OF PREGNANCY

|  | PRIMIPARAS | | | | MULTIPARAS | | | |
|---|---|---|---|---|---|---|---|---|
|  | STILBESTROL | | CONTROL | | STILBESTROL | | CONTROL | |
|  | NO. | %* | NO. | %* | NO. | %* | NO. | %* |
| Pre-eclampsia-eclampsia | 16 | 3.5 | 13 | 3.0 | 1 | 0.3 | 3 | 0.8 |
| Essential hypertension | 11 | 2.5 | 6 | 1.4 | 11 | 2.8 | 10 | 2.7 |
| Chronic glomerulonephritis | 2 | 0.4 | 1 | 0.2 | 3 | 0.8 | 0 | -- |
| Pyelonephritis | 0 | -- | 0 | -- | 1 | 0.3 | 0 | -- |
| Abruptio placentae | 3 | 0.7 | 2 | 0.5 | 2 | 0.5 | 3 | 0.8 |
| Total | 446 | | 433 | | 394 | | 373 | |
|  | (840) | | | | (806) | | | |

*Percentage of group.

TABLE VI. WEIGHT OF BABIES

| WEIGHT IN GRAMS | PRIMIPARAS | | | | MULTIPARAS | | | |
|---|---|---|---|---|---|---|---|---|
|  | STILBESTROL | | CONTROL | | STILBESTROL | | CONTROL | |
|  | NO. | % | NO. | % | NO. | % | NO. | % |
| 1,000-1,299 | 3 | 0.7 | 1 | 0.2 | 4 | 1.1 | 2 | 0.6 |
| 1,300-2,499 | 29 | 6.8 | 16 | 3.8 | 23 | 6.1 | 17 | 4.8 |
| 2,500-4,499 | 387 | 91.7 | 400 | 95.5 | 342 | 90.9 | 332 | 93.2 |
| 4,500 and over | 3 | 0.7 | 2 | 0.5 | 7 | 1.9 | 5 | 1.4 |
| Total cases | 422 | | 419 | | 376 | | 356 | |
| Average weight all babies | 3,200 | | 3,300 | | 3,300 | | 3,300 | |
| Average weight of babies 2,500 grams and over | 3,300 | | 3,360 | | 3,407 | | 3,395 | |

*Abortion.*—During the last five years the incidence of abortion (1 to 999 grams or before the twenty-eighth week) was 8.3 per cent. The data in Fig. 2 exhibit the incidence of abortion among the several groups of patients

Volume 66  DIETH?
Number 5

studied. Abortions occurr pared with 2.5 per cent of stilbestrol, compared with rate in the stilbestrol gro number of patients was t abortions occur before the if they had less than 5 we was lower than the hospita

PRIMIGRAVI

PRIMIPARA:

MULTIPARA

Fig. 2.—Depicts the inc

PF

PRIMIGRAVI

PRIMIPARA:

MULTIPARA

PRIMIGRAV:

PRIMIPARA

MULTIPARA

Fig. 3.—*A*, The incidence of p sive di:

*Toxemias of Pregnai* exhibited clinical findings nancy. It will be noted in the primiparas on still 0.3 per cent in the multip incidence of essential hy; bestrol in contrast to 1.4 multiparas compared wit!

Fig. 3 presents a gr histories were carefully

studied. Abortions occurred in 4.7 per cent of primiparas on stilbestrol, compared with 2.5 per cent of the controls; in 3.3 per cent of the multiparas on stilbestrol, compared with 1.6 per cent of the controls. Although the abortion rate in the stilbestrol group was higher than in the control group, the total number of patients was too small to be statistically significant. Since most abortions occur before the seventeenth week, and since patients were omitted if they had less than 5 weeks of treatment, it is obvious why the abortion rate was lower than the hospital incidence.



Fig. 2.—Depicts the incidence of abortion (fetuses weighing 1 to 999 grams).



Fig. 3.—A, The incidence of pre-eclampsia. B, The incidence of pre-eclampsia and hypertensive disease in the various groups of patients.

*Toxemias of Pregnancy.*—In Table V are listed all of the patients who exhibited clinical findings which warranted the diagnosis of toxemia of pregnancy. It will be noted that the incidence of pre-eclampsia was 3.5 per cent in the primiparas on stilbestrol compared to 3 per cent in the control group; 0.3 per cent in the multiparas compared with 0.8 per cent in the controls. The incidence of essential hypertension was 2.5 per cent in the primiparas on stilbestrol in contrast to 1.4 per cent in the controls; it was 2.8 per cent in the multiparas compared with 2.7 per cent in the controls.

Fig. 3 presents a graphic distribution of the toxemia patients after the histories were carefully reviewed by Dieckmann and corrected to conform

TABLE VII. INCIDENCE OF PREMATURES BY WEIGHT
(PERCENTAGE OF CASES)

| WEIGHT OF BABY | UNDER 1,500 GRAMS | | 1,500-1,999 GRAMS | | 2,000-2,499 GRAMS | | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| | STILBESTROL | CONTROL | STILBESTROL | CONTROL | STILBESTROL | CONTROL | STILBESTROL | CONTROL |
| Primigravidas | 1.0 | .6 | 2.2 | 1.0 | 4.1 | 2.5 | 8.3 | 5.1 |
| Other primiparas | 2.3 | — | .8 | .4 | 5.7 | 4.3 | 8.3 | 4.3 |
| Multiparas, normal | 3.8 | 1.8 | .3 | — | 3.6 | 2.8 | 7.7 | 4.0 |
| Multiparas with abortion and other abnormalities | 5.5 | 4.0 | 2.8 | 8.0 | 5.5 | 16.0 | 13.9 | 28.0 |
| Multiparas, abnormal, no abortions | 8.4 | 1.6 | 2.8 | — | 2.8 | 7.8 | 14.1 | 9.4 |
| All primiparas | 2.0 | .5 | 1.8 | 1.4 | 4.5 | 3.0 | 8.3 | 4.8 |
| All multiparas | 4.8 | 1.9 | 1.0 | .8 | 3.6 | 4.6 | 9.4 | 7.2 |
| All cases | 3.3 | 1.1 | 1.4 | 1.1 | 4.0 | 3.7 | 8.8 | 6.0 |

to the data presented by th[
from the uncorrected data [
treat statistically. Howeve[
bestrol fail to decrease the [
in the time of onset of this [
of patients studied. One r[
of stilbestrol has no therap[
nancy toxemias.

*Birth Weights of Babie[*
to their birth weights. It i[
was a slightly greater perc[
group as compared with t[
multiparas. The average w[
3,200 grams compared wi[
multiparas on stilbestrol, a[

PREMA[
BY ME[

PRIMIGRAVIDA[

PRIMIPARAS

MULTIPARAS

PREM[
BY V[

PRIMIPARAS

MULTIPARAS

Fig. 4.—A, The incidence of pr[

*Prematurity.*—The di[
of the gestation, and phys[
is not easy to determine [
physical signs of prematur[
not reliable indices, nor d[
reliable criterion for prem[
dence of premature deliv[
was 6.6 per cent. Table [
the group of women on st[
2,500 grams compared wi[
group 3.3 per cent weigh[
1,999 grams, and 4 per ce[
1.1 per cent, 1.1 per cent[

to the data presented by the Smiths. These corrected results differ very little from the uncorrected data in Table V. The several groups were too small to treat statistically. However, not only did the administration of diethylstilbestrol fail to decrease the incidence of toxemias but there was no difference in the time of onset of this complication nor in its severity in the two groups of patients studied. One must conclude that the prophylactic administration of stilbestrol has no therapeutic value in decreasing the hazards of late pregnancy toxemias.

*Birth Weights of Babies.*—In Table VI are listed all of the babies according to their birth weights. It is obvious that in the various weight categories there was a slightly greater percentage of babies that weighed less in the stilbestrol group as compared with those in the control group in both primiparas and multiparas. The average weight of all babies of primiparas on stilbestrol was 3,200 grams compared with 3,300 grams for the controls; the babies of multiparas on stilbestrol, as well as those on placebos, averaged 3,300 grams.



Fig. 4.—*A*, The incidence of premature babies by menstrual age. *B*, By weight of the babies.

*Prematurity.*—The diagnosis of prematurity is based on the weight, length of the gestation, and physical findings of the baby. The duration of pregnancy is not easy to determine accurately, for it is subject to wide variation. The physical signs of prematurity, including x-ray study of ossification centers, are not reliable indices, nor do they provide sharp end points. Weight is the most reliable criterion for prematurity. During the past five years the over-all incidence of premature delivery based on babies weighing 1,000 to 2,499 grams was 6.6 per cent. Table VII lists the incidence of prematurity by weight. In the group of women on stilbestrol, 8.8 per cent of the babies weighed less than 2,500 grams compared with 6 per cent in the control group. In the stilbestrol group 3.3 per cent weighed under 1,500 grams, 1.4 per cent weighed 1,500 to 1,999 grams, and 4 per cent weighed 2,000 to 2,499 grams. This compares with 1.1 per cent, 1.1 per cent, and 3.7 per cent in the control group.

Case 1:06-cv-01252-RMU   Document 20-4   Filed 08/30/2007   Page 13 of 15

1072      DIECKMANN ET AL.      Am. J. Obst. & Gynec. November, 1953

Fig. 4 is a graphic presentation of the data on premature babies corrected to conform to the data presented by the Smiths by omitting women with known hypertension, diabetes mellitus, chronic nephritis, twins, etc. In A the premature babies are classified by menstrual age and in B by weight. It is obvious that using either criterion for prematurity, a greater number of premature babies were delivered to women to whom stilbestrol was administered as compared with the control group.

Premature infants of mothers who took stilbestrol did not appear to differ from those of the control mothers at the same gestational age. If prematurity was defined in terms of weight of the baby, the incidence was higher, but not significantly so, for all stilbestrol groups. On the basis of week of delivery, there was a real difference between stilbestrol and control cases. Both primiparas and multiparas tended, with fair statistical significance, to deliver earlier in the stilbestrol groups, and the primiparas who took stilbestrol delivered a significantly larger number of infants before the thirty-eighth week.

*Postmaturity.*—This is exceedingly difficult to define. The menstrual data are so unreliable that they are of little value in determining postmaturity. Undoubtedly, the size of the baby need not bear a direct relationship to his maturity. In our data, Table IV, delivery occurred at an estimated 43 weeks or longer in 5.1 per cent of the primiparas on stilbestrol compared to 4.2 per cent of the controls. The figures for multiparas were 3.3 per cent and 6.6 per cent, respectively. In Table VI the number of babies that weighed more than 4,500 grams is comparable in the several groups of patients. The administration of stilbestrol did not prevent postmaturity.

TABLE VIII. PERINATAL MORTALITY
(ALL DEATHS OF FETUSES 1,000 GRAMS AND OVER)

|  | PRIMIPARAS | | MULTIPARAS | |
| --- | --- | --- | --- | --- |
|  | STILBESTROL | CONTROL | STILBESTROL | CONTROL |
| Stillbirths: | | | | |
| Antepartum, under 24 hours | 0 | 2 | 0 | 1 |
| Antepartum, more than 24 hours | 4 | 0 | 2 | 1 |
| Intrapartum | 1 | 2 | 0 | 2 |
| Total stillbirths | 5 (1.1%) | 4 (0.9%) | 2 (0.5%) | 4 (1.1%) |
| Neonatal: | | | | |
| Under 24 hours | 2 | 0 | 5 | 2 |
| 1-10 days | 5 | 0 | 4 | 1 |
| Over 10 days | 0 | 1 | 0 | 0 |
| Total neonatal | 7 (1.6%) | 1 (0.2%) | 9 (2.3%) | 3 (0.8%) |
| Perinatal | 12 (2.7%) | 5 (1.1%) | 11 (2.8%) | 7 (1.9%) |

The pediatricians who studied our babies could find no differences in the strength, vigor, nursing ability, weight loss, and other criteria of growth and development in babies born of mothers who had received stilbestrol and those who had taken placebos. There were no statistically significant differences in the length of babies in these two groups. It must be concluded that the pro-

Volume 66, Number 5      DIETH

phylactic administration [of...] incidence of prematurity [...] babies for their gestationa[l...]

Perinatal mortality [...] weighing 1,000 grams or [...] was 0.95 per cent and of [...] study are given in Table [...] was 1.1 per cent compare[d...] aras it was 0.5 per cent c[...] infants born to primipara[s...] cent in the control group [...] per cent in the controls. [...] women who were taking [...] the control group.

PRIMIGRAVID[A]

MULTIPARAS

Fig. 5.—Shows the stillbirth a[...]

Fig. 5 is a graphic p[...] corrected by the deletion [...] betes mellitus, chronic gl[...] sented by the Smiths. A [...] statistical significance it [...] infants of the women who [...]

Our data on perinat[al...] ministration of diethylsti[...]

*Congenital Anomalie[s...]* listed in Table IX. It wil[l...] importance. However, it [...] two groups of patients. [...] crease or decrease the occu[...]

*Nausea and Vomiting[...]* amounts of diethylstilbes[trol...] In our data, 15 women ([...] bestrol because of nause[a...] the original group) who [...] reason. All of those d[...] that the pills made the[m...] sharply as soon as they [...] ing placebos.

phylactic administration of diethylstilbestrol to mothers did not decrease the incidence of prematurity based on fetal weight nor did it result in larger babies for their gestational age.

Perinatal mortality includes all stillbirths and neonatal deaths of babies weighing 1,000 grams or more. From 1946 to 1952 the incidence of stillbirths was 0.95 per cent and of neonatal deaths was 1.06 per cent. Data for this study are given in Table VIII. The stillbirth rate in primiparas on stilbestrol was 1.1 per cent compared with 0.9 per cent in the control group; in multiparas it was 0.5 per cent compared to 1.1 per cent. The neonatal death rate of infants born to primiparas on stilbestrol was 1.6 per cent compared to 0.2 per cent in the control group; in multiparas it was 2.3 per cent compared to 0.8 per cent in the controls. The perinatal mortality was 2.7 per cent in all the women who were taking stilbestrol compared to 1.5 per cent in the women in the control group.



Fig. 6.—Shows the stillbirth and neonatal death rates (1,000 or more grams) for the various groups of patients.

Fig. 5 is a graphic presentation of perinatal mortality after the data were corrected by the deletion of patients with known essential hypertension, diabetes mellitus, chronic glomerular nephritis, etc., to conform to the data presented by the Smiths. Although the sizes of the groups are too small to have statistical significance it is apparent that all the fetal deaths occurred in infants of the women who received stilbestrol.

Our data on perinatal mortality do not indicate that the prophylactic administration of diethylstilbestrol influenced favorably the fetal salvage.

*Congenital Anomalies.*—All anomalies present in the babies at birth are listed in Table IX. It will be noted that most of these are minor and of no great importance. However, it is obvious that there are no differences between the two groups of patients. It can be concluded that diethylstilbestrol did not increase or decrease the occurrence of fetal anomalies.

*Nausea and Vomiting.*—The ability of the pregnant patient to consume huge amounts of diethylstilbestrol without nausea or vomiting is an old observation. In our data, 15 women (1.4 per cent of the original group) discontinued stilbestrol because of nausea or vomiting. However, 16 women (1.5 per cent of the original group) who were taking placebos stopped the tablets for the same reason. All of those dropping out because of nausea specifically reported that the pills made them sick, and many stated that the nausea decreased sharply as soon as they stopped. Yet half of these women were actually taking placebos.

1074 DIECKMANN ET AL.
Am. J. Obst. & Gynec.
November, 1953

Since our data were at variance with those of the Smiths, they were all rechecked. The charts of patients with toxemia of pregnancy, premature delivery, stillbirths and neonatal deaths, and any other complication or abnormality, were examined again by one of the senior authors with no knowledge of the kind of medication. There was no significant change in any of the results.

TABLE IX. CONGENITAL ANOMALIES

| TYPE OF ANOMALY | PRIMIPARAS | | MULTIPARAS | |
|---|---|---|---|---|
| | STILBESTROL | CONTROL | STILBESTROL | CONTROL |
| Minor | 7 | 7 | 9 | 4 |
| Skin, as papilloma | 7 | 12 | 7 | 6 |
| Cystocele, hydrocele | 4 | 3 | 3 | 2 |
| Harelip, cleft palate, etc. | 1 | 0 | 0 | 1 |
| Clubfeet, multiple digits | 2 | 5 | 6 | 2 |
| Mongolism | 0 | 0 | 0 | 1 |
| Brain and spinal cord | 1 | 0 | 0 | 0 |
| Cardiac, etc. | 2 | 1 | 1 | 2 |
| Gastrointestinal | 1 | 0 | 0 | 0 |
| Genitourinary | 0 | 2 | 0 | 3 |
| Multiple major | 2 | 2 | 1 | 3 |
| Total anomalies | 27 | 32 | 27 | 24 |
| Total infants | 426 | 415 | 376 | 361 |

Conclusions

A strictly controlled clinical trial of the therapeutic value of diethylstilbestrol administered to patients during pregnancy in reducing the hazards of some of the late complications of pregnancy for mothers and babies has been reported.

The various complications were studied in the total unselected group of patients divided into primigravidas, primiparas, and multiparas. Then the groups were again studied after all groups were corrected to compare with the Smiths'.

The results of the administration of diethylstilbestrol in graduated amounts to 840 patients according to a schedule suggested by the Smiths were compared with the results of an identical placebo tablet given to 806 patients. Stilbestrol did not reduce the incidence of abortion, prematurity, or postmaturity. Premature babies of stilbestrol-treated mothers were no longer nor more mature for their gestational ages than comparable prematures in the control group of placebo-treated mothers. It did not decrease the incidence of perinatal mortality. It did not decrease the frequency of the toxemias of pregnancy.

Acknowledgment is made to Eli Lilly and Company for aid in making the stilbestrol and placebo tablets with the dye and for the final determination of the stilbestrol; to Lillian Natusko for the examination of the urines for phenol red; to the staff and residents for their cooperation.

References

1. Smith, O. W., and Smith, G. van S.: AM. J. OBST. & GYNEC. 51: 411, 1946.
2. Smith, G. van S., and Smith, O. W.: Physiol. Rev. 28: 1, 1948.
3. Davis, M. Edward, and Fugo, N. W.: Proc. Soc. Exper. Biol. & Med. 65: 283, and 66: 391, 1947.

Volume 66
Number 5

4. Davis, M. Edwar[d]
5. Sommerville, L. F[.]
6. Smith, O. W., an[d]
7. Dieckmann, W. [J.,]
    M. T., Potti[s]
8. Gitman, L., and [?]
9. Smith, O. W., an[d]
10. Ferguson, J. H.:
11. Canario, E. M. [?]

DR. GEORGE [?]
mann and his associa[tes]
work, and expense i[n]
told us he was going
for a beneficial effec[t]
value could be real[ly]
planning to analyze.
Worcester, Assistant
who had had consid[erable]
nancy, stated that
thousands of each w[ould]
She advised that th[e]
every reason to exp[ect]
treated group which
published by Dr. F[?]
studied. To break [?]
impossible. Their t[?]
We too are disappo[inted]
to so much trouble i[n]
run their experimen[t]

We also wish
that the only differe[nce]
groups lay in the i[?]
teacher, who saw t[?]
dentally, fully awa[re]
drawal in patients'
conveyed this conce[rn]
Dr. Olive Smith, bei[ng]
Actually, most of t[?]
and, therefore, made
Neither the s[?]
patients was set up
omitted from our [?]
those who had thre[e]
our control series. [?]
who began taking
phylactic value of [?]
previous abortions
peatedly miscarry [?]
now are certain th[at]
ing abortion, theref[ore]
They include
There were more [?]
trols (28 vs. 17) a[?]
pre-eclampsia. I[f]