# Appendix 4

# STILBESTROL SCHEDULE

This chart tells how many stilbestrol tablets to take each day. It is important that you take exactly the amounts indicated below and that the therapy be continuous (every single day). Take all your pills each day at one time, preferably when going to bed.

Start taking the pills on _____

| Date | WEEKS PREGNANT (from start of last period) | | mgs. STILBESTROL DAILY | NUMBER OF PILLS DAILY | | DATE OF 1st DAY OF WEEK |
|---|---|---|---|---|---|---|
| | | | | 5 mg. | 25 mg. | |
| | 6 | | 2.5 mg. | ½ | 0 | |
| Wed. Nov 8 | 7 and 8 | X | 5.0 mg. | 1 | 0 | |
| Nov 19th | 9 and 10 | X | 10.0 mg. | 2 | 0 | |
| Dec 7 | 11 and 12 | X | 15.0 mg. | 3 | 0 | |
| Dec 16 | 13 and 14 | X | 20.0 mg. | 4 | 0 | |
| Dec 30 | 15 | X | 25.0 mg. | 0 | 1 | |
| Jan 6 | 16 | X | 30.0 mg. | 1 | 1 | |
| Jan 13 | 17 | X | 35.0 mg. | 2 | 1 | |
| Jan 20 | 18 | X | 40.0 mg. | 3 | 1 | |
| Jan 27 | 19 | X | 45.0 mg. | 4 | 1 | |
| Feb 3 | 20 | X | 50.0 mg. | 0 | 2 | |
| Feb 10 | 21 | X | 55.0 mg. | 1 | 2 | |
| Feb 17 | 22 | X | 60.0 mg. | 2 | 2 | |
| Feb 24 | 23 | X | 65.0 mg. | 3 | 2 | |
| Mar 3 | 24 | X | 70.0 mg. | 4 | 2 | |
| Mar 10 | 25 | X | 75.0 mg. | 0 | 3 | |
| Mar 17 | 26 | X | 80.0 mg. | 1 | 3 | |
| Mar 24 | 27 | X | 85.0 mg. | 2 | 3 | |
| Mar 31 | 28 | X | 90.0 mg. | 3 | 3 | |
| Apr 7 | 29 | X | 95.0 mg. | 4 | 3 | |
| 14 | 30 | X | 100.0 mg. | 0 | 4 | |
| 21 | 31 | X | 105.0 mg. | 1 | 4 | |
| 28 | 32 | X | 110.0 mg. | 2 | 4 | |
| May 5 | 33 | X | 115.0 mg. | 3 | 4 | |
| 12 | 34 | X | 120.0 mg. | 4 | 4 | |
| 19 | 35 | X | 125.0 mg. | 0 | 5 | |
| 26 | 36 | | 130.0 mg. | 1 | 5 | |
| June 2 | 37 | | 135.0 mg. | 2 | 5 | |
| 9 | 38 | | 140.0 mg. | 3 | 5 | |