# Appendix 5

# STATEMENT OF
# RICHARD J. FALK, M.D.

1. I have been engaged in the field of medicine, specifically obstetrics, gynecology and reproductive endocrinology and pathology for the past forty years. I have been engaged in the evaluation, investigation and research of hormones and pharmaceuticals. I have reviewed much of the world's literature as to the safety and efficacy of DES (Diethylstilbestrol) when used in pregnancy. I have been engaged in research in the field of hormones, specifically reproductive hormones, engaged in conferences regarding reproductive medicine, I conducted clinical trials for pharmaceutical manufacturers, and served as an advisor to the Food and Drug Administration in reproductive endocrinology. I have served as a consultant to the National Institute of Health and held academic positions in the field of obstetrics, gynecology and reproductive endocrinology. My Curriculum Vitae is attached hereto.

2. If called to the trial of this case, I will testify that:

    a. In 1953, a study (Dieckmann) was published, which was the culmination of a long line of prior literature questioning the efficacy of DES and pregnancy. Subsequent to this study, there was no rational support for the use of DES in pregnancy. In addition, the medical literature raised significant questions as to the risks dangers to the future pregnancy function of the developing female, exposed in utero to DES. This literature could have and should have alerted a reasonably prudent pharmaceutical seller to the need for further human and animal testing, and investigation of DES in pregnancy, and the danger of promoting the drug for use to pregnant women without undertaking further generational testing. Had appropriate animal and human testing and investigation of this issue been conducted the dangers of prenatal exposure to DES daughters and their pregnancy function impairment would have become apparent and the drug would have and should have been recalled for use in pregnancy.

Thereafter, any manufacturer who promoted the use of DES to prevent the accidents of pregnancy failed to adequately warn the medical profession and the Food and Drug

1

Administration that the risks of DES to the exposed female outweighed the benefit and that such information was a misrepresentation of the state-of-the-art and that the product, without proper labeling, was dangerous and defective.

3. The defendant's failure to conduct these tests was below the accepted standards of prudent and careful pharmaceutical practice. Had the drug companies conducted prerequisite investigation, they would have discovered that DES was a teratogen and that it affected the reproductive potential of the exposed daughter and posed a foreseeable risk of a miscarriage, infertility, ectopic pregnancy and preterm delivery.

4. It is my opinion, based upon my education, training and research experience, that DES exposure in utero is an obstacle to normal fertility, increases abnormal progesterone receptors, and causes small and dysplastic uteri in the exposed daughter.

5. The basis for my opinion as to the practices, procedures, responsibilities, and obligations of pharmaceutical manufacturers comes from my experience as a physician and consultant to the National Institute of Health, pharmaceutical manufacturers, as well as my education, training, and experience as an obstetrician, gynecologist and reproductive endocrinologist, as well as symposia, teaching, and professional activities.

6. The following principles were well known in the scientific community before 1953:

   a. Animal models in proper strains existed which showed transplacental DES risks to the exposed female fetus reproductive tract suggestive of pregnancy dysfunction;

   b. Hormones, estrogen, DES, and Other agents were reported to have transplacental transport ability in animals and humans creating offspring toxicity;

   c. Synthetic estrogen (DES) was reported to cause malformation, metaplasia and dysplasia in relevant animal species.

2

    d.    Some drug companies were conducting offspring studies on drugs prior to marketing;

    e.    Synthetic estrogen (DES) was known to affect specific reproductive target organs (i.e. uterus and cervix) in the daughter of the recipient;

    f.    Prenatal exposure to estrogen caused intersexuality in relevant test animals -- feminization of males, masculinization of females, and other malformations of the reproductive tract (DES is an estrogen); and

    g.    Synthetic estrogen (DES) in the dosage regimens recommended to humans during pregnancy were hundreds of times the previous recommended therapeutic levels recommended for use to affect reproductive organs in the recipient.

7.    I have reviewed the relevant sections of the defendant's literature which omits any meaningful reference to the 1939 Raynaud study (intersexuality in mice), and the 1939 Greene, Burrill and Ivy Study (feminization, gonadal, vaginal and sexual tract retardation and changes in offspring exposed in utero to DES), the 1940 Zuckerman synopsis of estrogen's teratological effects on the reproductive tract, or the 1949 Burrows study (newborn females exposed in utero to estrin born with cornification of the vagina and distended uterine horns). These omissions were substantial and the inclusion of these risks would have warned the government and the medical profession of these risks and most likely would have decreased or prevented the use of this drug by pregnant women. As time elapsed after 1953, more and more reports of the then risks and dangers of synthetic estrogens appeared culminating in the 1962 thalidomide disaster, after which it was gross and wanton negligence to recommend DES to pregnant women.

8.    The Eli Lilly and Company, as a major manufacturer, promoter and distributor of DES, compared to the other drug companies, failed to conduct adequate follow-up studies, in animals or humans, to determine the long-term delayed effects of DES on the sexual tract of the

3

exposed fetus. These failures of Lilly and others to conduct adequate long-term generational animal testing designed to investigate or reproduce the transplacental effects from DES was a departure from prudent standards of pharmaceutical, industry standards as they existed at that time in America.

9. The drug houses selling DES should have tested it to study, determine, evaluate, demonstrate, or reproduce toxicity of the teratological nature, whether immediate or delayed, to the female offspring, whether human or animal, exposed to DES in pregnancy. Adequate investigation of the questions raised by the literature would have revealed the risks to the pregnant daughter previously exposed in utero and to her subsequent offspring due to premature delivery.

10. With evidence linking the action of DES to reproductive tract changes in the offspring of DES in exposed animals, and in the presence of literature relating reproductive organ anomalies in offspring exposed to DES, a reasonably prudent manufacturer should have undertaken studies indicated by the Van Winkle rules (JAMA, 1944) designed to fully evaluate the potential toxicity of DES, including:

    a.    Complete literature reviews of all data relating to DES and the development of reproductive organ anomalies in offspring exposed to DES;

    b.    Complete literature review of other hormone related reproductive organ anomalies in offspring exposed to those agents; and

    c.    Complete and thorough clinical, laboratory, tissue and autopsy review of each case of offspring reproductive organ anomalies associated with DES and other hormone exposure in utero.

11. DES as labeled and with its then warnings, was an unreasonably, dangerous and defective product in the mid-1950's.

4

I state under penalty of perjury that the above statement is true and correct. Executed this 27 day of August, 2004.

DATED: 8/27/2004

*Richard J. Falk, M.D.*
Richard J. Falk, M.D.

5

rev. 7/20/06

# CURRICULUM VITAE - RICHARD J. FALK

DATE AND PLACE OF BIRTH:            10/27/40, NEW YORK

**EDUCATION:**

| | |
|---|---|
| Undergraduate | University of Vermont, B.A., (Special Honors, Zoology), 1961 |
| Graduate | University of Vermont, 1963-64 M.S. (Pathology), 1966 |
| Medical | University of Vermont, M.D. *cum laude*, 1966 |
| Internship (straight medical) | Bronx Municipal Hospital Center, (1966-67) (Chief, I. London, MD) |
| Residency | OB/GYN, The Mount Sinai Hospital, NYC, (1967-68) (Chief, SB Gusberg, MD) |
| Research Associate | REPRODUCTIVE ENDOCRINOLOGY, National Institutes of Health, Bethesda, Maryland (NICHHD and NCI) (1968-70) (Chiefs, Drs Roy Hertz and M Lipsett) |
| Residency | PATHOLOGY, (2nd year), Georgetown University Hospital, (1970-71) (Chief, A Golden, MD) |
| Residency | OB/GYN, George Washington University Hospital, (1971-73) (Chief, J Sites, MD) |

**HONORS:**

Sigma Xi, 1961

Alpha Omega Alpha medical honor society, 1965 (Junior Year)

Bausch & Lomb, Sheard-Sanford Award, 1966

Carbee Obstetrics Award, University of Vermont, 1966

1

rev. 7/20/06

Research Club Award, University of Vermont, 1966

The American College of Obstetricians and Gynecologists - Purdue Frederick Award for excellence in Medical Research. 1987.

Clinical Attending of the year, Department of Ob/Gyn, Georgetown University 1988-1989

**MEDICAL LICENSES:**

New York, 1967
Maryland, 1970
District of Columbia, 1972

**BOARDS AND CERTIFICATES:**

Diplomate, National Board of Medical Examiners, 1967

Certified Laboratory Director, State of Maryland, 1974

Diplomate, American Board of Obstetrics and Gynecology, 1975

Certified, Reproductive Endocrinology and Infertility,
  American Board of Obstetrics and Gynecology, 1979

**SOCIETIES:**

American Medical Association

American College of Obstetricians and Gynecologists

Endocrine Society

American Society for Reproductive Medicine (formerly the American Fertility Society)

Society of Reproductive Endocrinologists (Charter Member)

Society of Reproductive Surgeons (Charter Member)

Medical Society of the District of Columbia

2

rev. 7/20/06

## PROFESSIONAL POSITIONS HELD:

| | |
|---|---|
| 1973-74 | Assistant Clinical Professor, George Washington University Department of Ob/Gyn. |
| 1974-78 | Assistant Professor, George Washington University Department of Ob/Gyn, and head, Division of Reproductive Endocrinology and infertility. |
| 1973-86. | Head, Reproduction Research Unit, Columbia Hospital for Women |
| 1978-85. | Associate Professor, Georgetown University School of Medicine, Department of Obstetrics and Gynecology |
| 1985-87. | Associate Professor AT Columbia Hospital for Women, Georgetown U. Department of Ob/Gyn |
| 1985-88. | Consultant, National Institutes of Health, Bethesda, Md. |
| 1978-87. | Chief, Division of Reproductive Endocrinology and Infertility, Georgetown U. Department of Ob/Gyn |
| 1987-89. | Clinical Associate Professor, Georgetown U. Department of Obstetrics and Gynecology. |
| 1989-present. | Clinical Professor, Georgetown U. Department of Obstetrics and Gynecology. |
| 2002 - present | Clinical Professor, The George Washington U. Department of Obstetrics and Gynecology. |

3

rev. 7/20/06

**COMMITTEE APPOINTMENTS:**

    Columbia Hospital for Women Medical Center:

        Planning Committee, 1985-1994
            Chairman: 1989 - 1994

        Ambulatory Care Committee, 1980-1990
            Vice Chair, 1988-1990

        Education Committee, vice chair, 1989 -

        Research Evaluation Committee, Vice Chair, 1988 - 1994

        Institutional Review Board, 1989 -

        Ethics Committee 1988 -

        Perinatal Morbidity Committee, 1993-1996

        Joint Affiliation Committee, 1993-1994

        Search Committee for Chairman, Dep't of Ob/Gyn, George Washington
            University 1994

    Georgetown University

        Committee on the Faculty 1983-1987

        Research Committee, Department of Ob/Gyn 1984-1987


    American Society of Reproductive Medicine (formerly American Fertility
        Society)

        Patient Education Committee 2000-

        Chair, Public Affairs Committee, 2001 – 2004

        Government/PR Committee, 2000-03

        Chair, post graduate program, ASRM annual meeting 2000, San Diego, CA

4

rev. 7/20/06

Co-chair, post graduate program, ASRM annual meeting 1999, Toronto

Coordinating chair, postgraduate program, ASRM annual meeting 1998, San Francisco, CA

Practice Committee, 1991- 1997 (Chair), 1994-7

Ad Hoc Subcommittee to develop ART Guidelines, 1994

American College of Obstetricians and Gynecologists

Representative to the coordinating committee, The National Cholesterol Education Program, National Heart, Lung and Blood Institute, National Institutes of Health, Bethesda, MD. 1994 -6

National Women's Health Resource Center, Washington, DC

Planning committee, 1990-1994

US Department of Health and Human Services, Food and Drug Administration

Advisory Committee for Reproductive Health Drugs, 1997-2001

Consultant, Committee for Reproductive Health Drugs, 2001-

Consultant, Obstetrics and Gynecology Devices Panel, Medical Devices Advisory Committee, Center for Devices and Radiological Health, 2001 -

**EDITORIAL POSITIONS:**

Editorial Board, <u>Endocrinology and Metabolism</u>. 1995-1997

Editorial Board, <u>International Journal of Fertility</u>, 1987-1996

Associate Editor, <u>International Journal of Fertility</u>, 1988-1996

Ad Hoc Reviewer, <u>Fertility and Sterility</u>. 1992 -

Ad Hoc Reviewer, <u>Obstetrics and Gynecology</u>, 1995-

**OTHER:**

Board of Directors, Planned Parenthood of Maryland, Inc. 2001- 2003

Medical Advisory Committee, Planned Parenthood of Maryland 2001-2005

5

rev. 7/20/06

Board of Directors, U.S. International Foundation for Studies in Reproduction, Inc. 1990 - 1994

Board of Directors, "Resolve, Inc.", DC chapter, 1984-1987.

Physicians advisory committee, "Resolve, Inc.", (national)

Visiting Professor, University of Chile, Department of Obstetrics and Gynecology, Hospital Paula Jaraquemada, Santiago, Chile, 1985.

Visiting Professor, Jennet Society, St. Joseph's Hospital, Phoenix Arizona, 1985.
Program Chairman, Panamerican Conference on Fertility and Sterility, 1990, 1991, 1992.

6

rev. 7/20/06

## PUBLICATIONS

1. Glade RW, Falk RJ. 1965. Influence of localized heat on the dorsal lip of the blastopore in Rana pipiens. Amer Zool 5:250.

2. Falk RJ. 1966. The isolation of a mouse leukocytic pyrogen, demonstrating its effect on the circadian temperature cycle of conditioned mice. Lab Invest 15:1761-1767.

3. Glade RW, Burrill EM, Falk RJ. 1967. The influence of temperature gradient on bilateral symmetry in Rana pipiens. Growth 31:231-249.

4. Falk RJ, Bardin CW. 1970. Uptake of tritiated progesterone by the uterus of the ovariectomized guinea pig. Endocrinology 86:1059-1063.

5. Hodgen GD, Falk RJ. 1971. A radiotracer assay for carbonic anhydrase. Int J Appl Radiat Isotop 22:429-495.

6. Hodgen GD, Falk RJ. 1971. Estrogen and progesterone regulation of carbonic anhydrase isoenzymes in guinea pig and rabbit uterus. Endocrinology. 89:859-864.

7. Falk RJ, Hodgen GD. 1972. Carbonic anhydrase isoenzymes in normal human endometrium and erythrocytes. Am J Obstet Gynecol 112:1047-1051.

8. Corvol P, Falk RJ, Freifeld M, Bardin CW. 1972. In vitro studies of progesterone binding proteins in guinea pig uterus. Endocrinology 90:1464-1469.

9. Falk RJ. 1974. Premature Menopause: a report of two cases. Med Annal Dist Col. 43:493-495.

10. Falk RJ. 1974. Guest editorial. Med Annal Dist Col 43:5.

11. Falk RJ, Lackritz RM. 1977. Bilateral simultaneous tubal pregnancies after ovulation induction with clomiphene-menotropin combination. Fertil Steril. 28:32-34.

12. Falk RJ. 1977. Euestrogenic ovarian failure. Fertil Steril. 28:502-503.

13. Falk RJ, Elliott JJ, Gianfortoni J, Rifka SM. 1980. Tubo-ovarian transposition for multifocal obstructive tubal disease. Fertil Steril 33:564-566.

14. Falk RJ. 1980. Choosing your equipment for tubal reconstructive surgery. Contemp Ob/Gyn p. 83.

7

rev. 7/20/06

(Publications, cont'd.)

15. Falk RJ, Nemiro JS, Rifka SM. 1981. Congenital tubal isolation: a case report. Am J Obstet Gynecol. 140:837-839.

16. Falk RJ. 1984. Ovarian Malfunction. When is it exercise induced? Contemp Ob/Gyn. October, p 191-193.

17. Falk RJ. 1984. When and how to do a metroplasty. Contemp Ob/Gyn Special Issue. Mar.1984. 3:117-128.

18. Falk RJ, Seyler DE. 1984. Program for in vitro fertilization and embryo transfer at Columbia Hospital for Women, Washington DC. J IVF and ET. 1:335.

19. DiMattina M, Albertson BD, Seyler DE, Loriaux DL, Falk RJ. 1986. Effect of the antiprogestin RU486 on progesterone by cultured human granulosa cells: Inhibition of ovarian 3β—hydroxysteroid dehydrogenase. Contraception 34:199-206.

20. Falk RJ. 1986. Laparoscopic surgery for tubal pregnancy- how realistic an option? Contemp Ob/Gyn Special issue. June, 25-28.

21. Abbasi R, Kenigsberg D, Danforth D, Falk RJ, Hodgen GD. 1987. Cumulative ovulation rate in hMG/hCG treated monkeys: "step-up" versus "step-down" dose regimens. Fertil Steril 47:1019-1024.

22. DiMattina M, Loriaux DL, Tyson V, Albertson BD, Falk RJ. 1987. Effect of the antiprogestin RU486 on human ovarian steroidogenesis. Fertil Steril 48(2):229-233.

23. Tippet PD, Simon JA, Rifka SM, Falk RJ. 1989. Luteal phase hyperprolactinemia during ovulation induction with human menopausal gonadotropins: incidence, recurrence, and effect on pregnancy rates. Obstet Gynec. 73:613-616.

24. Falk RJ, Mullin BR. 1989. Exacerbation of adenomyosis symptomatology by estrogen-progestin therapy; A case report and histopathological observations. Int J Fertil. 34:386-389.

25. Keith L, Roland M, Edgren RA, Falk RJ, Kaufman S, Leventhal JM, Minkoff HL. 1989. Panel Discussion on AIDS. A Symposium held at the 1989 Pan American Conference on Fertility and Sterility, Acapulco, Mexico. Int J Fertil. 34, 298-303.

26. Falk RJ. 1991. Ethics and Reproductive Medicine. (Editorial) Int J Fertil. 36:75.

8

rev. 7/20/06

(Publications, cont'd)

27. Buyalos RP, Glassman LM, Rifka SM, Falk RJ, Macarthy PO, Tyson VJ, DiMattina M. 1991. Serum β-Human Chorionic Gonadotropin, Estradiol and progesterone as early predictors of pathologic pregnancy. J Reprod Med. 37:261-266.

28. Falk RJ. 1992. Isolated prolactin deficiency: a case report. Fertil Steril 58:1060-1062

29. Sacks PC, Falk RJ. 1993. Hematometra associated with estrogen replacement therapy. So Med J. 86:842-3.

30. Falk RJ. 1994. Methotrexate treatment of tubal pregnancy. Clinical commentary. Int J Fertil. 39:197-201.

31. Falk RJ, Anderson L.1994. Luteal phase hyperprolactinemia. Int. J Fertil. 39:272-7

32. Guzick DS, Sullivan MW, Adamson DG, Cedars MI, Falk RJ, Peterson EP, Steinkampf MP. 1998. Efficacy of treatment for unexplained infertility. Special Contribution. Fertil Steril. 70:207-213

9

rev. 7/20/06

# BOOK CHAPTERS

1. Falk RJ, Rifka SM. 1981. "The Pituitary" in the Merck Manual, 14th Edition. Merck, Sharp & Dohme; Lansdale, Pa. 987-997.

2. Falk RJ, Rifka SM. 1981. "Hypothalamic-pituitary relationships" in the Merck Manual, 14th Edition. Merck, Sharp & Dohme; Lansdale, Pa. 984-987.

3. Rifka SM, Falk RJ. 1981. "Uterine bleeding disorders" in the Merck Manual, 14th Edition. Merck, Sharp & Dohme; Lansdale, Pa. 1655-1670.

4. Rifka SM, Falk RJ. 1981. "Reproductive Endocrinology" in the Merck Manual, 14th Edition. Merck, Sharp & Dohme: Lansdale, Pa. 1952-1655.

5. Falk RJ, Rifka SM. 1988. "Hormonal treatment of endometriosis" in, Current Therapy in Endocrinology and Metabolism - 3. BC Decker Inc, CV Mosby Co. (CW Bardin, Ed.) 188-190.

6. Falk RJ, Hummel S. 1988. "Hormone producing ovarian tumors" in, Current Therapy in Endocrinology and Metabolism, 1988. BC Decker Inc, CV Mosby Co. (CW Bardin, Ed.) 191-194.

7. Falk RJ. 1988. "Laparoscopic surgery for tubal pregnancy" In, Gynecologic Surgery. Medical Economics Books (Luis E Sans, Ed.) p. 264-269.

8. Falk RJ. 1988. "Metroplasty" in, Gynecologic Surgery, Medical Economics Books, (Luis E Sans, Ed), p. 319-330.

9. Falk RJ, Rifka SM. 1990. "Hormonal treatment of endometriosis" in Current Therapy in Endocrinology and Metabolism - 4. BC Decker Inc, CV Mosby Co. (CW Bardin, Ed.)

10. Falk RJ, Sacks PC. 1997. "Hormonal treatment of endometriosis" in Current Therapy in Endocrinology and Metabolism- Sixth Edition. CV Mosby Co. (CW Bardin, Ed.)

11. Falk RJ, Sacks PC. 1997. "Endometriosis" in Current Therapy in Adult Medicine - Fourth Edition. Mosby. (Jerome P. Kassirer, Ed). p 143-145

## ABSTRACTS AND PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS

1. Falk RJ, Glade RW. 1962. Localization of the dorsal lip of the blastopore in R pipiens gastrulae. Presentation from podium. New England Conf on Developmental Biology. U. Conn, Storrs, Conn.

2. Falk RJ, Bardin CW. 1970. Selective uptake of progesterone by the guinea pig uterus. Presentation from podium and abstract, Fed Proc 29: abstract # 2599

10

rev. 7/20/06

(presentations, cont'd)

3. Sengstacke FS, Rifka SM, Falk RJ. 1983. Cyclic nucleotide modulation of progesterone synthesis in human placental explants. Abstract #1296, Endocrine Society, Annual meeting.

4. Gianfortoni JG, Rifka SM, Falk RJ. 1984. Transient hyperprolactinemia in induced cycles. Podium presentation, Annual meeting, American Fertility Society, and abstract, Fertil Steril 41:335.

5. Mikesell S, Rifka SM, Falk RJ. 1984. The utilization of assessment of marital satisfaction and interpersonal perceptions with in vitro fertilization couples to develop intervention strategies to reduce the psychological impact of the stress of infertility. Poster, American Fertility Society, annual meeting, and abstract, Fertil Steril 41:583.

6. Mikesell S, Falk RJ. 1985. Low marital distress reported by in vitro patients. Poster, annual meeting, American Fertility Society.

7. Falk RJ. Understanding hormone receptors: a primer for the clinician. 1986. Pan American Conference on Fertility and Sterility, Acapulco, Mexico. Keynote address.

8. Abbasi R, Kreitmann B, Rifka S, Falk RJ. 1986. Total endometrial estradiol and progesterone receptor in patients with luteal phase defect. Poster, ACOG annual meeting, New Orleans, La.

9. Abbasi R, DiMattina M, Falk RJ, Shangold M, Rifka SM. 1987. Dexamethosone does not inhibit the estradiol induced LH surge. Poster, ACOG annual meeting, Las Vegas, Nev.

10. DiMattina M, Abbasi R, Loewith M, Ahmed S, Rifka SM, Falk RJ. 1987. Analysis of values of multiple serum progesterone and prolactin measurements in infertility patients with luteal deficiency. Podium presentation, ACOG annual meeting, Las Vegas, Nev.

11. Falk RJ. 1988. Ovulation induction and ovarian hyperstimulation. Pan American Conference on Fertility and Sterility, Hawaii. Keynote address.

12. Falk RJ. 1988. Cervical bypass with intraperitoneal insemination, a preliminary report. Podium presentation, Pan American Conference on Fertility and Sterility, Hawaii.

13. Tippet PD, Simon JA, Rifka S, Falk RJ. 1988. Luteal phase hyperprolactinemia during ovulation induction with human menopausal gonadotropins. Podium presentation, ACOG annual meeting, Boston, Mass.

11

rev. 7/20/06

(presentations, cont'd)

14. Buyalos R. DiMattina M, Glassman L, Jaffurs W, Rifka S, Falk R. Hormonal and Sonographic Markers (SM) as Early Predictors of Pathological Pregnancies (PP). Poster presentation, American Fertility Society, 44th annual meeting, 1988.

15. Falk RJ. 1990. The value of BhCG determination prior to endometrial biopsy. 1990 Panamerican Conference on Fertility and Sterility, Dominican Republic. Podium presentation.

16. Falk RJ. 1990. Exacerbation of symptoms of adenomyosis with estrogen-progestin combination. 1990 Panamerican Conference on Fertility and Sterility. Dominican Republic. Podium presentation.

17. Marascalco BA, Flanders KC, Simon JA, Falk RJ, Roberts AB, Sporn MB. 1990. Immunodetection of Transforming Growth Factor Beta in the Rat Uterus in Response to Steroids. Poster presentation. Society for Gynecologic Investigation, Annual Meeting.

18. Falk, RJ. The Role of Government: Evaluating Federal Infertility Policy Options" 1990. Presentation at "Reproductive Technologies: Confronting Infertility Policy issues", Washington, DC, April 17, 1990.

19. Falk, RJ. 1991. Ethics in Reproductive Technologies. 1991 Panamerican Conference on Fertility and Sterility. Antigua, West Indies, Keynote Address.

20. Falk, RJ. 1991. The value of endometrial biopsy in the evaluation of the infertile woman. Panamerican Conference on Fertility and Sterility, Antigua, West Indies, Podium presentation.

21. Falk, RJ, Rifka SM, Sacks P. 1991. Treatment of proximal tubal obstruction by hysteroscopically directed hydrotubation. Panamerican Conference on Fertility and Sterility, Antigua. Videotape presentation.

22. Falk, RJ. Is There Intelligent Life Outside of Academia? Fellows Conference, American Fertility Society and Society of Reproductive Endocrinologists, Tucson, Arizona, January 17,18, 1992.

23. Falk, RJ. Endometriosis Update. 1993. Panamerican Conference on Fertility and Sterility, Puerta Vallarta, Mexico, 1993.

24. Falk, RJ. Surgical Treatment of Uterine Fibroids. Uterine Fibroid Embolization Conference. Society of CV and Interventional Radiology 1999.

(presentations, cont'd)

25. Falk, RJ. Inseminação Intra-Uterina, Fertilização in Vitro, ICSI, GIFT, ZIFT. Jornada Internacional de Reprodução Assistida, São Paulo, Brazil, 2001. (Presented in English)

12

rev. 7/20/06

26. Falk, RJ. Cirurgia para Aumentar Eficiência Reprodutiva. Jornada Internacional de Reprodução Assistida, São Paulo, Brazil, 2001. (Presented in English)

27. Falk, RJ. Como Selecionar o Melhor Centro para Tratamento do Casal Infértil. Jornada Internacional de Reprodução Assistida, São Paulo, Brazil, 2001. (Presented in English)

13