# Appendix 7

# 1969 · PDR

Published by MEDICAL ECONOMICS, INC.

TWENTY-THIRD EDITION

# PHYSICIANS' DESK REFERENCE

to

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

**Fungus Antigens**
MMP Mold Allergens (Hollister-Stier)

**Glucosuria Test**
Tes-Tape (Lilly)

**Histoplasmin**
Histoplasmin (Parke, Davis)
Histoplasmin, Tine Test (Lederle)

**Hypopituitarism**
Metopirone (Ciba)

**Kidney Function**
Phenolsulfonphthalein Injection (Hynson, Westcott & Dunning)

**Liver Function**
Bromsulphalein (Hynson, Westcott & Dunning)
Cardio-Green (Hynson, Westcott & Dunning)
Synkayvite Preparations (Roche)

**Myasthenia Gravis**
Mestinon Syrup (Roche)
Mestinon Tablets (Roche)
Mestinon Timespan (Roche)
Prostigmin Methylsulfate Injectable (Roche)
Tensilon (Roche)

**Pregnancy Test**
Deluteval 2X (Squibb)
Gestest Tablets (Squibb)
Pro-Duosterone (Roussel)
Prostigmin Methylsulfate Injectable (Roche)
Provera (Upjohn)

**Premature Rupture of Fetal Membranes**
Vernitest (Fuller)

**Progesterone Production**
Delalutin (Squibb)
Deluteval 2X (Squibb)
Vernitest (Fuller)

**Schick Test**
Diphtheria Toxin for Schick Test (Wyeth)
Schick Test (Wyeth)

**Stool Specimens**
Fleet Enema (Fleet)
Phospho-Soda (Fleet)

**Sugar Test, Urine**
Tes-Tape (Lilly)

**Thyroid Function**
Thytropar (Armour)
Triosorb-131 (Abbott)

**Thyrotropic Hormone**
Thytropar (Armour)

**Tuberculosis**
Sterneedle (Panray)
Tuberculin, Mono-Vacc Test (Lincoln)
Tuberculin, Purified Protein Derivative (Parke, Davis)
Tuberculin, Tine Test (Rosenthal) (Lederle)

**Unsaturated Iron-Binding Capacity**
Irosorb-59 (Abbott)

**Vaginitis**
Nickerson's Medium (Ortho)
Vaginostic (Schmid)

---

**Diastase**
Arco-Lase (Arco)

**Diatrizoate Preparations**
Hypaque-M 75% (Winthrop)
Hypaque-M 90% (Winthrop)

**Diazepam**
Valium Injectable (Roche)
Valium Tablets (Roche)

**Dibucaine**
Nupercainal (Ciba)

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba)
Nupercaine hydrochloride (Ciba)
Nupercaine hydrochloride 1:1500 (Ciba)
Nuporals (Ciba)

**Dichloralphenazone**
Midrin (Carnrick)

**Dicyclomine Hydrochloride**
Bendectin (Merrell)
Bentyl Hydrochloride Capsules, Tablets & Syrup (Merrell)
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell)
Kolantyl (Merrell)

**Dienestrol**
AVC Cream w/Dienestrol (National Drug)
AVC Suppositories w/Dienestrol (National Drug)
Dienestrol Cream (Ortho)
Estan (White)
Synestrol Tablets (White)

**Dietary Supplements**
*see under Amino Acid Preps, Calcium & Calcium-Phosphorus Preps, Fat Emulsions, Foods (Dietetic), Hematinics, Vegetable Oil (Preps.) & Vitamin Preps.*

**Diethylpropion**
Tenuate (Merrell)
Tenuate Dospan (Merrell)
Tepanil (National Drug)
Tepanil Ten-Tab (National Drug)

**Diethylstilbestrol**
Acnestrol Lotion (Dermik)
Dicorvin Tablets (Amfre-Grant)
Diethylstilbestrol (Lilly)
Furacin-E Urethral Inserts (Eaton)
Gynben Vaginal Inserts & Cream (Bentex)
Quinette (Arnar-Stone)
Stilpnostrol (Dome)

**Diets (Liquid)**
LO/SO Liquid (Dairy House)
Sustagen (Mead Johnson)

**Digallolyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal)
SunSwept Cream (Texas Pharmacal)

**Digestants**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Butibel-Zyme (McNeil)
Carica-Bile Tablets (Rexall)
Combicholc (Trout)
Convertin Tablets (Ascher)
Convertin-H Tablets (Ascher)
Converzyme (Ascher)
Cotazym (Organon)
Dactilase (Lakeside)
Digestant (Canright)
Digolase (Boyle)
Donnazyme (Robins)
Entozyme (Robins)
Enzypan (Norginc)
Festal (Hoechst)
Festalan (Hoechst)
Gastroenterase (Wampole)
Kanulase (Dorsey)
Kanumodic (Dorsey)
Ketrase (Kremers-Urban)
Ku-Zyme (Kremers-Urban)
Lipan (Spirt)
Mallenzyme (Mallard)
Pentazyme (Ulmer)
Phazyme (Reed & Carnrick)
Phazyme w/Phenobarbital (Reed & Carnrick)
Pro-Gestive (Nutrition Control)

**Digitalis Glycoside Preparations**
Acylanid (Sandoz)
Cedilanid (Sandoz)
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitaline Nativelle (Fougera)
Digoxin Tablets (Rexall)
Gitaligin Tablets (Schering)
Lanoxin (B.W. & Co.)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digitalis Preparations**
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitora (Upjohn)
Digoxin Tablets (Rexall)
Myodigin (Davies Rose Hoyt)
Pil-Digis (Davies Rose Hoyt)

**Digitoxin**
Crystodigin (Lilly)
Digitaline Nativelle (Fougera)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digoxin**
Davoxin (Davies Rose Hoyt)
Digoxin Tablets (Rexall)
Lanoxin (B.W. & Co.)
Ulti-ject Disposable Syringe (Century)

**Dihydrocodeine Bitartrate**
Drocogesic No. 3 (Century)
Synalgos Preparations (Ives)

**Dihydrocodeinone Bitartrate**
*(see under Hydrocodone Bitartrate)*

**Dihydroergotamine**
D.H.E. 45 (Sandoz)

**Dihydromorphinone Hydrochloride**
*(see also under Hydromorphone Hydrochloride)*
Dilaudid Cough Syrup (Knoll)
Dilocol (Table Rock)
Ulti-ject Disposable Syringe (Century)

**Dihydrostreptomycin Sulfate**
Kectil Suspension (Bristol)
Polymagma Suspension (Wyeth)
Polymagma Tablets (Wyeth)

**Dihydrotachysterol**
Hytakerol (Winthrop)

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield)
Alzinox (Smith, Miller & Patch)
Alzinox Compound (Smith, Miller & Patch)
Donnalate (Robins)
Robalate (Robins)

**Dihydroxyanthraquinone**
Doxan (Hoechst)
Doxidan (Hoechst)
Doxinate w/Danthron (Hoechst)

**Dihydroxyanthraquinone (1,8)**
*(See under Danthron)*

**Dihydroxypropyltheophylline**
Emfaseem Improved (Saron)