# Appendix 8

Case 1:06-cv-01252-RMU    Document 20-10    Filed 08/30/2007    Page 1 of 3

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - - -X
 4   HEATHER ANN MOORE,              :
 5              Plaintiff,           :  Civil Action No.:
 6   vs.                             :  1:06-CV-01252
 7   ELI LILLY AND COMPANY,          :
 8              Defendant.           :
 9   - - - - - - - - - - - - - - - -X
10
11              Deposition of JOYCE GLYNN
12                   Washington, D.C.
13              Monday, January 22, 2007
14                      1:06 p.m.
15
16
17
18
19   Job No.:   1-94245
20   Pages:     1 - 95
21   Reported by:   Dana C. Ryan, RPR
22
```

COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

40

Q    And when Dr. Anderson prescribed -- he indicated stilbestrol for you, what did he call it?

A    He just told me he was going to give me some pills that would help me keep my pregnancy going.

Q    Did he tell you the name of the pills at all?

A    Not that I remember.

Q    Did he tell you what he referenced or what he was looking at with respect to why he was prescribing those pills for you?

A    I -- I -- he didn't, but I assumed that it was because of the high risk that he wanted me to keep this baby and not lose it.

Q    Okay. What pharmacy did you fill your prescription at during this pregnancy with Heather?

A    At the Brattle Pharmacy on Mass Avenue in Arlington.

Q    Did -- strike that.

     Where were you living at that time?

A    In Nashua, New Hampshire.

Q    During that pregnancy did you see anyone else?