# Appendix 9

```
                                                                    Page 1
 1                UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2                       CIVIL DIVISION

 3   HEATHER ANN MOORE,

 4           Plaintiff,

 5      VS                          CIVIL ACTION NUMBER:
                                    1:06-CV-01252
 6   ELI LILLY AND COMPANY,

 7           Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 8
                          DEPOSITION OF
 9
                        PHILLIP CAVARETTA
10
                       September 14, 2006
11                         10:14am

12                 Residence of the Cavaretta's
                       16 Doran Farm Lane
13                   Lexington, Massachusetts

14   Amanda Stevens, Notary Public and Professional Shorthand Reporter
           within and for the Commonwealth of Massachusetts
15

16

17

18

19

20

21

22

23

24
```

Page 3

1              DEPOSITION OF PHILLIP CAVARETTA

2                  SEPTEMBER 14, 2006

3                     PROCEEDINGS:

4         PHILLIP CAVARETTA, the

5   deponent, having been satisfactorily

6   identified and duly sworn by the Notary

7   Public, was examined and testified as

8   follows:

9         EXAMINATION

10        BY-MR.LEVINE:

11   Q.   Please identify yourself for the

12   record.

13   A.   Okay.  I'm Phillip Cavaretta.  I

14   live at 18 Loril Lane in Ogunquit, Maine.

15   Q.   Are you a practicing pharmacist?

16   A.   I am a retired pharmacist.

17   Q.   What years were you practicing

18   pharmacy?

19   A.   From 1972 to 1998.

20   Q.   In 1976 to 1972, were you a

21   pharmacy intern at Brattle Pharmacy?

22   A.   Did you say 1976?

23   Q.   I'm sorry.  From 1967 to 1972, for

24   five years before you graduated, were you

Page 31

1   change it to, that was done. But not
2   during that period. During that period
3   you pretty much stuck to what they had
4   prescribed.
5       Q.   Earlier you testified that your
6   store carried Lilly's DES from the '69 to
7   '70 time period that we're talking about.
8   Is there a chance that your store ever
9   carried DES manufactured by another
10  manufacturer?
11      A.   No, nope. We would not have
12  duplicated that for a number of reasons.
13  If there were different manufacturers, and
14  I think that there were, the tablets
15  oftentimes were different. It was very
16  confusing to patients when you dispensed
17  the prescription and then the next time
18  when they came in to refill it, they would
19  get a different looking tablet or a tablet
20  with different markings on it. And it
21  created confusion, particularly with the
22  elderly, but with all of our clientele.
23  And it was important that they had trust
24  in us and felt that we were dispensing the

1    right medication.
2       Q.   If a doctor had written a
3    prescription for another manufacture's DES,
4    like Squibb's or whoever, would you have
5    had to fill it with that manufacturer's
6    DES at that time?
7       A.   That never happened.
8    Diethylstilbestrol was pretty much a
9    generic name.  It -- but, you know,
10   everybody that I knew, and I knew lots of
11   pharmacies, all used Lilly's.  Lilly was
12   the product.
13      Q.   But if a doctor had specified that
14   it would have had to be another
15   manufacturer's DES would you have used
16   that?
17      A.   We would have if a doctor had, you
18   know, asked for another manufacturer and
19   specified what manufacturer then we would
20   have ordered it.  But that never occurred
21   with that drug.  There were occasions when
22   that would occur, but not with
23   diethylstilbestrol.  Lilly was the product.
24   If a doctor preferred anything, it was