Appendix 11

# DIETHYLSTILBESTROL

A Crystalline Synthetic Estrogen



**A** INDICATIONS . . . . . . . . . . 5

**B** CHEMISTRY . . . . . . . . . . 5

**C** PHARMACOLOGY . . . . . . . . 6

**D** THE MENSTRUAL CYCLE . . . . . 9

**E** CLINICAL REPORTS . . . . . . . 11
The Menopause—Senile Vaginitis—
Painful Engorgement of Breasts—
Functional Uterine Bleeding—Car-
cinoma of the Prostate—Carcinoma
of the Breast—Accidents of Preg-
nancy—Osteoporosis—Spontaneous
Hemorrhage

**F** CONTRAINDICATIONS AND
SIDE-EFFECTS . . . . . . . . 24

**G** TOXICITY . . . . . . . . . . . 28

**H** ADMINISTRATION AND DOSAGE . 29

**I** HOW SUPPLIED . . . . . . . . 37

Revised April 1, 1951

# THE LILLY CODE
### since 1876

To provide the profession with medicinal products of highest quality.

To contribute to the progress of medicine through research.

To issue product information through professional channels only.

# Diethylstilbestrol

## A Crystalline Synthetic Estrogen

### Indications &#9398;

Diethylstilbestrol is indicated whenever an estrogenic effect is desired. It has proved useful as replacement therapy in states of estrogen deficiency, and it is also employed for specific effects in the absence of deficiency. Diethylstilbestrol has been found of value in the following conditions:

Menopausal symptoms
Senile vaginitis
Painful engorgement of breasts postpartum
Functional uterine bleeding
Carcinoma of the prostate gland in men
Carcinoma of the breast
Osteoporosis

### Chemistry &#9399;

Diethylstilbestrol was discovered by Dodds and co-workers[1] while they were studying the estrogenic properties of certain compounds not related to the natural estrogens. It is a white crystalline substance which is virtually insoluble in water or acids but



5

which dissolves readily in alkalies and in alcohol and most organic solvents. Its structural formula, along with that of estrone for comparison, may be shown as illustrated. Chemically, diethylstilbestrol is $a,a'$-diethyl-4,4'-stilbenediol. The double bond between the two central carbon atoms makes possible the existence of two geometric stereoisomers. Both cis- and trans- forms are known and are easily separable. It is the trans- form, in which the ethyl groups lie on opposite sides of the double-bonded carbon atoms, which is used clinically because of its greater estrogenic potency.

### Pharmacology

The estrogens have many pharmacologic effects, and the full range is perhaps not yet known. Their principal role seems to be that of growth hormones for specialized tissues having to do with sex and reproduction. The following effects represent those which at present appear to have the greatest physiological and therapeutic importance: development of the adult type of uterus; increased contractility of the myometrium; development of the proliferative phase in the endometrium; growth and cornification of the vaginal epithelium; duct hypertrophy and deposit of fat and connective tissue in the breasts; development of the female secondary sexual characteristics; with relatively small doses possibly stimulation of the anterior lobe of the pituitary gland, and with larger doses inhibition, especially with regard to the secretion of gonadotropins; increased output of pregnanediol (the end product of progesterone metabolism) in pregnancy and correction of abnormal estrogen metabolism which

6

may occur during pregnancy; increased retention of sodium and water and increased excretion of calcium and nitrogen; increased callus formation at the site of fractures; dilatation of the small blood vessels of the skin; retardation of erythrocyte formation; increased basal metabolism.

Diethylstilbestrol is apparently capable of producing all the physiological effects of the natural estrogens. Dodds, Lawson, and Noble[3] found its action similar to that of estrone on the uterus of ovariectomized rats; on the mating reaction, vaginal mucosa, and uterus of immature rats; on the uterus of immature rabbits; and on the feathers of capons. The endometrium of the immature rabbit,[2] of the ovariectomized guinea pig,[1] and of the monkey[4] has been sensitized to progesterone by this substance. Large doses inhibit the activity of the anterior pituitary with regard not only to gonadotropin production [3,4] but also to growth stimulation.[6-9]

Certain pharmacologic differences have been found, however, between diethylstilbestrol and the natural estrogens. Reynolds and Foster[10] observed that whereas the latter cause an increase in the acetylcholine content of the uterus, diethylstilbestrol is without this effect, even in large doses. De-Wit and Bretschneider[11] reported that diethylstilbestrol does not give the oviposltor test in female bitterlings, even when present in the water in lethal concentrations.

Like the natural estrogens, diethylstilbestrol is metabolized in the liver, but less rapidly.[12-14] A larger portion is excreted in the urine.[15] Two studies on human excretion of diethylstilbestrol have been published. Mazer and co-workers[16] gave the

7

drug in a single dose by injection to eight castrated women. The first day following the administration of 2 mg., the estrogenic activity of the urine varied between 67 and 900 "rat units" and the excretion diminished rapidly thereafter, reaching minimal quantities on the third to fifth day or later. Von Haam et al.[17] injected larger quantities (12 to 15 mg.) into three patients and found that excretion began at once but with these doses did not reach its maximum until the third to fifth day, after which excretion fell off rapidly.

In toxicological studies, diethylstilbestrol resembles the natural estrogens. Using amounts approximately twenty-five times as large per unit of body weight as the maximum therapeutic dose usually employed in treating patients, MacBryde and co-workers[18,19] found that, in dogs, estrone, estradiol benzoate, and diethylstilbestrol produced toxic changes in liver, bone marrow, and peripheral blood. The hepatic lesions produced by estrogenically equivalent doses of the three estrogens were indistinguishable in type or degree and consisted in fatty degeneration and hydropic degeneration. In the bone marrow and peripheral blood, estradiol produced more rapid and more profound alterations than did diethylstilbestrol when given in estrogenically equivalent doses. The changes were reflected in the peripheral blood successively by leukocytosis, thrombocytopenia, anemia, and, in some cases, leukopenia. It is of interest that in mice, even lethal doses of diethylstilbestrol produced no evidence of hepatic damage.[9]

Russell, Page, et al.[20,21] studied the effects of graduated doses of diethylstilbestrol in rats. At a level of five times the average human therapeutic dose, no pathological changes were observed. At levels of twenty-six times and 107 times the average human dose, there was an increasing incidence of cloudy swelling of the kidneys and microscopic evidence of liver damage. Not until the dose was raised to approximately 535 times the human dose were gross pathological lesions encountered. These consisted in adrenal hemorrhage in three of eleven animals and enlarged liver in one. Microscopic evidence was found of damage to liver, kidneys, adrenals, stomach, endometrium, and bone marrow. Of a group of animals implanted with diethylstilbestrol pellets from which relatively enormous quantities of the drug were absorbed, about one-third showed toxic changes.

Different workers[22-24] have also reported that, in rats, diethylstilbestrol causes hyperglycemia and increased deposition of glycogen in the liver. Teague[25] has confirmed the latter finding, pointing out the importance of distinguishing it from fatty degeneration. Such effects have not as yet been observed in other species.

In the monkey, Engle and Crafts[26] observed no ill effects from large doses of diethylstilbestrol administered either as single injections or as pellets implanted subcutaneously.

In terms of the estrous dose, Geschickter[27] has reported diethylstilbestrol to be no more carcinogenic than the natural hormones in the rat, and Shimkin and Grady[28] have found it to be less so in the mouse.

## The Menstrual Cycle

The phenomena of the menstrual cycle are the

result of the co-ordinated activity of the anterior lobe of the pituitary body, the ovaries, possibly the adrenal cortex, and the uterus and other accessory genital structures.

The initial event of the cycle occurs in the anterior pituitary when there begins the liberation of the follicle-stimulating hormone into the blood following the conclusion of the previous cycle. Under the stimulus of this hormone new follicle growth takes place in the ovary, which releases increasing quantities of estrogens, the follicular hormones. These estrogens, in turn, stimulate release from the anterior pituitary of a second gonadotropic principle, the luteinizing hormone, which causes further growth and differentiation of the developing follicle, additional estrogen production, and, finally, rupture of the mature follicle, release of the egg, and formation of a corpus luteum in the wall of the collapsed follicle.

Shortly after ovulation takes place, a third gonadotropin called "luteotropin" is liberated from the anterior pituitary. It causes progesterone production in small amounts by the mature follicle just before ovulation and in much greater amounts by the corpus luteum after ovulation.

Estrogen production reaches a maximum about the time of ovulation and then diminishes somewhat. A second and lesser peak of estrogen production occurs about the middle of the second half of the cycle at the same time that progesterone production reaches its maximum.

Progesterone, the hormone of the corpus luteum, dominates the second half of the menstrual cycle just as estrogen dominates the first half. As the cycle

10

progresses, the estrogen and progesterone act on the anterior pituitary to check temporarily the output of gonadotropin, so that ovarian activity in turn lapses. Menstruation is the result of the consequent sudden withdrawal of progesterone or, in the absence of progesterone, of sudden withdrawal of estrogen. Current views on the causation and physiology of menstruation have been set forth by Bartelmez,[29] Hisaw,[30] and Reynolds.[31]

This course of events, however, is completely altered if conception takes place. Following implantation of the fertilized egg in the endometrium, the corpus luteum continues to secrete progesterone and estrogen for several months under the stimulus of a gonadotropic principle elaborated, not in the anterior pituitary of the mother, but in the chorionic tissues of the embryo itself. Later, estrogen and progesterone are formed in the placenta, but the amounts usually do not become significant until the third or fourth month of pregnancy.

## Clinical Reports

One of the first reports of clinical use of diethylstilbestrol was that of the British workers, Bishop, Boycott, and Zuckerman.[32] After observing its effect in a variety of cases, they concluded that the synthetic compound faithfully imitates the action of natural estrogens by producing estrogen-withdrawal bleeding, by stimulating growth of an intermenstrual type of endometrium, by relieving the symptoms of the menopause, by converting the menopausal vaginal smear into the estrous type, by restoring the atrophic vagina to normal appearance,

11

and by producing proliferation and activation of mammary gland epithelium. Winterton and Mac-Gregor[33] reported substantially similar observations.

*The Menopause*—Diethylstilbestrol given orally or by injection has proved extremely effective in relieving the symptoms of the menopause. Davis[34,35] has reported his experience in administering the drug to more than 600 patients, all of whom had been under observation for at least six months, most of them for twelve months, and some for as long as twenty-one months. Davis says: "The new synthetic drugs are ideal in the therapy of the menopause." Patients began to experience relief very soon after therapy was begun, and few of them failed to obtain complete relief from hot flushes and substantial relief from the other symptoms. They developed a sense of well-being and volunteered the observation that they had not felt so well in years. Davis stresses particularly the advantage of oral therapy, daily administration providing a relatively constant blood level of estrogen in contrast to the more fluctuating level following injections spaced several days apart.

MacBryde and co-workers[36,37] have reported their treatment of more than 200 women with diethylstilbestrol during a period of two and one-half years. They found that the relief was striking with regard to hot flushes, emotional instability, headache, and insomnia. General improvement in strength and energy occurred in eighty-four of ninety-seven patients citing lassitude as a chief complaint. Of the 150 patients who received diethylstilbestrol over a period of at least three

**12**

months, only four had poor results. They concluded that symptomatic relief was in every way as good as that obtained with comparable doses of estrogens obtained from natural sources.

Publications covering series of more than 100 cases include those of Beard and Rossman,[38] Compton and Bieren,[39] Finkler,[40] Fuerstner,[41,42] Gray and Gordinier,[43] Harding,[44] Hepp,[45] Hollenbeck and Reel,[46] Kretzschmar and Barnes,[47] Kurzrok, Birnberg, and Weber,[48] Mason,[49] Mazer, Israel, and Ravetz,[16] Pratt,[50] von Haam *et al.*,[17] and Wilson.[51]

These reports contain observations generally similar to those summarized above. Most investigators considered the effects of diethylstilbestrol to be strictly comparable in character to those of the natural estrogens, allowing for differences in potency. Three[40,41,42] mentioned specifically the excellent feeling of well-being imparted by diethylstilbestrol. One[40] thought it produced a greater feeling of well-being than did the natural estrogens; one other investigator[44] thought the opposite. Two[17,39] reported that diethylstilbestrol afforded relief in patients not helped by natural estrogens.

*Senile Vaginitis*—Finkler and Antopol[52] and Finkler and Marks[53] have studied in detail the effect of diethylstilbestrol and natural estrogens in fifty cases of senile vaginitis. They found diethylstilbestrol by mouth to be fully effective and at least as satisfactory as the natural substances, whether the latter were given by mouth, by injection, or by local application of suppositories.

Gray and Gordinier[48] administered diethylstilbestrol to ninety-seven menopausal patients with

**13**

atrophic vaginal changes. Of these, 73 percent showed four-plus improvement in the vaginal smear; 20 percent, three-plus improvement; 4 percent, two-plus; and 3 percent, no detectable effect. They state: "Probably the complete growth effect can be obtained in any case if sufficient material is given. In the 3 percent without evident effect, very slight atrophic changes were present and relatively small doses were given."

Davis[34] obtained satisfactory results in each of thirty-six women given diethylstilbestrol suppositories for postmenopausal vaginitis.

*Painful Engorgement of Breasts*—In the postpartum patient, diethylstilbestrol is capable of preventing or relieving the painful engorgement of breasts which occurs particularly at the onset of lactation and during its suppression. Published studies cover some 2,200 cases.[34,41,54,72]

Although lactation is not inhibited by treatment, the onset is delayed and the volume is temporarily diminished.[56,59,62,72] The percentage of children requiring bottle feeding is increased. The value of diethylstilbestrol would, therefore, seem greatest for the relief of painful engorgement when the mother is not to nurse her baby.

Failures in treatment can generally be attributed to inadequate dosage, although it is recognized that, in general, preventive therapy begun before the onset of engorgement is more successful than treatment instituted only after painful engorgement is present.

A number of clinicians have observed mild recurrence of breast engorgement with watery secretion about a week after cessation of diethylstilbes-

14

trol therapy. This is usually controlled without difficulty by a second course of the drug.

While studying the effect of diethylstilbestrol on the breasts, Connally and co-workers[58] incidentally noted that in the treated group, puerperal morbidity was reduced and a greater degree of uterine involution was found on pelvic examination on the twenty-first day. It was their clinical observation that the uteri sensitized by the drug responded more readily to the ergonovine routinely administered during the early puerperium.

In a later study, Connally[59] found that the puerperal morbidity was only 5.6 percent in a group of 442 patients receiving diethylstilbestrol postpartum, whereas in a control group of 467 it was 20.1 percent.

*Functional Uterine Bleeding*—Richardson[73] has defined functional uterine bleeding as that which appears in the absence of gross lesions and at unexpected times or in abnormal amounts. It is most common in the years just after the menarche or before the menopause. The immediate cause is believed to be usually an imbalance in the action of estrogen and progesterone, but the exact mechanism is not clear. Hypothyroidism or blood dyscrasia may be a factor. Nervous and emotional states are often contributory.

For immediate control of uterine bleeding, relatively large doses of diethylstilbestrol may be given at frequent intervals until the flow is stopped.[74-80] This treatment is usually so effective that therapeutic curettage is now seldom needed. (However, menopausal bleeding is an indication for diagnostic curettage; cancer of the cervix or fundus must especially be ruled out.[81] Furthermore, endocrine

15

treatment appears to be contraindicated at this time.[80]) Following cessation of bleeding, a thorough search should be made for local and systemic organic causes. Among other conditions, hypothyroidism and blood dyscrasias should be ruled out.

About a week after cessation of estrogen therapy, withdrawal bleeding may occur. This ordinarily resembles a normal menstrual period and need not alarm the patient if she is told beforehand to expect it.

If severe bleeding has been controlled or has not occurred, and if organic causes for hemorrhage have been ruled out, measures should be taken for alleviation of nervous tension and emotional disturbance (if these are present) and for correction of dietary inadequacies. Various kinds of endocrine therapy have been proposed. In determining the advisability of any of these, the following considerations may be helpful. Many cases of functional uterine bleeding readjust themselves sooner or later without treatment, especially in adolescents. Therapy may not be necessary unless (1) blood loss is sufficiently large to cause anemia or undue strain on hematopoiesis, (2) the patient or her family is excessively worried or inconvenienced by the situation, or (3) the condition seems to impair a desired fertility.

Diethylstilbestrol, either alone or with progesterone, may be useful in case endocrine therapy is advisable. Palmer[76] treated thirty-one patients. In most of them the abnormal bleeding stopped after one cycle of treatment and did not recur. Repeated courses were necessary in the remainder. Douglas and Imerman[77] treated twenty-two patients, and Karnaky[74,75] has reported a large number.

16

Hamblen and co-workers have used diethylstilbestrol alone[78] and other estrogens in combination with progesterone.[82] They say:"The effects of the non-hormonal estrogen, diethylstilbestrol, after oral administration, compare favorably with those obtained by the intramuscular administration of hormonal estrogens in securing hemostasis in excessive or prolonged functional uterine hemorrhage."

McGinn[79] reported twenty-five cases given large doses of diethylstilbestrol to check the immediate bleeding, followed by cyclic administration of smaller doses in combination with a progesterone derivative, as suggested by Hamblen.[82] Both McGinn[79] and Collins[83] point out the value of thyroid in the treatment of functional uterine bleeding, and Hamblen and co-workers[78] consider it significant that the only patient in their series treated with diethylstilbestrol who had a basal metabolic rate considerably below normal was one of those who failed to respond to the estrogenic therapy.

*Carcinoma of the Prostate*—Following the report by Huggins and Stevens[84] that normal human adult prostatic epithelium atrophies on removal of the testicles, the effect of androgen withdrawal was tested on malignant prostatic epithelium.[85-87] It soon became apparent that in most cases of prostatic carcinoma the malignant epithelial cells still require androgen for proliferation, and that withdrawal of androgen results in regression of both primary neoplasm and metastases.

A very great number of clinical reports have been published, the larger series including those of Dean and co-workers,[88,89] Donahue,[90] Heckel,[91] Herger and Sauer,[92] Mathé and Ardila,[93] Nesbit

17

and associates,[94,95] Seaman, Connelly, and Egnatz,[96] and Stirling.[97] In those cases that respond, the prostate may become grossly smaller and softer, and urinary obstruction may diminish or cease. Metastatic nodules, whether in lymph nodes or bone, may eventually atrophy. Biopsies of tumor tissue taken before and after treatment may show a very striking regression in the neoplastic process.[98-100] Clinically, the patients may become symptom-free, with gain in body weight and increase in erythrocyte count and hemoglobin.

Although a majority of individuals show some degree of favorable response, undue optimism is not warranted, since in a certain percentage of patients the neoplasm is unaffected by androgen withdrawal and in the remainder, after a period of regression, there is a gradually increasing incidence of recrudescence which often involves only the metastases. Radical prostatectomy remains the only hope of actual cure and is the treatment of choice when the growth is operable and there are no metastases. Colston and Brendler[101] recommend preoperative treatment with diethylstilbestrol in order that the lesion may be in regression at the time of operation.

Androgen deprivation can be accomplished either by castration or by the administration of estrogens. There has been disagreement as to which method gives the better results. Nesbit and co-workers[94,96] have followed a closed series particularly carefully. The following table gives their results after five and one-half years.[96]

It would appear that orchiectomy and diethylstilbestrol are equally efficacious in patients without metastases, whereas castration seems to be more

18

| Condition When First Seen | Alive and Symptom-Free after 5½ Years | |
| --- | --- | --- |
| | Orchiectomy (45 Cases) | Diethylstilbestrol (33 Cases) |
| Without metastases............. | 29% | 27% |
| With metastases................. | 13% | 0% |

effective in the presence of metastases. However, more cases are required for a final judgment. With some investigators, other considerations have led to differences in preference.[90,91,96,102-107]

Although some workers have combined the two methods, there seems to be no advantage in doing so. If one approach proves ineffective, the other may be tried, although the percentage of success is not high in such cases.

The administration of estrogens in the necessary dosage will, like castration, usually lead to loss of sexual power and some degree of genital atrophy. It may also produce one or more of the following: breast changes, consisting grossly in enlargement of the breasts and pigmentation and increased sensitiveness of the nipples and areolae, and microscopically in proliferation and budding of the duct epithelium, increase in connective tissue stroma, edema of the stroma, increased vascularity, and, after prolonged treatment, deposition of fat;[108,109] dependent edema (this may also follow castration); metaplasia of the urethral epithelium;[110] and increase in the density of the bones.[110]

Diethylstilbestrol has been the estrogen of choice in treating prostatic cancer because of its potency on oral administration.

19

Determinations of the activity of the enzyme acid phosphatase in the blood serum may be of value in diagnosis and in following the course of the condition. A high level is indicative of active metastases, although a normal level is not an assurance of their absence. However, if there is a high level which returns to normal under treatment, maintenance of the normal level seems to afford assurance of continued inactivity of the neoplasm.

*Carcinoma of the Breast*—Recent clinical evidence indicates that androgens and estrogens may be useful in the treatment of inoperable and advanced cancer of the breast in women.[111-112] It must be emphasized that early diagnosis, adequate surgery, and x-ray radiation remain the primary weapons for treatment of this problem. Estrogens are considered the hormonal treatment of choice in women who are more than five years past the menopause and who have an inoperable primary tumor or metastases to lung, soft tissues, or bone. Escher[113] recently reported that in women ten or more years past the menopause, estrogens led to objective improvement in 30 percent of cases with osseous lesions and in 40 percent of those with soft-tissue involvement. Estrogens are contraindicated in premenopausal women and during the first five years after the menopause.

It must be remembered that estrogens as well as androgens may result in evidence of progression of the disease shortly after treatment is instituted. If there is an increase in size of pulmonary and osseous lesions, increase in the size of the primary or other soft-tissue masses, or an increase in hypercalcemia, treatment should be stopped immediately. About 5 to 10 percent of patients with breast carcinoma have pretreatment hypercalcemia. This may be evidence of excessive bone destruction due to invasion by tumor tissue. Hypercalcemia should be investigated periodically before and during hormonal treatment in those cases with bone metastases. The serum alkaline phosphatase is usually slightly elevated when bone metastases exist. A significant rise in the alkaline phosphatase after treatment may be a favorable sign. In cases with liver metastases the serum alkaline phosphatase may be elevated considerably, and after treatment a fall may be a good prognostic sign.

In general, objective evidence of improvement is usually minimal in spite of satisfactory subjective improvement. Estrogens may allow the patient comfort and improvement in general state which might not have been possible without their use. There is little evidence that estrogens significantly prolong the survival time.

*Accidents of Pregnancy*—Although the true value of hormonal therapy in certain accidents of pregnancy is uncertain, there is considerable work indicating that diethylstilbestrol may have value in threatened abortion, repeated abortion, and, in pregnant diabetic women, eclampsia, premature delivery, and threatened death of the fetus. Many of the studies have been carried out in diabetic women, who, as a group, seem particularly subject to certain of these accidents.

Smith and Smith and their co-workers[114,115] have demonstrated that progesterone plays an important part in the metabolism and further production of estrogens. They have shown that the onset

20          21

of labor, either prematurely or at term, is preceded by diminution in progesterone excretion and alteration in the metabolism of estrogens. They and others[116-120] have found that similar changes, particularly in diabetic women, preceded the onset of eclampsia and death of the fetus. It has long been known that certain cases of threatened abortion and habitual abortion were marked by low excretion of pregnanediol (the end product of metabolism of progesterone.)

In an effort to overcome these hormonal disturbances, the Smiths[121] administered progesterone and estrogens of natural origin, but the observed improvement was not of long duration. When they administered diethylstilbestrol,[122] however, an increased output of pregnanediol was noted for as long as the drug was continued, and the metabolism of estrogens returned toward normal. White[123] has reported on a total of 525 pregnant diabetic women. The incidence of accidents in relation to hormonal balance and treatment is shown in the following table.

| Incidence of: | Hormonal Balance | | |
|---|---|---|---|
| | Normal | Abnormal | |
| | | Untreated | Treated |
| | 47 Cases | 98 Cases | 380 Cases |
| Late survival ........ | 96% | 52% | 90% |
| Premature delivery.... | 0% | 33% | 17% |
| | 47 Cases | 116 Cases* | 362 Cases |
| Toxemia of pregnancy. | 0% | 33% | 7% |

*Treatment started after signs of toxemia had developed, or no treatment was given.

22

Diethylstilbestrol appears to have no value once the clinical manifestations of eclampsia are present; its use is limited to prevention.

Karnaky[124] was the first to suggest the use of diethylstilbestrol against threatened abortion, and Abarbanel[125] has reported favorable results in both threatened and habitual abortion. Rosenblum and Melinkoff[126] have published their observations in an unselected group of ninety-six patients with threatened or habitual abortion. A comparison of results with ninety-four consecutive cases treated with progesterone or a related compound is shown in the following table.

| | Diethylstilbestrol | | | Progesterone or Related Compound | | |
|---|---|---|---|---|---|---|
| | No. of Cases | Aborted | | No. of Cases | Aborted | |
| | | No. | % | | No. | % |
| Threatened abortion | 82 | 11 | 13.4 | 86 | 30 | 34.9 |
| Habitual abortion.... | 10 | 5 | 50.0 | 7 | 5 | 71.4 |
| Premature labor | 4 | 1 | 25.0 | 1 | 1 | 100.0 |

The authors concluded that the use of diethylstilbestrol was followed by "more favorable results than we have been able to achieve with any other type of treatment."

Pedowitz and Shlevin,[127] Reis, De Costa, and Allweiss,[128] King,[129] Robinson and Shettles,[130] and Greenhill and De Lee[131] do not feel that hormonal therapy is of significant benefit in the management of pregnant diabetics or in the treatment of threatened or repeated abortion.

*Osteoporosis**—Diethylstilbestrol has been used rather extensively in various types of osteoporosis. Since the hormonal management of osteoporosis

**Literature on this subject is available to physicians upon request.

23

usually includes both androgenic and estrogenic substances, the Lilly literature concerning this subject is included in the A-form (A-1680C) entitled Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly) and Tylandril® (diethylstilbestrol and methyltestosterone with reserpine, Lilly).

*Spontaneous Hemorrhage*—Recently it has been reported that estrogen given parenterally may control spontaneous hemorrhage, such as epistaxis or hemorrhage after tonsillectomy and adenoidectomy.[132-134] The exact mechanism of this action of estrogen is not yet established. Further studies are needed to elucidate this point as well as to confirm the exact usefulness of estrogen in various types of spontaneous hemorrhage.

**❻ Contraindications and Side-Effects**

The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in women who have cancerous or precancerous lesions of the breast or cervix or who have a family history of high incidence of breast or genital malignancy.[135]

As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible. White and Hunt[136] did not report nausea in a group of fifty toxemic diabetic pregnant women, many of whom took 40 to 120 mg. of diethylstilbestrol daily by mouth over considerable periods of time. Karnaky[137] found that it was necessary to give single doses of 500 mg. or more to induce nausea in pregnant women. Twelve patients with vomiting of pregnancy noted subsidence of this manifestation after taking 300 mg. of diethylstilbestrol daily for three to five days.

In contrast, nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal (0.1 to 0.25 mg. daily at first), nausea is infrequent and transient.[34,35] When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group.[128]

Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily, or even more, as shown by their use in functional uterine bleeding (see p. 15) and carcinoma of the prostate gland (see p. 17).

The relationship of dosage to nausea in menopausal women has been shown by Greene[139] and by Abarbanel.[140] Greene[141] also found that two different forms of diethylstilbestrol and an ester of estradiol all produced the same incidence of nausea and vomiting when compared in a single group of thirty-nine menopausal women. He expressed the belief that nausea and vomiting are nonspecific responses which may be evoked by very high doses of natural as well as synthetic estrogens. He points out that natural estrogens have been available in dosage forms that are relatively small when contrasted with those of diethylstilbestrol, and that the

24

25

low incidence of these reactions with natural estrogens is therefore understandable.

A close correlation has been observed between the nausea and vomiting of pregnancy and that from diethylstilbestrol. Of the 600 patients treated by Davis and Boynton,[34] only two had to stop the drug because of vomiting. Both these women had persistent emesis following minute doses of the drug, and both reported that it resembled in every respect the serious hyperemesis they had experienced during pregnancy. Finch[142] gave diethylstilbestrol to a group of thirty-three patients, ranging in age from twenty-nine to fifty-six years, who had experienced nausea and vomiting in excessive degree during pregnancy. Of these, thirty-two also had nausea, vomiting, or other side-effects following administration of diethylstilbestrol. In contrast, a control series of twenty women, aged twenty-five to fifty-six years, who had had no nausea with pregnancy was able to tolerate without symptoms at least 3 mg. daily. The intolerant patients, whom Finch believes to be sensitive to some substance formed in connection with the action of diethylstilbestrol, were enabled to take the drug without difficulty by a process of "desensitization."

Abarbanel[143] analyzed the incidence of gastro-intestinal side-effects in a group of 120 patients receiving a stilbestrol derivative by mouth. These occurred almost exclusively in the menopausal patients. Individuals unable to take any sort of pill by mouth without nausea or gagging were ruled out, as were patients receiving additional medication (such as digitalis) which might of itself cause nausea and those who became nauseated or sick concomitantly with their hot flushes. Only two groups of

26

patients remained. One of these consisted of five patients with negative gastro-intestinal history who developed nausea only while receiving estrogenic therapy. In two, the nausea was inconstant and disappeared in time. Two others were relieved by reducing the dosage and increasing it gradually to the desired level. The fifth was relieved by changing from hypodermic to oral therapy. The other group consisted of patients with a history of intolerance to fried or fatty foods, their ingestion being followed by nausea, vomiting, severe heartburn, and eructation. Five of the fifteen in this group experienced nausea with the stilbestrol preparation. One ceased to have nausea following cholecystectomy. A second was relieved by reduction of dosage. The three others were relieved by taking either magnesium sulfate in small doses or a bile preparation.

Other side-effects have also been noted following the administration of diethylstilbestrol, but they are comparatively rare. They include various forms of abdominal distress or pain, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, and scotomata. Cutaneous rashes, purpura, and allergic reactions of various types have been reported following the administration of both diethylstilbestrol and the natural estrogens.[138,144-154] In some instances the idiosyncrasy seems to be to the drug; in others, to the oil vehicle in which it may be dissolved. Both types of estrogens have been held responsible for psychotic episodes.[148,155] However, in not a single instance reported in the American literature have the side-effects failed to disappear on reduction of dosage or withdrawal of medication. No permanent ill effects from them have been noted.

27

In connection with these side-effects, it is of interest that a number of clinicians have reported that in patients having lassitude, headache, or a tendency toward nausea and vomiting as menopausal symptoms, the administration of diethylstilbestrol has afforded relief.

### G  Toxicity

Because of the side-effects noted during diethylstilbestrol therapy and the toxic action of very large doses in animals, great interest has been shown in the results of objective tests for damage to various human organs and tissues. The high potency of orally administered diethylstilbestrol has facilitated overdosage of this drug, and certain of the side-effects noted with it can be attributed to exaggerated estrogenic action. These include the production of uterine bleeding during continuous therapy (as distinguished from the withdrawal bleeding which occurs following discontinuation of physiological doses), the production of a hypertrophic endometrium (including the so-called "Swiss cheese" condition seen in endometrial biopsies), painful breasts, and vaginal soreness.

Especial interest has centered in the liver and the blood-forming organs. Published reports of blood studies[16,17,36-38] have failed to provide evidence of damage to these tissues, even though doses much larger than those needed therapeutically were given in a number of instances.

The following liver function tests have been applied to patients receiving therapeutic or larger doses of diethylstilbestrol: bromsulfalein retention, icterus index, van den Bergh, bilirubin tolerance, and hippuric acid excretion test of Quick.[16,17,35-37]

[39,42,47,136,138,156,157] The results have shown no greater departure from the theoretical normal than can be observed in a control group of untreated individuals of the same age, sex, and condition.

In addition to employing the usual tests of liver function, Davis[35] administered large quantities of diethylstilbestrol to three women with extensive terminal malignancies. They received 10 to 25 mg. daily to total doses of 250 mg. in ten days, 350 mg. in thirty-five days, and 1,125 mg. in forty-five days, respectively. At autopsy, the livers, kidneys, and adrenals showed no changes that could be attributed to diethylstilbestrol.

There are several reports that jaundice occurred during therapy with diethylstilbestrol. White and Hunt[136] encountered two instances of jaundice, one of them fatal, in their first fifty diabetic women treated with large doses of diethylstilbestrol for threatened toxemia of pregnancy. There was no additional case in the total of 181 patients so treated,[158] and the authors considered the relation of these complications to diethylstilbestrol therapy to be very questionable. Seligman[159] and Wattenberg[160] each reported a case of jaundice, both patients being elderly men with prostatic disease. Both cases were complicated, and there was no way of being certain of the relationship between the drug and the jaundice.

### Administration and Dosage  H

Diethylstilbestrol is a powerful drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts

and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol can be administered by mouth, by intramuscular injection, or as vaginal suppositories. Administration by mouth is recommended except when purely local vaginal effects are desired, in which case the vaginal suppositories are suitable. Oral administration need not be more frequent than once a day to produce a uniform effect. Data on excretion of the drug suggest that injections should be given two or three times a week. Average doses will be found in Table I.

*Menopausal Symptoms*—In treating menopausal symptoms, *initial dosage should not exceed 0.1 to 0.25 mg. daily or at each injection, the amount being gradually increased until symptoms are relieved or side-effects are noted.* When relief has been obtained, dosage should be reduced until a maintenance level is found. It appears that the dosage necessary to induce relief of menopausal symptoms is often larger than that needed to maintain relief. A majority of patients appear to need no more than 0.5 mg. of diethylstilbestrol daily for maintenance, and many require less.[56,139]

Starting treatment of menopausal symptoms with small doses has the additional advantage of minimizing the incidence of nausea. Finch[142] showed that by using this method, even the most sensitive patient was able to tolerate without difficulty quantities of diethylstilbestrol which had caused severe gastro-intestinal upset when given as initial doses. Nausea can be further avoided by administering the drug either with meals or at bedtime in a demulcent medium such as milk. Some-

30

## TABLE I

### Recommended Dosage of Diethylstilbestrol, to Be Adjusted to Individual Requirements

|  | By Mouth | As Vaginal Suppository | By Injection |
|---|---|---|---|
| Menopause | 0.1 to 1 mg. daily | 0.5 mg. daily | 0.25 to 1 mg. two to three times weekly |
| Senile vaginitis | 0.1 to 1 mg. daily | 0.5 mg. daily | 0.25 to 1 mg. two to three times weekly |
| Painful engorgement of breasts | 5 mg. one to three times daily for a total of two to four days | | 5 mg. once or twice daily for a total of two to four days |
| Functional uterine bleeding | 5 mg. four to six times daily until checked | | 5 mg. two to three times daily until checked |
| Carcinoma of prostate (initial phase) (maintenance) | 3 mg. daily / 1 mg. daily | | 3 mg. twice weekly / 2 to 4 mg. twice weekly |
| Carcinoma of breast | 5 mg. three times daily | | |
| Accidents of pregnancy | 5 to 125 mg. daily | | |
| Osteoporosis | 0.5 to 1 mg. daily | | |
| Spontaneous hemorrhage | | | 0.5 to 1 mg. every four to six hours |

31

times subdivision of the dosage, with more frequent administration, will be helpful. The use of atropine-like drugs or the concomitant administration of sodium bicarbonate has also been suggested. In patients with the so-called "gall-bladder syndrome," small doses of magnesium sulfate or a bile preparation have been of assistance.[143]

It is recommended that, in the menopause, diethylstilbestrol be given in courses of perhaps three or four months' duration. At the end of such a period, the dose should be tapered off over one or two weeks and then discontinued. If symptoms return, another course should be given. Eventually symptoms will fail to recur, and further treatment will not be needed.

In order to mimic as closely as possible the natural ovarian rhythm, it has been suggested that diethylstilbestrol should be administered in cyclic fashion during courses of treatment. MacBryde *et al.*[36] gave diethylstilbestrol two weeks out of four to some patients and three weeks out of four to others. The natural cycle of estrogen is probably most nearly reproduced by giving medication three weeks out of four, with the maximum dosage during the second week; for example, with diethylstilbestrol, 0.25 mg. daily for one week, 0.5 mg. daily for one week, 0.25 mg. daily for one week, and none for one week; or 0.5 mg., 1 mg., 0.5 mg., and none.

Although the objective in the estrogenic treatment of the menopause usually is the control of symptoms, it is often advisable to check the physiological effect by means of vaginal smears. Failure to obtain symptomatic relief from doses that produce full cornification of the vaginal epithelium suggests that some other condition than the menopause may be responsible for the patient's symptoms. *Maintenance dosage should be kept at all times at the minimum necessary for relief.*

*Senile Vaginitis* — If menopausal symptoms are present, the oral dosage necessary for their relief will often control the vaginitis as well. If it does not, or if menopausal symptoms are not present, vaginal suppositories may be administered—one 0.5-mg. suppository inserted at bedtime each night or less frequently, as needed.

*Painful Engorgement of Breasts*—A total dose of 30 mg. as a first course is usually adequate, and some patients do not need so much. The 30 mg. are usually given as 5 mg. three times daily for two days, but they appear to be equally effective as 5 mg. once daily for six days. If a second course is decided upon, the dosage is the same.

*Functional Uterine Bleeding*—When bleeding is severe or acyclic, the usual dose of diethylstilbestrol is 5 mg. every four to six hours until the flow stops. With this dosage, cessation of hemorrhage is usually a matter of hours, seldom more than twenty-four. Smaller doses apparently act more slowly.[78]

In adolescents, Palmer[76] prefers when possible to use the following schedule, beginning on the second or third day of a phase of bleeding, or as soon as the patient presents herself if she is bleeding at that time:

1 mg. daily for seven days,
5 mg. daily for seven days, then
0.3 mg. daily for ten days or until
   bleeding occurs.

In most cases, only one such course is necessary.

32

33

*Carcinoma of the Prostate* — An effective initial dosage is usually 3 mg. of diethylstilbestrol daily by mouth. If there is no symptomatic improvement in a week, the dosage may be increased, but it seldom appears advantageous to exceed 10 mg. daily. After full control has been obtained, the dosage can usually be reduced to the neighborhood of 1 mg. daily. However, maintenance dosage must be individualized, the patient's course being the ultimate criterion of adequacy. Serial determinations of serum acid phosphatase may be helpful (see p. 20).

*Carcinoma of the Breast* — The dosage most generally recommended has been 5 mg. of diethylstilbestrol three times daily by mouth. It has been stated that 90 percent of patients who will respond do so within three months.[113] It is recommended that, if objective improvement occurs, estrogen therapy should be continued until the disease again becomes progressive.[112,113]

*Accidents of Pregnancy* — In preventing accidents of pregnancy which are likely to occur before the fifth month, the Smiths[122] advise *oral* administration of diethylstilbestrol according to the following schedule. In an emergency or for other valid reasons, the drug may be administered by intramuscular injection.

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |

34

| 17th | 35 mg. |
|---|---|
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

Treatment is discontinued at the end of the thirty-fifth week. For prevention of accidents of late pregnancy, administration is started at the beginning of the sixteenth week according to the schedule above. Combinations of 5-mg. and 25-mg. tablets can be conveniently used to make up the total daily dosage.

When abortion is actually threatening, Abarbanel[125] and Rosenblum and Melinkoff[126] advise oral administration of 25 mg. of diethylstilbestrol as soon as the diagnosis is made. Additional doses of 5 mg. are then given either every fifteen minutes[125] or every hour[126] until bleeding or cramps or both have stopped. After this, 5 mg. are given three times daily until fetal movements are felt. Medication may then be discontinued if no further threat is expected, or it may be continued in amounts of 5 to 15 mg. daily until the thirty-second week. If bleeding or cramps recur, one goes back to the beginning of the schedule.

35

## TABLE II

### Classification of Obstetric Cases and Basic Plan of Daily Hormonal Treatment

| Class | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Definition | Glucose-tolerance-tests diabetics | Duration under 10 yrs. Onset over 20 yrs. Vascular: 0 | Duration 10-19 yrs. Onset 10-18 yrs. Vascular: 0 | Duration over 20 yrs. Onset less than 10 yrs. Vascular: Calcification in legs and retinitis | Calcified pelvic arteries | Nephritis (diabetic nephropathy) |

Hormone dosage of intramuscular diethylstilbestrol and progesterone in milligrams of each

| Week of Pregnancy | | | | | | |
|---|---|---|---|---|---|---|
| 0-16 | | 25 | 25 | 25 | 25 | 25 |
| 17-19 | | 50 | 25 | 50 | 50 | 50 |
| 20-23 | | 100 | 50 | 100 | 100 | 100 |
| 24-29 | | 100 | 100 | 125 | 125 | 125 |
| 30-33 | | 125 | 125 | 150 | 150 | 150 |
| 34- | | | | 100 | 200-250 | 200-250 |

36

White[123] emphasizes the importance of classification of pregnant diabetic patients. Table II summarizes her basic treatment. She favors the parenteral route of administration of hormonal therapy. Members of the patient's family are taught to administer the hormones.

*Osteoporosis*—A dosage of diethylstilbestrol often recommended is 0.5 to 1 mg. daily by mouth. Androgen, such as 10 to 20 mg. of methyltestosterone orally each day, is frequently used. This combination is represented by 2 to 4 Tablets Tylosterone. Masculinizing effects may force reduction in dosage or actual discontinuance of the methyltestosterone.

*Spontaneous Hemorrhage*—The indications, dosage, and effectiveness of estrogen for this condition are not well established. In adults, 1 mg. or even more intramuscularly every four to six hours has been effective in some cases of spontaneous epistaxis and the hemorrhage following tonsillectomy.

### How Supplied

Diethylstilbestrol Injection is supplied as follows:

5 mg., in Oil, 1 cc., in packages of 6, 25, and 100 ampoules (No. 385). Each cc. contains 5 mg. diethylstilbestrol in cottonseed oil, q.s.

25 mg., in Ethyl Oleate, 1 cc., in packages of 6 ampoules (No. 549).

Tablets Diethylstilbestrol, U.S.P., are supplied as follows:

0.1 mg. (No. 1646)
0.25 mg. (No. 1647)
0.5 mg. (No. 1648)
In bottles of 100 and 1,000.

37

1 mg. (No. 1649)

5 mg. (No. 1685)

In bottles of 100, 500, and 1,000.

25 mg. (cross-scored) (No. 1724)

In bottles of 25, 100, 500, and 1,000.

Enseals[*] (timed disintegrating tablets, Lilly) Diethylstilbestrol are supplied as follows:

0.1 mg. (No. 46)

0.25 mg. (No. 47)

0.5 mg. (No. 48)

1 mg. (No. 49)

5 mg. (No. 85)

25 mg. (No. 90)

In bottles of 100, 500, and 1,000.

Suppositories Diethylstilbestrol are supplied in packages of 6 and 50 as follows:

0.1 mg. (No. 14)

0.5 mg. (No. 15)

In addition to the diethylstilbestrol, each suppository contains glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.

38

## BIBLIOGRAPHY

1. Dodds, E. C., Goldberg, L., Lawson, W., and Robinson, R.: Oestrogenic Activity of Certain Synthetic Compounds, Nature, London, 141:247, 1938.

2. Dodds, E. C., Lawson, W., and Noble, R.L.: Biological Effects of the Synthetic Oestrogenic Substances 4:4'-Dihydroxy-α-β-Diethylstilbene, Lancet, 1:1389, 1938.

3. Leighty, J. A., and Wick, H. J.: Diethylstilbestrol Compared to Estrone in Causing Estrus in Spayed Mice and in Conjunction with Progestin in Inducing Sexual Receptivity in Spayed Guinea Pigs, Endocrinology, 25:587, 1939.

4. Palmer, A., and Zuckerman, S.: Further Observations on the Similarity of Stilboestrol and Natural Oestrogenic Agents, Lancet, 1:433, 1939.

5. Noble, R. L.: Functional Impairment of the Anterior Pituitary Gland Produced by the Synthetic Oestrogenic Substance, 4:4'-Dihydro-α-β-Diethylstilbene, J. Physiol., 94:177, 1938.

6. Noble, R. L.: Effect of Synthetic Oestrogenic Substances on the Body-Growth and Endocrine Organs of the Rat, Lancet, 2:192, 1938.

7. Gaarenstroom, J. H., and Levie, L. H.: Disturbances of Growth by Diethylstilboestrol and Oestrone, J. Endocrinol., 7:420, 1939.

8. Richards, R. K., and Kueter, K.: Studies on the Toxic Effects of Stilbestrol with Special Reference to Growth Retardation, Am. J. Physiol., 133:423, 1941.

9. Shimkin, M. B., and Grady, H. G.: Toxic and Carcinogenic Effects of Stilbestrol in Strain C3H Male Mice, J. Nat. Cancer Inst., 2:55, 1941.

10. Reynolds, S. R. M., and Foster, F. I.: Relative Cholinergic Effects of Selected Estrogens, Am. J. Physiol., 128:147, 1939.

11. DeWit, J. J. D., and Bronchschneider, L. H.: Difference in the Action of Stilboestrol and Follicular Hormone, Klin. Wchnschr., 18:1423, 1939.

12. Selye, H.: On the Role of the Liver in the Detoxification of Steroid Hormones and Artificial Estrogens, J. Pharmacol. & Exper. Therap., 71:236, 1941.

13. Zondek, B., Sulman, F., and Sklow, J.: Inactivation of Stilbestrol by Liver in Vitro, Endocrinology, 33:333, 1943.

14. Segaloff, A.: The Intrasplenic Injection of Some Synthetic Estrogens and Progestrogens, Endocrinology, 34:335, 1944.

15. Stroud, S. W.: Recovery of Injected Oestrogenic Substances from Rabbit Urine, J. Endocrinol., 1:201, 1939.

16. Mazer, C., Israel, S. L., and Ravetz, E.: The Synthetic Estrogen Stilbestrol: An Experimental and Clinical Evaluation, J. A. M. A., 116:675, 1941.

17. Von Haam, E., Hammel, M. A., Rardin, T. E., and Schoene, R. H.: Clinical Studies on Stilbestrol, J. A. M. A., 115:2266, 1940.

18. Castrodale, D., Bierbaum, O., Helwig, E. B., and MacBryde, C. M.: Comparative Studies of the Effects of Estradiol and Stilbestrol upon the Blood, Liver, and Bone Marrow, Endocrinology, 29:363, 1941.

19. MacBryde, C. M., Castrodale, D., Helwig, E. B., and Bierbaum, O.: Hepatic Changes Produced by Estrone, Estradiol, and Diethylstilbestrol, J. A. M. A., 118:1278, 1942.

20. Russell, H. K., Page, R. C., Matthews, C. S., Schwabe, E. L., and Emery, F. E.: Chronic Toxicity Studies of Diethylstilbestrol. I. Oral Administration by Stomach Tube to Rats, Endocrinology, 28:897, 1941.

39

21. Page, R. C., Russell, H. K., Schwabe, E. I., Matthews, G. S., and Emery, F. E.: Chronic Toxicity Studies of Diethylstilbestrol. II. Subcutaneous Implantations of Pellets in Rats, Endocrinology, 29:230, 1941.

22. Janes, R. G., and Nelson, W. O.: Effect of Stilboestrol on Certain Phases of Carbohydrate Metabolism, Proc. Soc. Exper. Biol. & Med., 43:340, 1941.

23. Janes, R. G., and Nelson, W. O.: The Influence of Diethylstilbestrol on Carbohydrate Metabolism in Normal and Castrated Rats, Am. J. Physiol., 136:136, 1942.

24. Ingle, D. J.: Production of Glycosuria in the Normal Rat by Stilbestrol and by 17-hydroxy-11-dehydro-corticosterone, Am. J. Physiol., 133:337, 1941.

25. Teague, R. S.: The Effect of Estrogen on the Microscopic Appearance of the Liver, J. A. M. A., 117:1242, 1941.

26. Engle, E. T., and Crafts, R. C.: Uterine Effects from Single Treatment of Stilboestrol and Ethinyl-Estradiol in Monkeys, Proc. Soc. Exper. Biol. & Med., 42:293, 1939.

27. Geschickter, C. F.: Estrogenic Mammary Cancer in the Rat, Radiology, 33:439, 1939.

28. Shimkin, M. B., and Grady, H. G.: Carcinogenic Potency of Stilbestrol and Estrone in Strain C₃H Mice, J. Nat. Cancer Inst., 1:119, 1940.

29. Barsaloux, C. W.: Menstruation, J. A. M. A., 116:702, 1941.

30. Hisaw, F. L.: Follicular Development and Ovulation, read before the American Society for the Study of Sterility, Atlantic City, New Jersey, June 7, 1947.

31. Reynolds, S. R. M.: The Physiologic Basis of Menstruation; A Summary of Current Concepts, J. A. M. A. 133:552, 1947

32. Bishop, P. M. F., Boycott, M., and Zuckerman, S.: The Oestrogenic Properties of Stilboestrol, Lancet, 1:5, 1939.

33. Winterton, W. R., and MacGregor, T. N.: Clinical Observations with Stilbaestrol (Diethylstilboestrol), Brit. M. J., 1:10, 1939.

34. Davis, M. E., and Boynton, M. W.: Indications, Clinical Use, and Toxicity of 4-4' Dihydroxy-Diethyl Stilbene, J. Clin. Endocrinol., 1:339, 1941.

35. Davis, M. E.: Clinical Study of Stilbestrol, Am. J. Obst. & Gynec., 39:938, 1940.

36. MacBryde, C. M., Castrodale, D., Loeffel, E., and Freedman, H.: The Synthetic Estrogen Diethylstilbestrol; Clinical and Experimental Studies (II), J. A. M. A., 37:1240, 1941.

37. MacBryde, C. M., Freedman, H., Loeffel, E., and Castrodale, D.: The Synthetic Estrogen Stilbestrol: Clinical and Experimental Studies, J. A. M. A., 115:440, 1940.

38. Beard, E. E., and Herman, P. L.: Stilbestrol Therapy, Ohio M. J., 38:43, 1942.

39. Compton, B. C., and Bieren, R. E.: Diethylstilbestrol: A Clinical Study, Bull. School Med. Univ. Maryland, 26:130, 1941.

40. Finkler, R. S.: Stilbestrol Therapy in Menopause, M. Woman's J., 49:1, 1942.

41. Fuerstner, P. G.: Experiences with Stilbestrol, West. J. Surg., 48:742, 1940.

42. Fuerstner, P. G.: Further Experiences with Diethylstilbestrol, West. J. Surg., 50:550, 1942.

43. Gray, L. A., and Gordinier, J. D.: The Effect of Diethyl Stilbestrol and Diethyl Stilbestrol Dipropionate on Postmenopausal Vaginitis and Symptoms, Am. J. Obst. & Gynec., 41:326, 1941.

44. Harding, F. E.: Diethylstilbestrol Dipropionate: A Clinical Comparison with Estrone and Estradiol Benzoate, West. J. Surg., 50:207, 1942.

45. Hepp, J. A.: Menopausal Management: A Further Report on Diethylstilbestrol, Pennsylvania M. J., 47:363, 1944.

46. Hollenbach, Z. J. R., and Reis, P. J.: The Clinical Use of Stilbestrol, Ohio M. J., 36:413, 1943.

47. Kretschmar, N. R., and Barnes, A. C.: The Extragenital Effects of Diethylstilbestrol, Am. J. Obst. & Gynec., 43:668, 1942.

48. Kurzrok, L., Birnberg, C. S., and Weber, H.: Use of Stilbestrol in the Menopause and Other Conditions, Am. J. Surg., 52:311, 1941.

49. Mazor, L. W.: A Chemical Review and Clinical Evaluation of Stilbestrol, Rocky Mountain M. J., 39:266, 1942.

50. Pratt, J. P.: Stilbestrol. A Clinical Study in Estrogenic Therapy, J. Clin. Endocrinol., 1:50, 1941.

51. Wilson, W. M.: Clinical Experiences with Diethylstilbestrol, West. J. Surg., 49:467, 1941.

52. Finkler, R. S., and Antopol, W.: Histological Changes in the Senile Vagina Induced by Estrogenic Therapy Administered Orally and by Inunction, Endocrinology, 25:925, 1939.

53. Finkler, R. S., and Marks, Z. I.: Hormonal Treatment of Senile Vulvo-Vaginitis, J. M. Soc. New Jersey, 37:99, 1940.

54. Abarbanel, A. R., and Goodfriend, M. J.: Effects of Stilbestrol upon Lactation, Am. J. Obst. & Gynec., 40:1037, 1940.

55. Bloom, O. H.: Suppression of Lactation by Stilbestrol, Am. J. Surg., 54:443, 1941.

56. Brown, W. E., and Gant, L. G.: Effect of Stilbestrol on Puerperal Breast Engorgement, Nebraska M. J., 29:140, 1944.

57. Clahr, J.: Suitable Dosage of Stilbestrol for Suppression of Lactation, J. Clin. Endocrinol., 1:759, 1941.

58. Connally, H. F., Jr., Dana, D. I., Reese, J. M., and Douglass, L. H.: Clinical Study of the Effects of Diethylstilbestrol on Puerperal Women, Am. J. Obst. & Gynec., 40:445, 1940.

59. Connally, H. F., Jr.: The Effect of Stilbestrol on Puerperal Morbidity and Lactation, Am. J. Obst. & Gynec., 45:125, 1943.

60. Diddle, A. W., Nagrby, S. P., and Sella, R. L.: Comparative Clinical Effects of Orally Administered Alpha-Estradiol and Diethylstilbestrol on Postpartum Engorgement of the Breast, J. Clin. Endocrinol., 2:307, 1942.

61. Douglas, J. W., Wanless, J. F., and Deeds, D. D.: The Prevention and Suppression of Lactation with Diethylstilbestrol, Ohio M. J., 38:452, 1942.

62. Fields, H.: The Influence of Stilbestrol upon Lactation, Am. J. Obst. & Gynec., 49:385, 1945.

63. Hanley, B.: The Use of Stilbestrol for Relief of Pain Associated with Engorged Breasts: A Report of 153 Cases, Urol. & Cutan. Rev., 47:154, 1943.

64. Hepp, J. A.: Stilbestrol: A Clinical and Investigational Study —A Preliminary Report, Pennsylvania M. J., 44:718, 1941.

65. Lubin, S.: The Routine Use of Stilbestrol for Engorgement and Lactation in Nonnursing Mothers, Am. J. Obst. & Gynec., 51:225, 1946.

66. Mendel, E. B., Goldman, A. M., and Caire, A.: Inhibition of Lactation with Stilbestrol, Am. J. Obst. & Gynec., 42:528, 1941.

67. Muckld, C. W.: The Suppression of Lactation by Stilboestrol, Am. J. Obst. & Gynec., 40:133, 1940; Pennsylvania M. J., 44:305, 1940.

68. Palmer, A., Martin, P. L., and Fulton, L.: Suppression of Lactation with Diethylstilbestrol, Clinics, 1:750, 1942.

69. Rutherford, R. N.: Postpartum Breast Comfort Achieved by Sex Hormone Therapy, West. J. Surg., 50:282, 1942.

70. Souie, S. D., and Bortnick, A. R.: Use of Stilbestrol in the Suppression of Lactation, J. Clin. Endocrinol., 1:409, 1941.

71. Stewart, H. L., and Pratt, J. P.: Inhibition of Lactation, Am. J. Obst. & Gynec., 47:555, 1941.

72. Walsh, J. W., and Stromme, W. B.: A Study of Diethylstilbestrol in Inhibition and Suppression of Lactation, Am. J. Obst. & Gynec., 47:655, 1944.

73. Richardson, H. R.: Functional Uterine Bleeding, J. Clin. Endocrinol., 1:195, 1941.

74. Karnaky, K. J.: Cause of Menstruation and Uterine Bleeding, South. M. J., 33:1285, 1940.

75. Karnaky, K. J.: Discussion of paper by Randall et al., Am. J. Obst. & Gynec., 43:345, 1942.

76. Palmer, A.: Clinical Experiments with Diethylstilbestrol. II. The Treatment of Uterine Bleeding, Am. J. Obst. & Gynec., 47:1018, 1944.

77. Douglas, G. F., and Imerman, H. M.: Further Study of Stilbestrol in Uterine Bleeding, J. M. A. Alabama, 10:332, 1941.

78. Cuyler, W. K., Hamblen, E. C., and Davis, C. D.: Diethylstilbestrol for Hemostasis in Functional Uterine Haemorrhage, J. Clin. Endocrinol., 2:438, 1942.

79. McGinn, E. J.: Functional Uterine Bleeding, J. Clin. Endocrinol., 2:302, 1942.

80. Davis, M. E.: Functional Uterine Bleeding, M. Clin. North America, 27:223, 1943.

81. Schaeffer, L. C., Farell, D. M., and Hahn, G. A.: The Role of Injudicious Endocrine Therapy in the Delayed Diagnosis of Uterine Cancer, J. A. M. A., 127:76, 1945.

82. Hamblen, E. C., Cuyler, W. K., Pattee, C. J., and Axelson, G. J.: Endocrine Therapy of Functional Meno-metrorrhagia and Ovarian Sterility. I. Cyclic Administration by Injection of Estrogens and Progesterone, J. Clin. Endocrinol., 1:211, 1941.

83. Collins, R. M.: The Relation of the Thyroid Gland to Menstrual Bleeding, J. Iowa M. Soc., 31:576, 1941.

84. Huggins, C. B., and Stevens, R. A.: The Effect of Castration on Benign Hypertrophy of the Prostate in Man, J. Urol., 43:705, 1940.

85. Huggins, C., and Hodges, C. V.: Studies on Prostatic Cancer. I. The Effect of Castration, of Estrogen, and of Androgen Injection on Serum Phosphatases in Metastatic Carcinoma of the Prostate, Cancer Res., 1:293, 1941.

86. Huggins, C., Stevens, R. E., Jr., and Hodges, C. V.: Studies on Prostatic Cancer. II. Effects of Castration on Advanced Carcinoma of Prostate Gland, Arch. Surg., 43:209, 1941.

87. Herbst, W. P.: The Effect of Estradiol Dipropionate and Diethyl Stilbestrol on Malignant Prostatic Tissue, Tr. Am. A. Genito-Urin. Surgeons, 34:195, 1941.

88. Dean, A. L.: Carcinoma of Prostate, Bull. New York Acad. Med., 23:454, 1947.

42

89. Dean, A. L., Woodard, H. Q., and Twombly, G. H.: The Endocrine Treatment of Cancer of the Prostate Gland, Surgery, 16:169, 1944.

90. Donahue, C. D.: Use of Stilbestrol in Carcinoma of the Prostate, Northwest Med., 43:234, 1944.

91. Heckel, N. J.: Sex Hormone Therapy in the Treatment of Carcinoma of the Prostate and Benign Prostatic Hypertrophy, Clinics, 5:840, 1946.

92. Herger, C. C., and Sauer, H. R.: A Consideration of the Effect of Androgen Control Treatment of Carcinoma of the Prostate, New York J. Med., 47:494, 1947.

93. Mathé, C. P., and Ardila, G. E.: Carcinoma of the Prostate: Review of 130 Cases Treated between 1940 and 1946, Surg. Gynec. & Obst., 84:276, 1947.

94. Nesbit, R. M., and Plumb, R. T.: Prostatic Carcinoma. A Follow-up of 795 Patients Treated Prior to the Endocrine Era and a Comparison of Survival Rates between Those and Patients Treated by Endocrine Therapy, Surgery, 20:263, 1946.

95. Nesbit, R. M., and Ryan, J.: The Treatment of Prostatic Cancer, Postgrad. Med., 6:111, 1948.

96. Seamen, J. A., Connelly, A. J., and Egnatz, N.: Follow Through on One Hundred Cases of Cancer of the Prostate, J. Urol., 57:1138, 1947.

97. Stirling, W. C.: Analysis of 40 Cases of Carcinoma of Prostate, J. Urol., 53:154, 1945.

98. Schenken, J. R., Burns, E. L., and Kahle, P. J.: The Effect of Diethylstilbestrol and Diethylstilbestrol Dipropionate on Carcinoma of the Prostate Gland. II. Cytologic Changes Following Treatment, J. Urol., 48:99, 1942.

99. Schenken, J. R., and Burns, E. L.: The Cytologic Changes in Carcinoma of the Human Prostate Gland Following Administration of Diethylstilbestrol and Diethylstilbestrol Dipropionate, Am. J. Path., 18:743, 1942.

100. Heckel, N. J., and Kretschmer, H. L.: Carcinoma of the Prostate Treated with Diethylstilbestrol: Histologic Alterations, J. A. M. A., 119:1047, 1942.

101. Colston, J. A. C., and Brendler, H.: Carcinoma of the Prostate. Preparation of Patients for Radical Perineal Prostatectomy, J. A. M. A., 134:848, 1947.

102. Kahle, P. J., Schenken, J. R., and Burns, E. L.: Clinical and Pathologic Effects of Diethylstilbestrol and Diethylstilbestrol Dipropionate on Carcinoma of the Prostate Gland—A Continuing Study, J. Urol., 50:711, 1943.

103. Deuring, C. L.: Present Evaluation of the Response of Prostatic Cancer to Hormone Therapy, South. M. J., 40:328, 1947.

104. Huggins, C.: Prostatic Cancer Treated by Orchiectomy: The Five Year Results, J. A. M. A., 131:576, 1946.

105. Chase, D. W., Burt, K. L., and Hess, E.: Orchiectomy in Treatment of Carcinoma of Prostate, Am. J. Surg., 71:522, 1946.

106. Alyea, E. P.: Early or Late Orchiectomy for Carcinoma of Prostate, J. Urol., 53:143, 1945.

107. Palomo, A.: Carcinoma of Prostate Gland, J. Urol., 53:166, 1945.

108. Moore, C. F., Wattenberg, C. A., and Rose, D. K.: Breast Changes Due to Diethylstilbestrol—During Treatment of Cancer of the Prostate Gland, J. A. M. A., 127:60, 1945.

43

109. Schwartz, M.: The Effect of Stilbestrol on the Testis and Breast of Patients Treated for Carcinoma of the Prostate Gland, Rocky Mountain M. J., 43:643, 1946.

110. Wattenberg, C. A.: Bone Changes and Variations in Skeletal Metastases Due to Diethylstilbestrol and Orchiectomy during Treatment of Cancer of the Prostate, J. Urol., 58:378, 1947.

111. Council on Pharmacy and Chemistry: Current Status of Hormone Therapy of Advanced Mammary Cancer, J. A. M. A., 146:471, 1951.

112. Hines, D. C.: Hormone Therapy of Cancer, Pennsylvania M. J., 54:1045, 1951.

113. Escher, G. C.: Hormone Therapy in Advanced Mammary Carcinoma, M. Clin. North America, p. 681, May, 1952.

114. Smith, G. V. S., and Smith, O. W.: Observations Concerning the Metabolism of Estrogens in Women, Am. J. Obst. & Gynec., 36:769, 1938.

115. Smith, O. W., Smith, G. V. S., and Schiller, S.: Estrogen and Progestin Metabolism in Pregnancy. I. Spontaneous and Induced Labor, J. Clin. Endocrinol., 1:461, 1941.

116. Smith, G. V. S., and Smith, O. W.: Estrogen and Progestin Metabolism in Pregnancy. II. The Endocrine Imbalance of Preeclampsia and Eclampsia. Summary of Findings to February, 1941, J. Clin. Endocrinol., 1:470, 1941.

117. Smith, O. W., Smith, G. V. S., and Hurwitz, D.: The Relationship between Hormonal Abnormalities and Accidents of Late Pregnancy in Diabetic Women, Am. J. M. Sc., 208:25, 1944.

118. Taylor, H. C., Jr.: Relationship of the Hormones to the Toxemias of Pregnancy, J. A. M. A., 120:595, 1942.

119. Watts, R. M., and Adair, F. L.: Excretion of Estrogen and Gonadotropin in Late Pregnancy, with Especial Reference to the Toxemias of Pregnancy and to Quantitative Methods, Am. J. Obst. & Gynec., 46:183, 1943.

120. Rubin, B. L., Dorfman, R. I., and Miller, M.: Hormone Metabolites in Blood and Urine of Diabetic Pregnant Patients with and without Toxemia, J. Clin. Endocrinol., 6:347, 1946.

121. Smith, G. V. S., and Smith, O. W.: Estrogen and Progestin Metabolism in Pregnancy. III. The Effect of Hormone Administration in Preeclampsia, J. Clin. Endocrinol., 1:477, 1941.

122. Smith, O. W., Smith, G. V. S., and Hurwitz, D.: Increased Excretion of Pregnanediol in Pregnancy from Diethylstilbestrol with Special Reference to the Prevention of Late Pregnancy Accidents, Am. J. Obst. & Gynec., 51:411, 1946.

123. Joslin, E. P., Root, H. F., White, P., and Marble, A.: Treatment of Diabetes Mellitus, Ed. 10, p. 707. Philadelphia: Lea & Febiger, 1959.

124. Karnaky, K. J.: The Use of Stilbestrol for the Treatment of Threatened and Habitual Abortion and Premature Labor: A Preliminary Report, South. M. J., 35:838, 1942.

125. Abarbanel, A. R.: Discussion of paper, Female Infertility, by G. H. Gardner, J. A. M. A., 128: 248, 1945.

126. Rosenblum, G., and Melinkoff, E.: Preservation of the Threatened Pregnancy with Particular Reference to the Use of Diethylstilbestrol, West. J. Surg., 53:597, 1945.

127. Padowitz, P., and Shlevin, E. L.: The Pregnant Diabetic, Bull. New York Acad. Med., 28:440, 1952.

128. Reis, R. A., De Costa, E. J., and Allweiss, M. D.: The Management of the Pregnant Diabetic Woman and Her Newborn Infant, Am. J. Obst. & Gynec., 60:1023, 1950.

129. King, A. G.: Threatened and Repeated Abortion, Obst. & Gynec., 1:104, 1953.

130. Robinson, D., and Shettles, L. R.: The Use of Diethylstilbestrol in Threatened Abortion, Am. J. Obst. & Gynec., 63:1330, 1952.

131. Greenhill, J. P., and De Lee, J. B.: Principles and Practice of Obstetrics, Ed. 10. Philadelphia and London: W. B. Saunders Company, 1951.

132. Menger, H. C.: Estrogen Given Parenterally to Control Epistaxis and Hemorrhage after Adenoidectomy, Preliminary Report, J. A. M. A., 150:546, 1955.

133. Jacobson, P.: Spontaneous Hemorrhage, A Clinical Entity, with Special Reference to Epistaxis, A. M. A. Arch. Otolaryng., 50:523, 1954.

134. Jacobson, P.: A Unified Concept of Spontaneous Bleeding, West. J. Surg., 63:711, 1955.

135. Editorial: Contra-Indications to Estrogen Therapy, J. A. M. A., 114:1560, 1940.

136. White, P., and Hunt, H.: Pregnancy Complicating Diabetes; A Report of Clinical Results, J. Clin. Endocrinol., 1:500, 1941.

137. Karnaky, K. J.: Estrogenic Tolerance in Pregnant Women, Am. J. Obst. & Gynec., 53:312, 1947.

138. Sherr, E., Robinson, F. H., and Papanicolaou, G. N.: A Clinical Study of the Synthetic Estrogen Stilbestrol, J. A. M. A., 113: 2312, 1939.

139. Greene, R. R., and Dorr, E. M.: Relation of Dose and Type of Estrogen to Nausea and Vomiting, J. Clin. Endocrinol., 1:821, 1941.

140. Abarbanel, A. R., Aranow, H., and Goodfriend, M. J.: Adjunctive Therapy with Diethylstilbestrol in Obstetrics and Gynecology, J. A. M. A., 121:1123, 1943.

141. Greene, R. R.: Reactions to Estrogens, Am. J. Obst. & Gynec., 42:458, 1941.

142. Finch, J. W.: The Nausea and Vomiting Following Administration of Diethylstilbestrol, J. A. M. A., 119:400, 1942.

143. Abarbanel, A. R.: Clinical Evaluation of Adjunctive Therapy with Stilbestrol Monomethyl Ether with Comments on Toxicity, J. Clin. Endocrinol., 2:386, 1942.

144. Baird, K. A.: Allergic Reaction to Stilbestrol, Canad. M. A. J., 44:601, 1941.

145. Cohen, A. E., and Cohen, D.: Stilbestrol Sensitivity, Urol. & Cutan. Rev., 46:33, 1942.

146. Saphir, W., and Weinglass, A. R.: Severe Angioneurotic Edema Following Diethylstilbestrol Therapy, J. A. M. A., 119:557, 1942.

147. Kasselberg, L. A.: Case of Exfoliative Dermatitis Due to Diethylstilbestrol, J. A. M. A., 120:117, 1942.

148. Ziemas, S. A.: Side Reactions Encountered in the Use of Estrogenic Hormone Therapy, Illinois M. J., 70:198, 1936.

149. Freymann, J. J.: Estrogen—Indications for Use, Nebraska M. J., 23:173, 1938.

44    45

150. Levinson, L. A., and Harrison, J. J.: Dermatitis Following Theelin, J. A. M. A., *113*:2055, 1939.

151. Hunt, E. (Correspondence): Risks of Estrogens, Lancet, *1*: 573, 1940.

152. Davis, E. S.: Sensitivity to Estrogenic Substance in Oil, J. A. M. A., *114*:1285, 1940.

153. Markson, L. S., and Schorr, C. M.: Oil Bases in Estrogenic Substances as a Cause of Allergic Dermatitis: Report of a Case, Wisconsin M. J., *40*:776, 1941.

154. Watson, C. J., Schultz, A. L., and Wikoff, H. M.: Purpura Following Estrogen Therapy, with Particular Reference to Hypersensitivity to (Diethyl) Stilbestrol and with a Note on the Possible Relationship of Purpura to Endogenous Estrogens, J. Lab. & Clin. Med., *32*:606, 1947.

155. Goldman, S. F., Goldman, A., and Kurzrok, R.: The Treatment of Menopausal Hyperthyroidism with Estrogenic Substance, New York J. Med., *40*:1178, 1940.

156. Freed, S. C., Rosenbaum, E. E., and Soskin, S.: Alleged Hepatotoxic Action of Stilbestrol, J. A. M. A., *115*:2264, 1940.

157. Grauer, R. C., and Nugent, E.: Studies in Diethylstilbestrol. II. Differences in Response of Radium Induced and Physiological Menopause. III. Effect on Liver, Surg. Gynec. & Obst., *74*:646, 1942.

158. White, P.: Pregnancy Complicating Diabetes, J. A. M. A., *128*:181, 1945.

159. Seligman, B.: Hepatitis Following Use of Diethylstilbestrol. Case Report, Urol. & Cutan. Rev., *48*:319, 1944.

160. Wittenberg, C. A.: Liver Changes and Other Effects of Diethylstilbestrol during Treatment of the Prostate Gland Cancer, J. Urol., *53*:631, 1946.

46



ELI LILLY AND COMPANY
INDIANAPOLIS 6, INDIANA, U.S.A.

AD-0321-AMA    PRINTED IN U.S.A.    152002-12612