Appendix 13

1  NANCY HERSH, ESQ., State Bar No. 49091
   AMY ESKIN, ESQ., State Bar No. 127668
2  HERSH & HERSH
   A Professional Corporation
3  Opera Plaza, Suite 2080
   601 Van Ness Avenue
4  San Francisco, CA  94102-6388
   Telephone:  (415) 441-5544
5
   Attorneys for Plaintiff
6

7

8         SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

9               UNLIMITED JURISDICTION

10                  DEPARTMENT 301

11

12  JANINE MISKULIN                    418517

13      Plaintiff,                     ORDER DENYING DEFENDANT ELI
                                       LILLY & COMPANY'S MOTION FOR
14           vs.                       SUMMARY JUDGMENT

15  ABBOTT LABORATORIES; et. al.

16      Defendant.

17

18

19

20       The matter of Defendant ELI LILLY & COMPANY'S Motion for Summary

21  Judgment came on for hearing on October 21, 2005, in Department 301 of the above-entitled

22  Court. The Court, having considered the moving, opposition and reply papers and the

23  arguments of counsel and

24       GOOD CAUSE APPEARING THEREFOR

25

26

27

28

FILED
San Francisco County Superior Court

OCT 2 5 2005

GORDON PARK-LI, Clerk
BY
        Deputy Clerk

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant ELI

2   LILLY & COMPANY'S Motion for Summary Judgment is DENIED as a matter of law, as

3   Defendant ELI LILLY & COMPANY has failed to carry its burden on summary judgment.

4

5   IT IS SO ORDERED.

6

7   Dated: __10/24/05__                    By: _____
                                                James L. Warren
8                                              Judge of the Superior Court

9

10   # 418517

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2