# Appendix 16

# PDR

# PHYSICIANS' DESK REFERENCE
## TO
## PHARMACEUTICAL SPECIALTIES
## AND
## BIOLOGICALS

### 1954
#### Eighth Edition

Compliments

THE HENRY B. GILPIN COMPANY
Wholesale Druggists Since 1845

For the Rx Pharmacist



# PHYSICIANS DESK REFERENCE

to

PHARMACEUTICAL SPECIALTIES

and

BIOLOGICALS

## 1954

*Eighth Edition*

**IN FIVE SECTIONS**

*An arbitrary page numbering plan has been used to facilitate the compilation of this reference book*

SECTION I (Pink) — Alphabetical Index — 101

SECTION II (Yellow) — Drug, Chemical and Pharmacological Index — 201

SECTION III (Blue) — Therapeutic Indications Index — 301

SECTION IV (White) — Professional Products Information — 401

SECTION V (Green) — General Professional Information — 601

ROBERT C. BATTERMAN, M.D.
*Editorial Consultant*

H. SHERIDAN BAKETEL, M.D.
*Editorial Advisor*

J. PAUL FOLSOM
*General Manager*

J. E. VAN HOVEN
*Production Director*

HENRIETTA BULL
*Managing Editor*

Copyright 1953 by Medical Economics, Inc.

PUBLISHED BY MEDICAL ECONOMICS, INC., RUTHERFORD, N. J.

All rights reserved                                   Printed in U.S.A.

Lilly—Cont.

### CO-PYRONIL® PULVULES
**(Pyrrobutamine Compound, Lilly)**

**COMPOSITION:** A new antihistaminic with rapid and prolonged action. Each green-and-yellow Pulvule Co-Pyronil contains Pyronil (Pyrrobutamine, Lilly) ..... 15 mg. Histadyl (Thenylpyramine, Lilly) ..... 25 mg. Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly) ..... 12.5 mg. Each Pulvule Co-Pyronil Pediatric is equal to ½ Pulvule Co-Pyronil.

**ACTION AND USES:** Especially useful for the prompt and prolonged relief of the nasal and ocular symptoms of hay fever and vasomotor rhinitis. In these conditions the sympathomimetic effect of Clopane Hydrochloride and the prompt antihistaminic action of Histadyl supplement the prolonged effect of Pyronil. Co-Pyronil is indicated for urticaria, angioneurotic edema, allergic spasm of smooth muscle in the intestines or uterus, and various other conditions for which antihistaminic activity is desirable.

**ADMINISTRATION AND DOSAGE:** 1 or 2 Pulvules Co-Pyronil every 8 to 12 hours. Children—1 or 2 Pulvule Co-Pyronil Pediatric every 8 to 12 hours, according to age.

One may start with a dose of 1 pulvule every 12 hours. If this dose does not give complete relief or cause side effects, it may be increased toward the maximum limit until either complete relief or undesirable side-effects result. However, side effects from 4 pulvule daily have seldom been significant.

**HOW SUPPLIED:** Pulvules Co-Pyronil (No. 336) and Co-Pyronil Pediatric (No. 337) in bottles of 100 and 1,000.

ALSO Pyronil® Tablets 15 mg. in bottles of 100, 1,000, and 5,000 (No. 1773).

### CRYSTODIGIN® TABLETS
**(Crystalline Digitoxin, Lilly)**

**COMPOSITION:** Crystodigin is a crystalline pure single cardiac glycoside obtained from *Digitalis purpurea*; it has the identical pharmacologic action of whole leaf digitalis.

**ACTION AND USES:** Congestive heart failure with or without auricular fibrillation.

**ADMINISTRATION AND DOSAGE:** In the majority of patients digitalization is attained by giving 0.6 mg. of Crystodigin orally as an initial dose, to be followed by 0.4 mg. every 12 to 24 hours until the maximum benefit from the drug is apparent. This usually requires four doses of Crystodigin. In less urgent cases, 0.2 mg. given every 12 hours may produce the full therapeutic effect of the drug after several days. When rapid digitalization is indicated a single dose of 1.2 mg. of Crystodigin orally will produce the peak effect in about 10 hours. The maintenance dose must be adjusted to fit the individual's need. Range of dose is from 0.05 to 0.3 mg., the average 0.1 mg. per day. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

**CONTRAINDICATIONS:** Crystodigin is generally contraindicated in conditions other than congestive heart failure. It should be used with caution in coronary thrombosis. It should not be used to treat arrhythmias due to peripheral circulatory shock or active infection. Never use Crystodigin in ventricular tachycardia.

**HOW SUPPLIED:** No. 1736 0.05 mg. (Yellow); No. 1703 0.1 mg. (White) and No. 1737 0.15 mg. (Yellow) (scored) in packages of 100, 500, and 5,000. No. 1694 0.2 mg. (White) (scored) in packages of 30, 100, 500 and 5,000.

**REMARKS:** Crystodigin is almost completely absorbed orally; it is no more cumulative than whole leaf digitalis and is eliminated just as rapidly.

### CRYSTODIGIN® SOLUTION, AMPOULES
**(Crystalline Digitoxin, Lilly)**

**COMPOSITION:** A sterile, stable solution of crystalline digitoxin.

**ACTION AND USES:** Congestive heart failure, auricular fibrillation, auricular tachycardia, and auricular flutter.

**ADMINISTRATION AND DOSAGE:** For rapid digitalization of a patient who has not had digitalis therapy for at least three weeks, the following is the recommended dosage schedule: slow intravenous injection of 0.6 mg. as the initial dose followed by 0.4 mg. of Crystodigin 1 hour later and 0.2 mg. every 6 hours thereafter until the full therapeutic effect becomes apparent. Maintenance dose 0.05 to 0.3 mg. per day.

Crystodigin Solution may be administered intramuscularly. The dosage schedule is the same as for oral or intravenous medication. It is not advisable to inject more than 3 ml. into a single site in the muscle. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

**CONTRAINDICATIONS:** See above under Crystodigin Tablets.

**HOW SUPPLIED:** No. 426 0.2 mg. 1 cc. in packages of 6 and 100. No. 558 0.2 mg. per cc. 10-cc. rubber-stoppered ampoules.

### DICALCIUM PHOSPHATE WITH VITAMIN D AND IRON, PULVULES

**COMPOSITION:** Each pulvule contains dicalcium phosphate 0.5 Gm. (7½ grs.), vitamin D (synthetic) not less than 330 USP or IU, and iron pyrophosphate soluble 87 mg. (1 1/3 gr.).

**ACTION AND USES:** For prophylaxis or treatment of concurrent calcium, phosphorus and iron deficiencies, especially in pregnancy and lactation.

**ADMINISTRATION AND DOSAGE:** 2 pulvules 3 to 4 times a day.

**HOW SUPPLIED:** In packages of 100 and 1,000 (No. 301).

### DICURIN PROCAINE® SOLUTION AMPOULES
**(Merethoxylline Procaine with Theophylline, Lilly)**

**COMPOSITION:** Dicurin Procaine, a new organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. contains:
Merethoxylline Procaine ..... 0.2 Gm. (Equivalent to 39.5 mg. Mercury and 45 mg. Procaine Base)
Theophylline Anhydrous ..... 0.05 Gm.

**ACTION AND USES:** An effective adjunct in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs, higher or paroxysmal nocturnal dyspnea. It is sometimes used for dropsy of the liver with ascites and in nephrosis.

**ADMINISTRATION AND DOSAGE:** May be administered intravenously or intramuscularly. Intravenously the drug is produced by slow intravenous administration; intravenous administration rarely increases the diuretic effective--- elderly, given over 3 minutes, the side effects is greatly increased. Maximum daily dose 1 ampule 2 cc. The dosage range is from 0.5 cc. to 2 cc. daily.

**CONTRAINDICATIONS:** Do not administer in the presence of sensitivity to mercury, procaine or theophylline; acute glomerulonephritis, ulcerative colitis; or gouty diathesis. Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria or oliguria appears after administration, the drug should be discontinued.

**HOW SUPPLIED:** Ampoules No. 568 2-cc. glass-sealed ampoules in packages of 25 and 100. Ampoules No. 581 10 cc. rubber-stoppered ampoules.

### DIETHYLSTILBESTROL

**COMPOSITION:** A crystalline synthetic estrogenic compound capable of eliciting (in proper dosage) all the pharmacologic and therapeutic responses attributed to natural estrogens.

**ADMINISTRATION AND DOSAGE:**

| Condition | Oral Dose |
|---|---|
| Menopause | 0.1 to 1 mg. daily |
| Senile vaginitis | 0.1 to 1 mg. daily |
| Painful engorgement of breasts | 5 mg. 1 to 3 times daily for 2 to 4 days |
| Functional uterine bleeding | 1 mg. 4 to 6 times daily until checked |
| Carcinoma of prostate | |
| Initial phase | 3 mg. daily |
| Maintenance | 1 mg. daily |

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

Week 1 Frequency During

| from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

**CONTRAINDICATIONS:** Premenopausal carcinoma of breast.

**HOW SUPPLIED:** Ampoules No. 547 1 mg. in Oil 1 cc. and No. 585 5 mg. in Oil 1 cc. in packages of 6, 25 and 100. Enseals No. 46 0.1 mg.; No. 47 0.25 mg.; No. 48 0.5 mg.; No. 49 1 mg.; No. 85 5 mg. and No. 50 25 mg. in packages of 100, 500, 1,000, and 5,000 Tablets No. 1616 0.1 mg.; No. 1617 0.25 mg.; No. 1648 0.5 mg.; and No. 1649 1 mg. in packages of 100, 500, 1,000, and 5,000. Tablets No. 1587 5 mg. in packages of 100, 500 and 1,000 Suppositories No. 14 0.1 mg. and No. 15 0.5 mg. in package of 6 and 50.

**REMARKS:** The 5 and 25 mg. tablets facilitate the dosage schedule outlined for prevention of accidents of pregnancy.

*Continued on next page*

## Lilly—Cont.

### ● DOLOPHINE HYDROCHLORIDE, ® SYRUP
COMPOSITION A very palatable cherry flavored syrup containing 10 mg of Dolophine Hydrochloride (Methadone Hydrochloride Lilly) in each 30 cc.
ACTION AND USES For the relief of dry unproductive cough and pain.
ADMINISTRATION AND DOSAGE Adults—1 teaspoonful to start then 1 teaspoonful every 6 hours as needed for cough.
Children—6 to 12 years of age, ½ teaspoonful to start and then ¼ teaspoonful every 6 hours as needed for cough. Infants—based on weight.
CONTRAINDICATIONS Not recommended for continuous use or for condition in which the cough should not be suppressed.
HOW SUPPLIED In pint and gallon bottles (No 116).
● Narcotic order required.

### ● DOLOPHINE HYDROCHLORIDE, ® TABLETS
(Methadon Hydrochloride, Lilly)
COMPOSITION A powerful synthetic analgesic.
ACTION AND USES For the relief of pain. It is especially recommended for the relief of post-surgical pain, renal colic and metastatic lesions of malignant tumors and for the control of cough.
ADMINISTRATION AND DOSAGE Adults—moderate pain, 2.5 mg orally every 6 to 8 hours; more severe pain 5 mg every 6 to 8 hours as needed; very severe pain 10 mg every 4 to 6 hours as needed.
CONTRAINDICATIONS Not recommended for use alone as preanesthetic medication.
HOW SUPPLIED No. 1711, 2.5 mg.; No. 1712, 5 mg.; No. 1713, 7.5 mg.; and No. 1730, 10 mg.; in packages of 100 and 1,000. Also available in ampoules.
REMARKS 10 mg of Dolophine Hydrochloride may be regarded as comparable in analgesic ability to 15 mg (¼ gr.) of morphine sulfate. Subcutaneous injection produces a more marked effect.
● Narcotic order required.

### ELORINE SULFATE, ® PULVULES
(Tricyclamol Sulfate, Lilly)
### CO-ELORINE, ® PULVULES
(Tricyclamol Sulfate and Amobarbital, Lilly)
COMPOSITION Elorine Sulfate is a quaternary ammonium compound described chemically as 1-cyclohexyl-1-phenyl-3-pyrrolidino-1-propanol methosulfate.
Elorine Sulfate is a new improved parasympathetic blocking agent particularly valuable because therapeutic dosage produces negligible side-effects.
ACTION AND USES It is indicated in the treatment of functional and organic conditions in which spasm and hypermotility of the gastro-intestinal tract are prominent factors; for example peptic ulcer, pyloro-spasm, gastritis, irritable colon, regional ileitis, mucous colitis, spastic colitis and ulcerative colitis.
ADMINISTRATION AND DOSAGE 1 or 2 pulvules three or four times daily.
CONTRAINDICATIONS The drug probably should not be administered to patients with glaucoma. Caution is advised in patients having a tendency toward urinary retention or tachycardia.
HOW SUPPLIED Elorine Sulfate as 25 mg. (No. 344) and 50 mg. (No. 345) pulvules in bottles of 100 and 1,000. Co-Elorine providing 25 mg Elorine Sulfate plus 8 mg Amytal per pulvule in bottles of 100 and 1,000 (No. 356).
REMARKS Co-Elorine is especially designed for the patient who needs sedation in addition to relief from spasm.

### ENTORAL
COMPOSITION A dry powdered vaccine supplied in pulvules for oral administration. Each pulvule contains killed pneumococci, 40,000 million (10,000 million each Types I, II, V and VII) streptococci 15,000 million (viridans hemolytic indifferent) Hemophilus influenzae Type b 2,500 million micrococcus catarrhalis 2,500 million.
ACTION AND USES When given orally, Entoral is capable of inciting the production of heterophile antibodies in sufficient amounts to increase materially the resistance of many individuals to the bacteria which most frequently cause or complicate respiratory infections.
ADMINISTRATION AND DOSAGE 1 pulvule ½ to 1 hour before breakfast each morning for 7 successive days. Thereafter 1 pulvule twice a week through the cold season.
HOW SUPPLIED In packages of 20 (V-404) and in packages of 60 (V-408).

### EPHEDRINE AND AMYTAL, ® PULVULES
COMPOSITION A combination of a sympathomimetic and a barbiturate containing in each pulvule ephedrine sulfate .25 mg (⅜ gr.) and Amytal (Amobarbital Lilly) 50 mg (¾ gr.)
ACTION AND USES Allergic conditions, such as hay fever, allergic rhinitis and asthma.
ADMINISTRATION AND DOSAGE 1 pulvule 3 to 4 times daily as needed.
HOW SUPPLIED In packages of 100, 500 and 5,000 (No. 441).
REMARKS The Amytal counteracts the CNS stimulation of ephedrine.

### ERGOTRATE MALEATE, ® TABLETS
(Ergonovine Maleate, U.S.P., Lilly)
COMPOSITION Ergotrate Maleate is the maleate of the single active ergot alkaloid.
ACTION AND USES Acts as an oxytocic. For the prevention or treatment of postpartum and postabortal hemorrhage due to uterine atony. Given in the puerperium, it may be helpful in preventing puerperal morbidity.
ADMINISTRATION AND DOSAGE Oral administration—1 tablet (1/320 gr.) 3 or 4 times daily until danger of postpartum hemorrhage has passed. If the patient is to be out of bed or at home before the 10th day postpartum Tablets Ergotrate Maleate should be given until at least the 14th day postpartum.
CAUTION As with any ergot preparation, prolonged use is to be avoided, although there are no confirmed reports of ergotism following the use of Ergotrate Maleate.
HOW SUPPLIED In packages of 25, 100, 500, 1,000 and 5,000 (No. 1572).
Also supplied as Ampoules Ergotrate Maleate.

### FORTHANE, ® INHALER
(Methyl Hexane Amine, Lilly)
COMPOSITION An aromatic inhaler.
ACTION AND USES For allergic rhinitis and head colds. Relieves edema of the mucosa by vaso-constriction.
ADMINISTRATION AND DOSAGE As needed for comfort.
HOW SUPPLIED In individual containers (M-52).
REMARKS A very convenient nontoxic decongestant which does not stimulate the central nervous system.

### GENTIAN VIOLET, ENSEALS ®
COMPOSITION Timed disintegrating tablets of gentian violet.
ACTION AND USES For the treatment of oxyuriasis (pinworm [Enterobius vermicularis] infestation).
ADMINISTRATION AND DOSAGE Adults—Two 1 gr. Enseals Gentian Violet 3 times daily 1 hour before meals.
Children up to 16 years of age—One ⅔ gr. Enseal Gentian Violet for each year apparent (not chronological) age should be administered daily in divided doses 1 hour before meals.
Treatment should include two courses of 8 days each with a 7-day rest period between courses.
CONTRAINDICATIONS Gentian Violet may be dangerous in patient with severe cardiac, hepatic, or renal disease as well as in those with serious gastro-intestinal disorders. Abstinence from alcohol during treatment is advised.
HOW SUPPLIED No. 8, 3/20 gr. (0.0097 Gm.) and No. 9, ½ gr. (0.0324 Gm.) in bottles of 100, 500 and 1,000.
REMARKS Gentian violet is irritating to the gastric mucosa but not to the intestinal mucosa. The Enseal coating allows the release of the gentian violet in the intestine in concentrated form, obviating possible gastric irritation.

### HISTA-CLOPANE, ® PULVULES
(Thenylpyramine and Cyclopentamine, Lilly)
COMPOSITION A synergistic combination of an antihistaminic and a sympathomimetic drug containing in each pulvule Histadyl (Thenylpyramine, Lilly) 25 mg and Clopane Hydrochloride (Cyclopentamine Hydrochloride Lilly) 12.5 mg.
ACTION AND USES For the treatment of the nasal and ocular symptoms of hay fever and in vasomotor rhinitis.
ADMINISTRATION AND DOSAGE 1 or 2 pulvules after each meal and at bed time.
HOW SUPPLIED In bottles of 100 and 1,000 (No. 319).
REMARKS Clopane Hydrochloride causes less central nervous-system stimulation than other sympathomimetic drugs commonly used.

### HISTA-CLOPANE, ® SOLUTION
COMPOSITION An isotonic aqueous solution containing Histadyl (Thenylpyramine, Lilly) 0.5% and Clopane Hydrochloride (Cyclopentamine Hydrochloride Lilly) 0.5% with phenylmercuric nitrate 1:50,000 as a preservative.
ACTION AND USES For intranasal application to relieve congestion and allergic symptoms of hay fever, vasomotor rhinitis, etc.
ADMINISTRATION AND DOSAGE Drop or spray into nose as needed for control of symptoms.
HOW SUPPLIED In 1-oz and 1-pt bottles (No 59).

---

### HISTADYL ® PRODUCTS
(Thenylpyramine, Lilly)
**FOR SYSTEMIC USE**

### HISTADYL ® AND A.S.A. COMPOUND, ® PULVULES
COMPOSITION Each pulvule contains Histadyl (Thenylpyramine Lilly) 25 mg and A S A Compound (Acetylsalicylic Acid and Acetophenetidin Compound Lilly)—acetylsalicylic acid, 3½ grs.; acetophenetidin 2½ grs., and caffeine, ¼ gr.
ACTION AND USES For allergic colds and associated symptoms.
ADMINISTRATION AND DOSAGE 1 pulvule at 3 to 4 hour intervals. For children, prescribe in proportion to weight.
HOW SUPPLIED In bottles of 100, 1,000 and 5,000 (No 331) Also in half-strength pulvules, in bottles of 100, 1,000, and 5,000 (No 322).
REMARKS This preparation combines the analgesic effect of A S A Compound with the antihistaminic effect of Histadyl for the relief of symptoms of the common cold. For prophylactic effect, it must be taken at the first sign of a cold.