UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION No. 06-1252 (RMU) |
| ) | Next Event: Defendant's Reply Due |
| v. ) | September 13, 2007 |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Ricardo M. Urbina
United States District Judge