IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEATHER ANN MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:06-CV-01252 |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Heather Ann Moore ("plaintiff") and defendant Eli Lilly and Company ("Lilly"), by and through their counsel, hereby stipulate that plaintiff's claims in the above-captioned action be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs. A proposed Order is attached for the Court's consideration.

WHEREFORE, plaintiff and Lilly respectfully request this Court enter an Order dismissing this action with prejudice.

- 2 -

DATED:  September 20, 2007					DATED:  September 20, 2007


    /s/ Aaron M. Levine                              /s/ John Chadwick Coots

Aaron M. Levine                                 Michelle R. Mangrum, D.C. Bar No. 473634
AARON M. LEVINE & ASSOCIATES      John Chadwick Coots, D.C. Bar No. 461979
1320 19th Street, NW, Suite 500              Emily J. Laird, D.C. Bar No. 485890
Washington D.C. 20036                         SHOOK, HARDY & BACON, L.L.P
Phone:  (202) 833-8040                        600 14TH Street, NW Suite 800
Fax:  (202) 833-8046                            Washington, D.C.  20005-2004
                                                    Phone: (202) 783-8400
ATTORNEYS FOR PLAINTIFF                 Fax: (202) 783-4211

and

David W. Brooks
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

ATTORNEYS FOR DEFENDANT

- 3 -

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of September, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                 /s/ John Chadwick Coots
                **ATTORNEY FOR DEFENDANT**
                **ELI LILLY AND COMPANY**