IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER ANN MOORE,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No.: 1:06-CV-01252<br><br>**FILED**<br>SEP 2 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard upon the parties' Stipulation of Dismissal with Prejudice, the Court having read and considered the same and being otherwise fully advised, it is thereupon

ORDERED AND DIRECTED that plaintiff's claims against Eli Lilly and Company in the above-styled matter be, and the same are, hereby dismissed with prejudice, the parties to bear their own costs.

SO ORDERED this 21st day of September, 2007.

_____
United States District Court Judge

cc:   Michelle R. Mangrum, Esq.
      David W. Brooks, Esq.
      Aaron M. Levine, Esq.

2619894v1